UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA :
GUILFREDO E. MUNOZ, JOES A. AQUINO, :
CRUZ F. RIVERA, CARLOS E. TAMUP, :
JOSE BURGOS, ABELINO M. URIZAR, :
ISRAEL TEBALAN, ROLANDO NORIEGA, :
BORIS R. CRUZ and ELSA HERNANDEZ :
VILA VICENCIO :
:
V. : C.A. No.: 07-10ML
:
STATE OF RHODE ISLAND, State Police :
Department, STEVEN M. PARÉ, individually :
and in his official capacity as Superintendent of :
the Rhode Island State Police, THOMAS CHABOT,:
individually and in his official capacity as a :
state trooper employed by the State of Rhode Island,:
JANE DOE, individually and in her official capacity:
as a state trooper employed by the State of :
Rhode Island :

**ENTRY OF APPEARANCE**

I, Brenda D. Baum, hereby enter my appearance on behalf of the State of Rhode Island, Rhode Island State Police, Steven M. Parè, individually and in his capacity as Superintendent of the Rhode Island State Police and Thomas Chabot, individually and in his capacity as a Trooper employed by the State of Rhode Island.

Respectfully Submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 2nd day of April, 2007, to the attorney(s) of record listed below:

**V. Edward Formisano, Esquire**
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707

/s/ Brenda D. Baum