CR 05 001 071642
SUMMONS NO.

RITT-05, REV. 7/04

THE UNDERSIGNED OFFICER STATES THAT:

| ON MONTH DAY YEAR | AT (TIME) | A.M. / P.M. | IN (TOWN) |
|---|---|---|---|
| 07 11 06 | 4:30 | A.M. | Richmond |
| | | | ROAD Rt [illegible] |

| DRIVERS LICENSE NO. | CDL ☐ | ARMED FORCES ☐ | STATE |
|---|---|---|---|
| 3317273 | | | RI |

| MOTORIST'S FIRST NAME | MID INI | DATE OF BIRTH MONTH DAY YEAR | JUV |
|---|---|---|---|
| CARLOS | E | 07 15 70 | ☐ |

| LAST NAME | SEX |
|---|---|
| TIAMUA | M ☒ F ☐ |

| MAILING ADDRESS: AS LISTED AT REGISTRY OF MOTOR VEHICLES | MOTORIST'S INITIALS |
|---|---|
| 118 CLEVELAND ST | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| PROVIDENCE | RI | 02909 |

DID UNLAWFULLY (CAUSE TO BE) OPERATE(D) A MOTOR VEHICLE

| VEHICLE REG. NO. | STATE | CDL VEHICLE | PLATE TYPE |
|---|---|---|---|
| PJ 634 | RI | YES ☐ NO ☒ | PASS ☒ SUB ☐ COMM ☐ OTHER ____ |

| SERIAL NUMBER/VIN | VEHICLE MAKE | YEAR |
|---|---|---|
| 522808 | [illegible] | 01 |

| OWNED BY (LAST) | (FIRST) | (IN.) | TYPE | COLOR |
|---|---|---|---|---|
| [illegible] | JUANA | E | VN | [illegible] |

ADDRESS (NO.) (STREET) (CITY) (STATE) (ZIP)
SAME

| ROAD COND. | TRAFFIC | VISIBILITY | ZONED SPEED | ACTUAL SPEED | LASER ☐ CLOCKED ☐ RADAR ☐ | ACCIDENT ☐ HAZ. MAT. ☐ |
|---|---|---|---|---|---|---|
| D | M | C | | | | |

| VIOLATION CODE | CDL | VIOLATION(S) | STATUTE | FINE |
|---|---|---|---|---|
| 024 | | 1 [illegible] | 31-11-5 | 75 |
| | | 2 | | |
| | | 3 | | |

☒ You may pay the total amount due by mail and not appear in court subject to the conditions on the back of this summons.
☐ You may not pay by mail and MUST appear in court.
☐ Persons under 18 years of age may not pay by mail and MUST appear in court with a parent or guardian.

TOTAL AMOUNT DUE $ 75-

COURT LOCATION:

☒ Rhode Island Traffic Tribunal
345 Harris Ave., Providence 02909
(401)222-8000
Your court date is: 8/15/06 Time: 8:30 a.m.

☐ District Court (401) 458-5400
Your court date is: Time:

☐
Your court date is: Time:

I certify that a copy of this complaint and summons was served on the person named above as required by law.

OFFICER SIGNATURE: [signature]

DEPT. NO. 001 OFFICER ID NO.

By signing below I acknowledge that I have received and read this summons and that the information I have provided is true. I understand that if I am required to appear in court on the date and time given, my failure to do so will be admission of the violation(s) above and penalties will be imposed as provided by law.

MOTORIST'S SIGNATURE X [signature] DATE 7/11/06 OFFICER'S INITIALS

OFFICER COPY

tabbies EXHIBIT A

Custom Traffic Detail Query (CUTRAF) 4.4.1 (ricourts)

05001071642 STATE VS TAMUP, CARLOS

006 HOPE VALLEY STATE POLICE

ROUTE 95 19

MEDIU

DRY, CLEAR 2B5WB35Z71K52280

33 Unkno...

11-JUL-2006 08:30:00 PJ634 RI

DODG 2001 GRN VN 75.00

01 N .00

Charges | Parties | Dockets | Sentence | Schedule | Owner | Docket

| Filing Date | Time | Code | Docket Description | Text |
|---|---|---|---|---|
| 09-AUG-2006 | 11:06:24 | FP | Fines Prepaid | |
| 09-AUG-2006 | 11:04:30 | PA | Payment Applied | A PAYMENT OF -$75.00 WAS MADE |
| 12-JUL-2006 | 07:18:01 | AS | Arraignment Scheduled | |

File Edit Options Block Field Record Query Help Window

Vehicle Info (CPAAUTO)
Maintain IDs (CPAIDEN)
Account Qry (CBIAREV)
Citation Qry (CVICITA)
Report

Custom Traffic Detail Query (CNITRAF) 4.4.1 (ricourts)

05001071642 STATE VS TAMUP, CARLOS

006 HOPE VALLEY STATE POLICE

ROUTE 95

MEDIU

DRY, CLEAR

33

11-JUL-2006 08:30:00

DODG 2001 GRN VN

01 N

Charges

| Number | CHRG Code | CHRG Description | Citation No | Disp Code | Disp Description | Disp Date |
|---|---|---|---|---|---|---|
| 1 | 028 | Turn Signal Require | | PP | Guilty Fine Prepaid | 09-AUG-200 |
| | | | | | | |
| | | | | | | |

Enter a case ID or press LIST for valid cases (required).
Record: 1/1 <OSC>

Do not close this window without exiting the application.