**United States District Court**
**District of Rhode Island**

| | | |
|---|---|---|
| **Astrid G. Estrada, et. al.** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-10ML** |
| | : | |
| **State of Rhode Island, et. al.** | | |

# AFFIDAVIT

I, Steven G. O'Donnell, Acting Superintendent of the Rhode Island State Police, being duly sworn, upon my oath, hereby depose and state that:

1. I am a member of the Rhode Island State Police.
2. I am a member of the Rhode Island State Police and have been since January 25, 1987.
3. I served as Major of Administrative Services from November 2, 2003 through September 19, 2004, and have thereafter served as Major of Field Operations and additionally as the Acting Superintendent of State Police effective February 25, 2007.
4. State Police General Orders are part of the Administration and Law Enforcement Manual prepared for internal use only.
5. I am familiar with State Police General Order 56A1 Traffic Enforcement Procedures.
6. State Police General Order 56A1 Traffic Enforcement Procedures contains law enforcement techniques and procedures.

EXHIBIT
tabbies
B

7. I believe that the release of State Police General Order 56A1 Traffic Enforcement Procedures could jeopardize enforcement and prosecution of laws and jeopardize the safety of law enforcement officers who utilize the procedures.

Under penalty of perjury, I hereby affirm that the foregoing is true and correct to the best of my knowledge.

Steven G. O'Donnell
Acting Superintendent
Major, Field Operations
Rhode Island State Police

Sworn and subscribed to before me this 19th day of April, 2007

Notary Public

My Commission expires 2/19/09