**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ASTRID G. ESTRADA, et al.,**<br>**Plaintiffs**<br><br>**v.**<br><br>**STATE OF RHODE ISLAND**,<br>State Police Department, **STEVEN M. PARE**,<br>**et al.,**<br>**Defendants** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br>**C.A. No.:07-10ML** |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Now come the parties in the above-cited matter and hereby move this Honorable Court for an Order extending the existing deadlines under this Court's May 17, 2007 Pretrial Order, as set forth below.

The close of discovery is currently scheduled to occur on November 16, 2007, with the deadline for filing dispositive motions to occur on or before November 30, 2007, and, if no dispositive motions are filed, pretrial memoranda are due on December 17, 2007.

The parties have made progress in discovery, including exchanging document requests and written discovery; however, to date, only Defendant Chabot has been deposed.

The parties have made good faith efforts to complete discovery, but based on the number of Plaintiff's, the detailed nature of the discovery sought, and the press of business, additional time for discovery is necessary and warranted.

Based on the foregoing, the parties respectfully request that this Court enter an Order extending all pretrial deadlines, with the close of discovery to occur on February 16, 2008, and with the deadline for filing of dispositive motions to occur on March 1, 2008, and the other deadlines adjusted accordingly. Alternatively, the parties request that the Court enter an Order extending all pretrial deadlines as it deems fit and proper.

Respectfully Submitted,
Plaintiffs,
By his Attorney,

/s/ V. Edward Formisano

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Respectfully Submitted,
Defendants,
By their Attorney,

/s/ Brenda D. Baum

Brenda D. Baum (5184)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401)274-4400 ext. 2294
(401)222-3016 (facsimile)