**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ASTRID G. ESTRADA, WENDY M. ESTRADA :**
**GUILFREDO E. MUNOZ, JOSE A AQUINO, :**
**CRUZ F. RIVERA, CARLOS E. TAMUP, :**
**JOSE BURGOS, ABELINO M. URIZAR, :**
**ISRAEL TEBALAN, ROLANDO NORIEGA, :**
**BORIS R. CRUZ and ELSA HERNANDEZ :**
**VILA VICENCIO :**
**Plaintiffs :**
**:**
**v. : C.A. No.: 07-10ML**
**:**
**STATE OF RHODE ISLAND, State Police :**
**Department, STEVEN M. PARÉ, individually :**
**and in his official capacity as Superintendent of :**
**the Rhode Island State Police, :**
**THOMAS CHABOT, individually and in his :**
**official capacity as a state trooper employed by :**
**the State of Rhode Island, JANE DOE, :**
**individually and in her official capacity as a :**
**state trooper employed by the State of :**
**Rhode Island :**
**Defendants :**

## NOTICE TO TAKE DEPOSITION

Defendant, State of Rhode Island, hereby gives notice that it, by and through its attorneys, will take the Deposition of **Guildredo E. Munoz,** at the Rhode Island Department of Attorney General, 150 South Main Street, Providence, RI 02903. The Deposition will commence at **10:00 A.M.** on **FEBRUARY 5, 2007**, and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed.

Respectfully submitted,

DEFENDANT
STATE OF RHODE ISLAND

By Its Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 14th day of January 2008, to the attorney(s) of record listed below:

**V. Edward Formisano, Esq.**
edf@sfclaw.com

/s/ Brenda D. Baum