**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ASTRID G. ESTRADA, WENDY M. ESTRADA GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 07-10ML** |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARÉ, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island** | : | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

Now come the parties in the above-captioned matter and hereby move this Honorable Court for an Order extending the existing deadlines for two (2) months.

The close of discovery is currently scheduled for February 16, 2008 and dispositive motions due on March 1, 2008.[1] The parties have made progress in discovery. The deposition of Defendant Chabot has been completed and written discovery exchanged. During this time frame, the parties were able to resolve discovery disputes and Plaintiffs filed supplemental responses to interrogatories without court

---

[1] This Honorable Court has granted one prior joint motion for extension of time. The parties do not intend to seek any further extensions for discovery aside from this instant one.

intervention. The depositions of these Plaintiffs had been scheduled; however, due to commitments of legal counsel for both parties before the federal and state courts, will have to be rescheduled. Additionally, Plaintiffs' counsel has a court-approved excusal for the last two weeks of February 2008.

Based on the foregoing, the parties respectfully request that this Court enter an Order extending all pretrial deadlines, with the close of discovery on April 16, 2008 and with the deadline for filing dispositive motions to occur on May 1, 2008 and the other deadlines adjusted accordingly. Alternatively, the parties request that the Court enter an Order extending all pretrial deadlines as it deems fit and proper.

**Wherefore**, the parties pray that this motion is granted.

Respectfully submitted
Plaintiffs
By their Attorney

/s/ V. Edward Formisano

V. Edward Formisano (5512)
100 Midway Place
Suite 1
Cranston, RI 02920
(401) 944-9690
Fax: 943-9040

Respectfully submitted
Defendants
State of Rhode Island, R.I. State Police, Superintendent Pare and Trooper Chabot

By their Attorney

/s/ Brenda D. Baum

Brenda D. Baum (5184)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2294
Fax: 222-3016