**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ASTRID G. ESTRADA, WENDY M. ESTRADA GUILFREDO E. MUNOZ, JOSE A AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO** | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **C.A. No.: 07-10ML** |
| | : | |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARÉ, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island** | : | |
| **Defendants** | : | |

**NOTICE TO TAKE DEPOSITION**

Defendant, State of Rhode Island, hereby gives notice that it, by and through its attorneys, will take the Deposition of **Abelino M. Urizar,** at the Rhode Island Department of Attorney General, 150 South Main Street, Providence, RI 02903. The Deposition will commence at **9:00 A.M.** on **APRIL 2, 2008**, and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

DEFENDANT
STATE OF RHODE ISLAND

By Its Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 19th day of March 2008, to the attorney(s) of record listed below:

**V. Edward Formisano, Esq.**
edf@sfclaw.com

/s/ Brenda D. Baum

PDF created with pdfFactory trial version www.pdffactory.com