**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ASTRID G. ESTRADA, WENDY M. ESTRADA GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 07-10ML** |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARÉ, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island** | : | |

## ENTRY OF APPEARANCE

I, John M. Moreira, hereby enter my appearance on behalf of the State of Rhode Island, Rhode Island State Police, Steven M. Parè, individually and in his capacity as Superintendent of the Rhode Island State Police and Thomas Chabot, individually and in his capacity as a Trooper employed by the State of Rhode Island.

Respectfully Submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ John M. Moreira

JOHN M. MOREIRA (7371)
Special Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2411
Fax: (401) 222-3016
jmoreira@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 5th day of May, 2008, to the attorney(s) of record listed below:

**V. Edward Formisano, Esquire**
edf@sfclaw.com

/s/ John M. Moreira