**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ASTRID G. ESTRADA, WENDY M. ESTRADA GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 07-10ML** |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARÉ, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island** | : | |

**DEFENDANTS' ASSENTED TO MOTION TO EXTEND THE TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

Now come the Defendants, State of Rhode Island, Steven M. Pare and Thomas Chabot, and move to extend the deadline for filing their Motion for Summary Judgment for seven days, from May 15, 2008 to May 22, 2008. Plaintiffs' counsel has no objection.

The Defendants request the extension due to the number of Plaintiffs named in the case, the complexity of the issues and necessary research, as well as additional time

PDF created with pdfFactory trial version www.pdffactory.com

sensitive commitments in other state and federal court cases, including but not limited to preparation for a state court trial commencing on May 15, 2008.

Wherefore, the Defendants pray that this Court grant this Motion.

Respectfully Submitted,
DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that on this 7th day of May 2008 a true copy of the within Motion was sent by electronic mail to:

V. Edward Formisano
Sinapi, Formisano & Company
edf@sfclaw.com

/s/ Brenda D. Baum



PDF created with pdfFactory trial version www.pdffactory.com