# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA,
GUILFREDO E. MUNOZ, JOSE A. AQUINO,
CRUZ F. RIVERA, CARLOS E. TAMUP,
JOSE BURGOS, ABELINO M. URIZAR,
ISRAEL TEBALAN, ROLANDO NORIEGA,
BORIS R. CRUZ and ELSA HERNANDEZ
VILA VICENCIO

vs. C.A. NO. 07-10ML

STATE OF RHODE ISLAND, State Police
Department, STEVEN M. PARE, individually
and in his official capacity as Superintendent of
the Rhode Island State Police,
THOMAS CHABOT, individually and in his
official capacity as a state trooper employed by
the State of Rhode Island, JANE DOE,
individually and in her official capacity as a
state trooper employed by the State of
Rhode Island

**DEPOSITION OF CARLOS E. TAMUP**

Monday, March 31, 2008

2:00 p.m.

Rhode Island Department of Attorney General

150 South Main Street

Providence, Rhode Island 02903

- - -

Heather A. Lussier, CSR
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886
(401) 739-3600

A. Tiffany. Tiffany.
Q. He is going to show -- is that your work badge from your company?
A. Yes. Yes. The company is called Tiffany.
Q. And where is it located, what city?
A. Cumberland.
Q. And what do you do there for Tiffany?
A. I polish.
Q. And how long have you been working for them?
A. I started there on the 19th of November.
Q. And did you work -- have a place of employment or work before going to Tiffany?
A. Yes.
Q. Where did you work, sir?
A. In Westerly.
Q. What was the name of the company?
A. There was one in Cranston and one in Westerly. It's called Pull -- it's called Cimini.
Q. Were you working there in July on July 11, 2006?
A. Yes.
Q. And what did you do there, sir?
A. Polishing.
Q. When you would go to work working for Simco (ph.) in Westerly in July of 2006, did you drive a van full of

coworkers?

A. Yes.

Q. How many people would you drive to and from work?

A. That day I had 14 people.

Q. Did you always drive the same people to and from work?

A. Yes.

Q. And those people would pay you a weekly fee for driving them to and from work?

A. Yes.

Q. Are you related to any of the people in the van that you were driving on July 11, 2006?

A. They're friends from work.

Q. Okay. Do you still work with any of those people that you drove in the van on July 11, 2006?

A. No.

Q. When was the last time you spoke to anyone who was in that van on July 11, 2006?

A. Last week when we got together at the lawyer's office.

Q. Other than with your lawyer, have you ever spoken to any of those people in the van since the van was stopped on July 11, 2006?

A. Once in a while we run into each other, and we say hello to each other, nothing else.

Q. Mr. Tamup, do you speak English?

A. I understand very little.
Q. Do you have to speak English at work at Tiffany?
A. No.
Q. Okay. How about at Simco, did you have to speak English there?
A. No.
Q. Sir, do you understand English?
A. A little.
Q. When you were in school, did you ever take any classes in reading, writing or understanding English?
A. Back in my country, they never really teach that.
Q. Have you taken any classes in English or English as a second language while you've been in the United States?
A. No.
Q. Do your children speak English to you at all?
A. No.
Q. Okay. Primarily, in your home, you speak Spanish?
A. Yes.
Q. And your children primarily speak English in your home?
A. Among themselves they speak English, but to me, they speak Spanish.
Q. Sir, on July 11th -- if you could just tell me on July 11, 2006 what you remember occurring from the time you saw a

State Police cruiser behind your van.

A. Yes.

Q. What happened?

A. I was on my way to work, approximately, at dawn. And I crossed a lane without putting on my turn signal; and the policeman who was in front of me saw me, and he put on the lights and came after me. I stopped about half a mile beyond that. And when he came over near me, he asked me for my license, the registration and the car insurance. That was the patrolman.

Q. And did you understand what he was asking you?

A. Yes.

Q. Okay. And you gave him your license, registration and insurance?

A. Yes.

Q. Did you say anything to the officer at that time?

A. No.

Q. Okay. Did he say anything else to you at that time?

A. No.

Q. What happened next, sir?

A. He came back, and he went over to the codriver. He asked him for identification.

Q. Before the trooper went to speak to the codriver, did he go back to his car, or did he just walk around to the other

side to the codriver?
A. He went over to the codriver.
Q. And did you understand what he said to the codriver?
A. Yes.
Q. What did you understand the trooper saying to him?
A. He asked him for his name and his identification.
Q. And who was sitting in the codriver's seat?
A. It was Guilfredo.
Q. And what did Guilfredo -- did Guilfredo say anything to the policeman?
A. He told him that he didn't have any identification on him.
Q. Did he give the -- did he say anything else to the policeman?
A. He asked him for identification. And I think he gave him some sort of identification, but I don't think it had anything to do with motor cars.
Q. Did he ask Guilfredo his name and date of birth?
A. Yes.
Q. And did Guilfredo answer the policeman?
A. Yes.
Q. Do you recall what he said to the policeman?
A. He said his name and his birth date.
Q. Okay. Did anything -- what happened after that?

side to the codriver?
A. He went over to the codriver.
Q. And did you understand what he said to the codriver?
A. Yes.
Q. What did you understand the trooper saying to him?
A. He asked him for his name and his identification.
Q. And who was sitting in the codriver's seat?
A. It was Guilfredo.
Q. And what did Guilfredo -- did Guilfredo say anything to the policeman?
A. He told him that he didn't have any identification on him.
Q. Did he give the -- did he say anything else to the policeman?
A. He asked him for identification. And I think he gave him some sort of identification, but I don't think it had anything to do with motor cars.
Q. Did he ask Guilfredo his name and date of birth?
A. Yes.
Q. And did Guilfredo answer the policeman?
A. Yes.
Q. Do you recall what he said to the policeman?
A. He said his name and his birth date.
Q. Okay. Did anything -- what happened after that?

A. And then he came over to me again, and he told me to tell -- he said to tell the other people -- the other people in there to give him identification.

Q. Okay. And did you tell -- did you turn and translate to the passengers in the car what the policeman had said?

A. Yes. He told me -- he told me to tell the others to give him identification because a lot of the others were there didn't speak any English.

Q. And did you tell the people in the -- the individuals in the van what the policeman had said to you?

A. Yes.

Q. And did anyone respond?

A. They said to me -- some of them said to me that yes, they have one. Others said to me they didn't have one.

Q. Do you recall who said to you they had identification?

A. I don't remember.

Q. Do you recall who told you they didn't have identification?

A. No.

Q. Did anyone say anything else to you other than they did or did not have identification?

A. No.

Q. Did you say anything to the trooper after the people in the van told you whether they had identification or not?

A. Yes.

Q. What did you say to the policeman?

A. I said to him that some of them had it, some didn't, and that's when he went over and opened the door to the van.

Q. At that time, were you having any problems understanding what the policeman was saying to you?

A. No.

Q. Okay. And you were communicating back to the trooper?

A. Yes.

Q. And you were communicating to the best of your ability in English?

A. Yes.

Q. Because the policeman couldn't -- didn't speak Spanish to you, correct?

A. No.

Q. So the policeman went around to the passenger side doors?

A. Yes. He opened the door, and he collected all the identification from those who had it. And those who didn't, he didn't.

Q. Did the policeman speak when he was in the doorway collecting the identification?

A. Yes. Yes. Some of them gave him IDs, and others gave them consular from Guatemala that they had. And when he saw

something from the Consulate of Guatemala, he said some obscenity that he didn't -- to show that he didn't like it.

Q. Do you remember what the policeman said when he saw the ID?

A. Yes.

Q. What did he say?

A. What the fuck is this?

Q. I would just like to respond that Mr. Tamup responded in English to that question. Do you know whose ID he was looking at when he said that?

A. No.

Q. Are you sure it was a consular ID that he was looking at?

A. Yes.

Q. Were you aware that someone gave him a Sports Fitness ID?

A. Sports, no.

Q. Okay. You didn't know someone gave him a workout fitness gym ID?

A. No.

Q. Okay. Did the trooper say anything else while he was standing there?

A. No. No. He closed the door. And he came over to me, and he said, well, now you get out and you come with me.

Q. When the trooper was standing in the passenger doorway, did he say anything to you about seat belts?
A. He checked to see if everybody had seat belts on.
Q. Did he say anything to you about seat belts?
A. No.
Q. Did he ask you whose van it was you were driving?
A. Yes.
Q. And did you answer him?
A. Yes. My wife.
Q. And did he ask you where you were going?
A. Yes.
Q. And what did you tell him?
A. I was going to work.
Q. Did he ask you who the other people were in the van?
A. Yes.
Q. And what did you tell him?
A. Fellow workers.
Q. Did he ask you whether the other people in the van had work papers?
A. After he got me out the car and in the back of it, when we were behind it, he said to me you all have -- they all have to have working papers.
Q. And did you say anything to the policeman?
A. I told him that I couldn't do that because all I did

was take them to work. And then he said to me give me your social and your green card.

Q. And what did you respond to the policeman?

A. No. I said that I didn't have it. I only had my license.

Q. Did he ask you whether anyone else in the van had a green card?

A. Yes. He said that if they were going to work, they had to have their papers, that if they worked here, they have to have a green card.

Q. Did you tell him that there was -- no one in the van had a green card or work papers?

A. We told him we didn't have anything.

Q. I'm going to show you a very poorly drawn picture.

A. Okay.

Q. And you were sitting in the driver's seat. Could you put your initials in the driver's seat?

(Witness complies)

Q. I would ask that the record reflect that Mr. Tamup has put his initials, "CT" in the driver's seat and a "W" in the passenger's seat. Is this where --

A. Yes.

Q. Where you put this "W", is this where Guilfredo was sitting?

A. Yes.

Q. Okay. Do you remember where anyone else was sitting in the van?

A. Here. Here. Over here. There were people all over here.

Q. Okay. Every seat in the van was -- someone was sitting in?

A. Yes.

Q. When the policeman asked you to get out of the car, where on the van did you and the policeman go stand?

A. Over here.

MS. BAUM: Okay. And I'd ask the record reflect Mr. Tamup has drawn a mark at the back of the van indicating in response to that question.

A. Okay.

Q. Mr. Tamup, are there windows on the passenger's side of the van?

A. Yes.

Q. Do these windows on the passenger side open?

A. They open a little on the side.

Q. How about these back windows, do they open as well?

A. Yes. They open just a very little bit.

Q. Okay. When you were stopped on the side of the road on July 11, 2006, do you know what windows in the van were

open?

A. No.

Q. When the police car put his lights on, did anyone say anything in the van about the police car?

A. Yes. Somebody said the policeman -- the police are stopping us.

Q. Did anyone say anything else?

A. No.

Q. When you and the policeman went back here to speak, he patted you down?

A. Yes. Yes. Back here when we were standing he patted me down all over the place. And then after that, that's when he told me he had to have the papers, and then he told me to go back and sit in my seat.

Q. And you went back and sat in your seat?

A. Yes.

Q. Okay. When you went back and got in the car, was there anyone talking in the van?

A. My friends said to me, what's going on? And I said to them, I don't know. I've handed the papers over, and now he tells me that he wants the green cards. And then when he sent me back here, the policeman went back to the patrol car. And then he waited there for a while. He waited there for a pretty good while, and then some other patrol cars came. And

I think they were detective cars because they weren't police cars.

Q. Okay. They weren't marked police cars?

A. I don't remember. And then after that he had me get out again.

Q. Who was the friend -- your friend from the van who asked you what happened?

A. Guilfredo said to me, and now what are they going to do to us?

Q. And did you say anything to him, to Guilfredo?

A. I said, I don't know what's going to happen. I gave him all the papers.

Q. Did anyone else say anything to you when you got back into the van that first time?

A. Yes. Somebody said, now is it all over? Can we go? And I said, no. No. We can't. I've given him all the papers, and he hasn't given me back my license.

Q. Did anyone else say anything?

A. No.

Q. Were you nervous at this point?

A. Yes. Because since he had asked me for my green card and my social and I didn't have any, I didn't know what to do. And there was already a panic about what was going to happen.

Q. When you say a panic, other people in the van appeared

nervous?
A. Yes. Nervous. Nervous.
Q. When the policeman came back to your van, again, what happened?
A. He got me out again.
Q. Okay. How -- did he say please come out of the van, or what did he say?
A. Yes. He said come on out, get out.
Q. Okay. And did you go back to the same spot behind the van with the trooper?
A. Yes.
Q. And he patted you down again?
A. I don't remember.
Q. Okay. Did you talk to the trooper again behind the van?
A. Yes. And that's when he said to me, since the people that you're taking don't have any papers, it's your responsibility now to take them over to Immigration. And I said to him, why? I gave you my papers. And he said, it's your responsibility to take them over there.
Q. Did he say anything else to you when you were behind the van?
A. Yes.
Q. What did he say, sir?

A. Yes. And he said that I had to take them over to Immigration, that I had to follow him all the way over there and that if anybody tried to escape, it was my responsibility and that if anybody tried to escape, they could lose their life.

Q. Did you answer him?

A. I said, why do I have to follow you? And he said, yes, you have to follow me. And I said, okay, I'll follow you.

Q. Did he ask you if you knew where Immigration was?

A. No. He just said you're going to follow me. That's it.

Q. Was there any more of the conversation at the back of the van that you can remember having with the policeman?

A. No.

Q. Okay. When -- did you go back and get in the van?

A. Yes. Yes. And he put on the lights, and I followed him. And behind me another patrol car with its lights on also followed us. It was driven by a female policeman. And then we drove along on 95. And shortly afterwards, he pulled us over underneath a bridge, and he went and checked the doors and indicated that he didn't like the way they were. And he told me to follow him.

Q. I want to bring you back to the second time when you

and the police officer were talking behind the van. Okay?

A. Yes.

Q. You got back into your driver's seat?

A. Yes.

Q. Did you say anything to the passengers in the van at that time?

A. Yes. I said to him we have to now follow the policeman, and he wants us to go to Immigration to follow him there. And he says that nobody is to try to escape. Nobody is to move and that if anybody tries to escape that they could possibly die, that we have to follow him.

Q. Did anyone else speak in the van after he said that?

A. No. They were wound up like as if they were frightened. And afterwards, after the second time when he stopped us on 95, he stuck his hand out the window and signaled us to go faster. We were already going at 65, but he signaled that he wanted us to go faster.

Q. Was that before he stopped under the -- was that after he stopped under the bridge?

A. Yes. When we got onto 95 already.

Q. Okay. When you were stopped under the bridge, did the male trooper come over and try to see if the doors were locked?

A. I don't remember.

Q. Okay. When you were stopped under the bridge, did the male trooper come back and talk to you?

A. Yes. He said, let's go.

Q. Did he say anything else?

A. No.

Q. Did the female police officer say anything to you or anyone in the van?

A. No. No. They just went over to see if the doors were locked.

Q. The female police officer went to see if the doors were locked as well?

A. I didn't see that.

Q. Okay. How many times did the male police officer pat you down?

A. Once when he first had me get out, and then I don't know if it was two or three times altogether that he patted me down.

Q. When you got to Immigration, what happened?

A. The agents were -- sort of looked surprised, and they said, wow, so many people. Where are you from? I said, Guatemala. And they said, wow. And they said, many people come here from Guatemala.

Q. Did you get out of the van?

A. Yes. When the Immigration agents came over, they told

us to get out.

Q. Okay. And you went into the Immigration office?

A. Everybody.

Q. What happened when you got into the Immigration office?

A. They shoved us together, and they locked us up. They took everything that we had on us, and they checked us. And then one by one they called us.

Q. Okay. Have you had any hearings with Immigration before an immigration judge on deportation?

A. Before or now?

Q. Since July 11, 2006.

A. I have a hearing with a judge.

Q. And what is happening in that case?

A. I -- it was the first time that I went in February of last year. And this week I have to go again.

Q. What happened this week at the hearing?

A. I'm going to go this week.

Q. Oh, I'm sorry. Are you friendly with Guilfredo other than just working with him at Simco?

A. We got to know each other at work.

Q. Have you talked with him since you stopped working at Simco?

A. Just when we see each other in a store, we greet each

officer on July 11th, 2006 when he stopped you said to you that you haven't testified to here?

A. Could you repeat the question?

Q. Sure. Thank you for asking. You've testified here today about things that the male police officer said to you when he stopped your van on July 11, 2006. Can you think of anything else he said to you during that stop of the van?

A. No.

Q. Okay. You have told me things that you said to the passengers in the van on July 11, 2006.

A. Yes.

Q. Can you think of anything else you said to the passengers in the van that you haven't testified to?

A. I said to them we're going to go see Immigration. Only God knows what they're going to do to us now.

Q. Can you think of anything else you said to them other than what you've told to us here?

A. No.

MS. BAUM: Okay. Can I just have one minute? I'm going to mark this as an exhibit.

(RECESS)

**(Defendant's Exhibit A marked)**

MS. BAUM: I don't have anything further. Thank you very much, Mr. Tamup.

MR. PUSHEE: Do you mind if I ask a few questions?

MS. BAUM: Oh, sure.

MR. PUSHEE: Could I just see that exhibit?

MS. BAUM: Oh, sure.

**CROSS-EXAMINATION BY MR. PUSHEE**

Q. Carlos, when the police officer approached your vehicle for the first time and came to your driver's side window and asked for your license and registration, what did you do?

A. I stretched my hand out like this. I picked up the papers, and I handed them over to him.

Q. And in which direction did you reach your hand out to grab your papers?

A. Over here. Up front there's a space where the papers are kept, and it is over there that I reached.

Q. Let the record reflect that he just pointed to the middle between the two seats. And when you pointed to that area on the diagram, Exhibit A, were you referring to the center console between the driver's seat and the front passenger's seat?

A. It's over here in front. It's not between the two seats. It's over here in front. There's a space where I kept the papers. And I just extended my hand to reach over and

grab them.

Q. And other than grabbing for the papers, your registration for the car, did you make any other movements while the trooper was standing at the driver's side window?

A. No.

Q. And while the trooper was standing at the driver's side window the first time he approached, did you witness anybody else in the van make any other type of movements that were out of the ordinary?

A. No.

Q. At any time while the trooper was either on the driver's side door or he was on the passenger's side of the van with the door open, did you witness anybody else in the van make any movements that were out of the ordinary?

A. No. No. He just took my license and the ticket that he gave me. He didn't give it to me. He just left it with Immigration. It was Immigration that afterwards gave me the ticket.

Q. Okay. But you didn't -- while the trooper was either standing outside your door or the other door, did you witness any other type of movement that was out of the ordinary by the other passengers?

A. No.

MR. PUSHEE: Okay. I don't have anything