# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA, GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO

C.A. NO. 07-10ML

vs.

STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island

**DEPOSITION OF WENDY M. ESTRADA CABRERA**

Monday, March 31, 2008

10:00 a.m.

Rhode Island Department of Attorney General

150 South Main Street

Providence, Rhode Island 02903

– – –

Heather A. Lussier, CSR
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886
(401) 739-3600

A. Okay.
Q. We want to make sure it's all correct for everybody. What was the last job you had?
A. At Cimini Association.
Q. Is that in Westerly?
A. Yes.
Q. Were you working there in July of 2006?
A. Yes.
Q. What did you do there?
A. I would inspect jewelry.
Q. Okay. Ms. Cabrera, do you understand any English?
A. A little.
Q. Okay. Can you understand a little of what I'm saying today?
A. Yes. A few things.
Q. But not enough to comfortably answer without Mr. daSilva's help?
A. No.
Q. And do you speak any English?
A. I understand more than I can speak it.
Q. Ms. Cabrera, do you know an Astrid Estrada?
A. Yes. She's my sister.
Q. Is she your older sister or younger sister?
A. Older.

day.

Q. When you say worried about what happened, what specifically worried about?

A. The problem that fell upon us afterwards with regards to immigration.

Q. Do you know a Mr. Carlos Tamup?

A. Yes.

Q. And is he related to you?

A. No.

Q. Other than your sister and your brother-in-law, were you related to anyone else in the van that day?

A. No.

Q. When's the last time you spoke with Mr. Tamup?

A. I don't remember.

Q. Okay. More than six months ago?

A. I don't remember the exact date nor how much exact time ago it was.

Q. Would Mr. Tamup regularly drive you to and from work?

A. Yes.

Q. Did you pay him to drive you back and forth to work?

A. Yes.

Q. How much would you pay him?

A. Thirty dollars per week.

Q. And Ms. Cabrera, I'm going to show you what's a very

bad picture of a van drawn and ask if you could make an "X" where you were sitting on July 11.

(Witness complies)

Q. Okay. And could you put your sister's initials where your sister was sitting?

(Witness complies)

Q. And do you know where your brother-in-law was sitting?

(Witness indicates)

Q. Do you recall where anyone else was sitting in the van that day?

A. Elsa is the only other one here. The other ones I don't remember where.

Q. And did the van have windows on the side?

A. Yes.

Q. Did the windows open?

A. No.

Q. Was there windows in the back?

A. No.

Q. Okay.

A. The only window which was open was the driver's.

Q. I'm just going to indicate for the record that the "G" that Ms. Cabrera wrote is her brother-in-law, Guilfredo.

A. Yes.

Q. And the "E" is for Ms. Elsa Hernandez Vila Vicencio?

A. Yes.

Q. Okay. Were there people sitting in the row behind you?

A. Yes.

Q. Okay. And there was no windows in the back of the van?

MR. PUSHEE: Object. That question has been asked and answered.

Q. And Mr. Tamup was driving?

A. Yes.

Q. Could you tell me what you remember occurred on July 11, 2006?

A. Yes. We were on our way to work. And then at Exit 3, I remember we were stopped by the State Police. And they asked Carlos for his license and for the registration, and he gave it to them. And he went back towards the patrol car. And then he came back, and he came over to our side where we were. And he asked us if we had IDs, and not all of us had IDs on us. And then those who did have them on them handed them over. And then when one of the cowork -- my coworkers handed over to him, I noticed that he handed a card over to him. He gave him a consular card from Guatemala. And he said -- he said a word, a word that I don't know. And if it was said, I don't want to say it here.

Q. Do you recall what the word was that was said?
A. Yes. What sort of shit is this?
Q. The trooper said that?
A. Yes.
Q. What happened next?
A. He said to us when he saw the cards didn't we have any green cards, and we all kept silent.
Q. What happened next?
A. And then he, once again, asked like two or three times whether or not we had green cards on us. And since nobody answered or handed anything over to him, he got mad, and he slammed the door really hard.
Q. What happened next?
A. And then he went over to Carlos, and he had him get out of the van. And he took him towards the back of the van, and he started to pat him down. And he had him go back into the van, and he went over to the patrol car. And he came back, and he got him out of the van once again. And then he started to say some things to him, and the things that he said we only heard some of it. We didn't hear all of it. And the little that he said which we heard was that we were his responsibility and that they were going to take us over to Immigration. And he said if anybody got out of the car, he could shoot. And some other officers also arrived, but I

don't remember the exact moment when they got there. And he said that we --

THE INTERPRETER: I have to probe because I don't understand something she said.

MS. BAUM: Go ahead.

THE INTERPRETER: Is that all right?

MS. BAUM: Yes.

(Interpreter clarifying answer)

A. He said to make the car secure with a key. And that we should not open it for any reason. And then a woman police officer arrived in another patrol car. And he went ahead of us, and she went in the back. We had to follow him in the van. And under a bridge which is around there at the exit, he stopped the van, and he sort of stopped there thinking -- I don't know what he was waiting for. And he came over to the van once again to see if we had the doors locked, and then they took us over to Immigration.

Q. When you were explaining to us what the trooper said, did you understand that yourself, or did someone translate it for you?

A. Of what he was talking about, we didn't understand many of the things.

Q. Okay. What specifically did you understand and hear the trooper say to Carlos?

A. I heard that he said he was taking us to Immigration. And I heard him say some words having to do with death and shots, but we didn't even dare to turn or anything like that because we were afraid he might shoot. And then we heard little of what was said because the driver had the window down.

Q. Did you hear the trooper say the word, shoot?

A. Yes.

Q. With the other information you were given, who translated to you what the trooper said?

A. At what moment?

Q. I'll go back. When the trooper came up, did he come up to Carlos's window, first of all?

A. Yes.

Q. Did you understand what the trooper said to Carlos?

A. Yes.

Q. Okay. What did the trooper say to Carlos?

A. That he wanted the registration and the license.

Q. Did he say anything else?

A. No. As far as I can remember, no.

Q. Did Carlos give the trooper the registration and his license?

A. Yes.

Q. Then the trooper left Carlos's window?

A. Yes.
Q. And then the trooper came around to the passenger's side of the van?
A. Yes.
Q. And he opened the doors?
A. Yes.
Q. When he opened the doors, what did you understand the trooper say?
A. That he wanted our IDs.
Q. And did you say anything to the trooper?
A. No.
Q. Did anyone say anything to the trooper?
A. I don't remember.
Q. Did you give the trooper any sort of ID?
A. No.
Q. Do you remember anyone in the van giving the trooper -- who specifically in the van gave the trooper an ID?
A. No.
Q. Did you hear anyone say anything to the trooper after he asked for IDs?
A. No. Everybody pulled out the ones that they had; and they handed it over to him, but they didn't say anything.
Q. Okay. Were you nervous at this time?
A. Yes.

Q. You were just looking forward?
A. Yes. Forwards. But while he was there, we were paying attention to see what it was that he was saying.
Q. Did the trooper say anything other than ask for IDs?
A. I don't remember.
Q. Did he say anything about seat belts?
A. No.
Q. Did he ask anyone for their name?
A. No.
Q. Did anyone other than Carlos say anything to the trooper?
A. Not as far as I can remember.
Q. When the trooper went back to -- when the trooper got the IDs, you said he looked at them?
A. Yes.
Q. And he said something of what sort of shit was this?
A. Yes.
Q. Was it then that he asked for green cards?
A. He asked -- he asked if any of us in there had green cards on us.
Q. Did anyone answer him?
A. No. We just kept quiet.
Q. When the trooper was speaking to you in the van, was anybody doing any translation?

A. No.
Q. Did Carlos translate anything for you?
A. Yes. When he got into the van, he told us that we were his responsibility and to maintain our calm.
Q. Is that all Carlos translated for you?
A. That's the only thing that I remember.
Q. Did Carlos say you were going to Immigration?
A. Yes. But we had already heard him say that.
Q. When the police car was -- when you were in the van driving and the police car was pulling you over, was anybody talking in the van?
A. No. Most of the time while we were on the road, everybody slept.
Q. How many times did the trooper come and open the doors?
A. I -- there's only one time that I remember.
Q. Other than saying the word, shit, did the trooper use any other sort of derogatory language?
A. As far as I can recall, just that, but I don't remember everything that he said.
Q. Could you understand everything the trooper said?
A. Of all the things that he said, I don't know exactly how much of it I understood, but I understood some of the things that he did say.

Q. At some time, the trooper asked Carlos to step out of the van?

A. Yes.

Q. Okay. Where did the trooper and Carlos stand near the van when they were talking?

A. In the back of the van.

Q. Okay. The first time they talked they stood in the back of the van?

A. The two times that he had him step out, both times he took him to the back of the van.

Q. And did you turn around when Carlos and the trooper went to talk behind the van?

A. We looked just a few times to see where it was that he was taking him. But we -- few of us turned our heads, not everybody.

Q. Who turned their heads?

A. I did to see where he was taking him.

Q. Did your sister?

A. Yes.

Q. When all this was going on, was there traffic going by on the highway?

A. Yes.

Q. And I would just ask for the record that the "X" at the back of the van is Ms. Cabrera's indication of where the

trooper and Mr. Tamup went to speak on two occasions. You said that the trooper patted Mr. Tamup down?

A. Yes.

Q. Where did he do that?

A. Behind the van.

Q. Where the "X" is?

A. Yes.

Q. When you say he patted him down, where did he touch Mr. Tamup?

A. We only saw that he was doing it around here because it was the only part that we could see.

Q. When you say "here", you mean the top part of his body?

A. Yes. The back.

Q. When the trooper and Mr. Tamup were in the back of the van, what windows of the van were open?

A. The driver's.

Q. Only the driver's side window was open?

A. Yes.

Q. Was the van running at the time?

A. I don't remember.

Q. Was the passenger window open?

A. I don't remember.

Q. And it was when Mr. Tamup and the trooper were behind

the van that you heard them speak about Immigration?
A. Yes. The last time that he had him step out.
Q. And when they -- the trooper and Mr. Tamup were speaking, they were speaking at the back of the van?
A. Yes.
Q. And where were Mr. Tamup and the trooper standing when you believe you heard the trooper say the word, shoot?
A. Behind the van.
Q. How many times did you see the trooper pat Mr. Tamup down?
A. Once. But he had him step out of the van twice.
Q. When the van went to Immigration in Providence, did the male trooper get out of his car?
A. Yes. The only thing he did was to put down on a table at Immigration the IDs that had been given to him by some of us, and then he took off.
Q. Other than on the side of the highway, did the trooper speak to anyone in the van?
A. No.
Q. Did the female trooper ever speak to anyone in the van?
A. No.
Q. Did the male trooper ever physically touch anyone in the van other than Mr. Tamup?

A. No.
Q. Did he ever touch you?
A. No.
Q. Did the female trooper touch anyone in the van?
A. No.
Q. She didn't touch you?
A. No.
Q. And you yourself never spoke directly to the trooper?
A. No, I didn't.
Q. Did you talk with your sister after you left Immigration on July 11, 2006?
A. Yes.
Q. Did you talk to her about the police stopping you on the side of the road?
A. Yes.
Q. Okay. What did you say to your sister about the police, State Police stopping you on the side of the road?
A. We spoke about what happened that day. And then both of us went to go see our pastor for him to pray for us because we were so nervous about what had happened to us that day.
Q. When you were saying you were nervous about what happened to you, do you mean you were nervous that you had to go to Immigration and you may be deported?
A. For both things.

Q. Okay. Why don't you tell me what you were nervous about.

A. Because what we lived through with the policeman and because what happened at Immigration.

Q. When you say what we lived through with the policeman, what specifically do you mean?

A. The fear that we all felt for our lives when he said that he was going to shoot and the fear that we had that perhaps something else -- something additional might happen to us, might happen to our lives.

Q. What is the name of your pastor?

A. Byron Mendez.

Q. And is he the pastor at St. Theresa's Church?

A. No. No. He's a Christian pastor.

Q. What was the name of the church?

A. At Ray Therese.

THE INTERPRETER: I don't understand her.

Q. What is the name of the church?

A. King of Kings.

Q. And where is that?

A. It's hard for me to give directions.

Q. What city?

A. They've just moved; and I don't remember exactly, but before they were on Manton Avenue. But right now I don't know

Q. When you spoke with the other trooper at St. Theresa's Church, was there a translator there?
A. Yes.
Q. Did she translate for you what the trooper was saying?
A. I don't remember exactly.
Q. Okay. Was she translating to you the questions?
A. I don't remember exactly what happened that day.
Q. Okay. Do you remember a woman there speaking Spanish to you asking you questions?
A. No. No. I don't remember that day. I'm total blank about what went on that day. Yeah.
Q. Do you have a hearing scheduled with Immigration regarding your status?
A. Yes.
Q. Okay. When is your next hearing?
A. We don't have a date. We made an appeal.
Q. When you went to Immigration on July 11, 2006, what happened?
A. They asked us various questions, but everything wound up in them giving us a voluntary departure.
Q. When you say voluntary departure, what do you mean?
A. That they were going to hear our case, and we went to two or three different appointments. And she told us that we had to leave the country but not with a deportation but with a