# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA, GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO

vs. C.A. NO. 07-10ML

STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island

**DEPOSITION OF JOSE BURGOS**

Wednesday, April 2, 2008

10:00 a.m.

Rhode Island Department of Attorney General

150 South Main Street

Providence, Rhode Island 02903

– – –

Heather A. Lussier, CSR
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886
(401) 739-3600

Q. How long did you live on Pocasset for?
A. One year.
Q. Okay. And where did you live before that?
A. In New Jersey.
Q. How long did you live in New Jersey?
A. Six years.
Q. When did you come to the United States, sir?
A. In 2000.
Q. And when you came to the United States, did you do so under any visa or permission?
A. No.
Q. In July of 2006, were you in the United States under any visa, green card or governmental permission?
A. No.
Q. Sir, what is the highest grade you completed of schooling in Guatemala?
A. Fifth of the primary cycle. I don't know what you would call that here.
Q. When you were in Guatemala, did you take any classes or schooling on speaking, understanding or reading English?
A. We did have an English class, but there really was no practice.
Q. Did you learn some English words or phrases in that class?

A. Very little.
Q. Do you speak any English, sir?
A. No.
Q. Do you understand any English, sir?
A. It takes me a while. It takes me a while.
Q. It takes you a while, but you can understand a little English?
A. A word here and a word there.
Q. Sir, do you live with anyone on Lowell Ave. in Providence?
A. With my wife and a child.
Q. And what is your wife's name, sir?
A. Reina Clementina Coraldo.
Q. Was your wife on the van on July 11, 2006 going to work?
A. No. No.
Q. If you could just let Mr. daSilva translate before you -- it seems like you're getting the idea. If you could let him finish his translation before you answer, that would be great. Are you or your wife related to anyone else who was traveling on the van with you on July 11, 2006?
A. No.
Q. How old is your child, sir?
A. Two years.

Q. A little girl or little boy?
A. A girl.
Q. Sir, do you currently work?
A. Yes.
Q. And what is the name of the place where you work?
A. Westerly.
Q. Okay. Is it Simco & Sons (ph.)?
A. Sorry. I didn't understand.
Q. Is the name of the place where you work Simco?
A. Yes.
Q. Okay. How long have you been working for them?
A. Two years.
Q. And what do you do for them, sir?
A. Polish.
Q. During your work, do you have to listen or understand any English?
A. No.
Q. Okay. Does anyone give you instructions at work?
A. Yes.
Q. Is it given to you in English or Spanish?
A. In Spanish.
Q. Sir, I'm going to ask if you could tell me what you remember when the State Police stopped the van you were riding in on July 11, 2006.

A. Fine.

Q. Could you tell me what you remember?

A. It was around 6:00 -- no, 7:00. And the State Police stopped us. The driver of the van, he had him get out twice. He patted him down from his feet all the way up to his head. He went, came back. He asked those who were there if they had IDs, and he was demanding an ID that is a green card. And one of the guys handed him a consular ID, and he looked at it and said, this isn't valid.

Q. What happened next, sir?

A. They had us there stopped for about a half an hour. He would come back. He was really angry, and at the end, he slammed the door. And then a female policewoman came. They spoke and then went back, and they spoke to the driver. And he said that nobody was to try and get out of the van. Nobody was to try and escape, that they could shoot them. If you don't want to die, stay still where you are. And then we -- they took us along. And they had us behind a -- they had us under a bridge for about 10, 15 minutes. They had -- while we were there, they came over. They checked around the van, and then they went on talking. And then shortly before 7:00, they had us going on our way to Providence with a patrol car ahead of us and one behind us. They told us that we should move along fast. When we got to Immigration and they parked the

van near the entrance to the Immigration, and the female trooper was standing there like as if we were going to try and escape. They had us in Immigration, and they put handcuffs on us. And the only condition they gave us is that we had to sign some papers and they took our fingerprints. The last of us to get out of there, we got out around 4:00. That's it up to there.

Q. Sir, I'm going to ask you to look at this drawing, a pretty poor one of a van. Do you remember where you were sitting in the van on July 11, 2006?

A. Yes.

Q. Could you put an "X" where you were sitting, sir?

(Witness complies)

A. Over here.

Q. Okay. I'm going to tell you this is the driver's seat. Okay. If this is the driver's side, -- I'm going to mark that out -- where were you sitting?

A. I was over here then.

Q. So you were in the back of the van?

A. Yes. In the back.

Q. Okay. Were you in the very last row of the van?

A. No. The next to last.

Q. Okay. I'm going to ask the record reflect that Mr. Burgos has marked an "X" on a seat in the van where he

A. Yes.

Q. Okay. Did you hear what the policeman was saying to the driver, Carlos?

A. They conversed, but I didn't understand anything that was said.

Q. Okay. After the policeman talked to Carlos, the driver, what did the policeman do?

A. He went back to the patrol car. From there, he had him get out, and he began to pat him down.

Q. Okay. Could you mark a circle where the State Police officer was patting down Carlos, the driver?

A. He patted him down over here. Maybe over here.

Q. He patted him down near the police car or near the van?

A. Near the patrol car.

Q. Okay. Did you turn around and look what the policeman was doing?

A. Yes.

Q. Okay. And could you describe what you saw the policeman doing?

A. He was patting him down. He was checking all around his clothes. He was checking him all over the place.

Q. I would just ask the record reflect that Mr. Burgos has made two "X"s or marks near the police car on the diagram

where he believes or recalls that the policeman spoke with and patted down the driver, Carlos. Did you have a window next to you?

A. Yes.

Q. Okay. Did it open?

A. No.

Q. Okay. Do you remember if any of the windows were open when the policeman was talking to Carlos outside the van?

A. No. They were closed.

Q. So you couldn't hear what the policeman was saying to Carlos and Carlos was saying to the policeman?

A. No. Couldn't hear it.

Q. If you could just wait for Mr. daSilva to finish translating. It gets very hard for the stenographer to get everyone down. When Carlos was outside of -- Carlos, the driver was outside of the van talking to the policeman, was anyone talking in the van?

A. Well, everybody just felt worried about Immigration, that they were going to take us to Immigration and deport us.

Q. Did anyone say anything outloud?

A. Just that -- that they're going to get into contact with them. They're going to start bothering us.

Q. Do you know who said that?

A. Wendy. Wendy Cabrera.

Q. Do you remember exactly what Wendy Cabrera said in the van?
A. Just that -- that they were going to start bothering us.
Q. Did Wendy say anything regarding the policeman shooting?
A. Yes.
Q. Okay. What did Wendy say about that?
A. She said that they were going to be taking us to Immigration and that they were not to move because they might shoot at us.
Q. Okay. I'm just going to ask you to keep your voice up just a little bit so Mr. daSilva could hear you.
A. Fine.
Q. Do you remember where Wendy was sitting in the van?
A. Yes.
Q. Okay. Could you mark a "W" where you remember Wendy sitting?
(Witness complies)
Q. Okay. I'm going to ask that the record reflect that Mr. Burgos has made a mark on the other side of the van that looks like a "W" where he believes that Wendy Estrada Cabrera was sitting. Was Wendy's window open?
A. No.

Q. Okay. Did Wendy say she heard the policeman say those words?
A. Yes. When he came back a second time.
Q. When the policeman came back a second time?
A. Yes.
Q. And I don't mean to confuse you, but I'm a little confused myself. When did Wendy say she heard the policeman say that people better not move or they could shoot?
A. Since she was seated closer to Carlos, she said to us what she heard Carlos say, that he was -- she was much closer to him.
Q. Did Wendy say she heard the policeman say those words or Carlos say those words?
A. No. Carlos. Carlos.
Q. I know you want to try to get this finished as fast as possible, and I promise you I'm trying to do that; but you just have to let Mr. daSilva finish his translation. Okay?
A. Fine.
Q. So Wendy told the other passengers in the van that she heard Carlos say that no one should move or the policeman could shoot?
A. Those of us who were seated towards the back of the van couldn't hear what Carlos said. So we said, what did he say? What did he say? And then Wendy said this is what he

said, this and this.

Q. Okay. So am I correct when I say that you didn't hear what Carlos said and Wendy repeated it for you?

A. We said, what did he say? What did he say? And she said Carlos said that he said this and this and this.

Q. Okay. After the first time after the policeman and Carlos spoke behind the van, Carlos came back and sat down?

A. Yes.

Q. All right. Did you hear Carlos say anything at that time?

A. No.

Q. Then there came another time when the policeman asked Carlos to get out of the van?

A. Yes.

Q. Okay. Did they go back to the same spot where you marked?

A. Yes.

Q. Did you turn around and look what they were doing?

A. Yes.

Q. Okay. Did you see the officer pat Carlos down again?

A. Twice. I saw him do it twice.

Q. The same sort of way patting him down?

A. Yes.

Q. And did it look to you like Carlos, the driver and the

policeman were talking outside the van?

A. Yes. They spoke a good deal.

Q. And Carlos came back and got in the driver's seat again?

A. For a third time, he sat down. And he said, let's go. We're on our way.

Q. Did Carlos say where you were on your way to?

A. That we're on our way to Immigration, and nobody is to try to escape because they might shoot at us.

Q. Carlos said that to the passengers in the back?

A. Yes. Yes.

Q. At some time, Mr. Burgos, did the policeman come to your passenger side of the van?

A. Twice.

Q. Twice. Okay. The first time he came to the passenger side of the van, had he just finished talking to Carlos and walked around?

A. Yes.

Q. Did he open the passenger side doors of the van?

A. Yes.

Q. Did the officer speak to the passengers in the van?

A. Yes.

Q. Did you understand what the officer was saying?

A. He asked for IDs, that he said he wanted the green

cards.
Q. Okay. Do you remember the words the officer used?
A. Just IDs, green card, green card.
Q. Okay. Did anyone answer the officer?
A. No.
Q. Did anyone give anything to the officer?
A. Two.
Q. Do you remember who gave the officer IDs?
A. Yes.
Q. What are the names of the people who gave the officer the IDs?
A. Cruz.
Q. Was it Cruz Rivera?
A. Yes.
Q. And do you remember who else?
A. Jorge.
Q. Do you know Jorge's last name?
A. No.
Q. What did the police officer do after these two gentlemen gave him IDs?
A. He did like as if they weren't valid, that they weren't -- he kept demanding the greens, the greens.
Q. You keep moving your hands, shaking. Did the officer shake the IDs, move his hands?

A. Yes. He -- it was no, no, green cards, green cards.

Q. So the officer was shaking his hands saying, no, no, green cards, green cards?

A. Yes. With the consular cards that he had been handed.

Q. Was that the first time -- did that happen the first time the police officer opened the passenger side doors of the van?

A. Yes.

Q. Okay. Were you nervous at that time?

A. Yes. Anybody would.

Q. Did it seem everybody else in the van may have been nervous, too?

A. Also.

Q. And you were nervous because the police officer may take you to Immigration?

A. Yes.

Q. Okay. During -- when the van was stopped, was the van still running?

A. I don't remember.

Q. Was there air conditioning in the van?

A. No.

Q. Okay. Was there traffic going by on the highway?

A. A lot.

Q. Okay. Did you yourself understand any words the

police officer said?
A. No.
Q. Okay. Did you understand when the officer said the word, ID or identification?
A. Yes.
Q. Okay. Did you understand the words, green card?
A. Yes.
Q. You didn't understand anything else, though?
A. No.
Q. Okay. What did Carlos -- what do you remember Carlos, the driver saying to the passengers in the van?
A. Just when he came back, he said, nobody get out. Nobody try to get out because he might shoot.
Q. Okay. When the officer came to the passenger side van the first time, is that when you say he slammed the door?
A. No. It was the second time.
Q. Second time. After the officer left the first time the passenger side doors, did he go back to his police car?
A. Yes.
Q. Okay. What did the officer do before he came back and opened the passenger doors a second time?
A. He went to the patrol car, and he was talking on the phone.
Q. Okay. And then he came back to the passenger side

door a second time?
A. Yes. But in between that, he had Carlos get out.
Q. Okay. So the policeman was talking on the phone and then came and got Carlos and went and spoke to Carlos again?
A. Then Carlos got back into the driver's seat of the van. Yes.
Q. And then the officer came to the passenger's side door for the second time?
A. Yes. Yes. But even after that, he got Carlos out of the car again.
Q. Okay. So he got Carlos out twice before he came back to the passenger's side door?
A. In between that.
Q. Okay. What did the officer say that you understood the second time he came to the passenger side door?
A. He didn't say anything. He just opened the door. The door was open, and he slammed it.
Q. The door was open already?
A. Yes.
Q. Okay. So he just walked around and slammed the passenger side door?
A. Yes.
Q. You said before that the officer seemed really angry to you?

A. When we didn't give the green cards.
Q. What did he do, say or look like that made you think he was really angry?
A. You could see it in the gestures that he was making.
Q. Could you show us what gestures he was making that made you think he was really angry?
A. Really angry. No. No. No. A green card. A green card.
Q. I would ask that the record reflect that Mr. Burgos was also shaking his head and moving his hands up and down as if he had IDs in it. Is that correct, Mr. Burgos?
A. Yes.
Q. Did the male police officer ever speak to you directly?
A. No.
Q. Okay. Did the male police officer ever touch you?
A. The policeman?
Q. Did the policeman touch you?
A. No.
Q. Okay.
A. No.
Q. Did the female police officer ever talk to anyone in the van?
A. No.

Q. Did you see the female police officer ever touch anyone in the van?

A. No.

Q. When you were -- arrived at Immigration, you said that the female police officer got out of her car and looked like she was standing there to make sure no one escaped; is that correct?

A. Yes.

Q. Where was the police where -- how close to your van was the police, the female police officer standing when you got to Immigration?

A. About two meters.

Q. Okay. Near what part of the van was she standing?

A. The side door.

Q. Near the front of the van or in the middle of the van?

A. Close to the -- in the middle. The middle area.

Q. Okay. Did you ever see --

A. Sorry. Near the axles.

Q. Thank you. When the van was on the highway, did you ever see the male police officer speak to the man who was sitting in the copilot or passenger -- front passenger's seat?

A. Yes.

Q. Okay. Did you hear what the officer said to the person in the front passenger copilot seat?

A. No. I didn't understand.

Q. Do you know the -- or remember who the person was who was sitting in that copilot front driver's seat?

A. It seems that it might have been Wilmer.

Q. Okay. Did you pay Carlos to drive you to and from work every week?

A. Sorry. It's William. It's not Wilmer.

Q. Thank you. Is that Wendy's husband?

A. No.

Q. Okay.

A. It's Astrid's husband.

Q. Astrid's husband?

A. Yes.

Q. Was it Astrid or Wendy who spoke in -- when the van was on the side of the road telling you what Carlos said?

A. It was Wendy. It was Wendy. And that happened when we said, what did he say, what did he say?

Q. When you say what did he say, you're talking about what did Carlos say?

A. Yes.

Q. Other than Carlos and Wendy, did you hear any of the other passengers speak in the van either while it was stopped on 95 or on the way in to Immigration?

A. No. No. Nothing.

Q. Do you know who Colonel Steven Pare is?
A. No.
Q. Okay. Do you know what type of training the State Police have about how to stop and question people in a car?
A. I don't know. But I think it would have to be with the driver. Would have to be with the driver because it would be because of a slip on his part.
Q. When you say a slip on his part, what do you mean?
A. Because if the policeman -- sorry. If the driver commits an error, if he commits an error with his vehicle, it would have to be with him.
Q. But you don't think a policeman can talk to passengers when they're stopped on the side of the road?
A. No. Because we're not committing any crime.
Q. Other than what you think, do you have any personal knowledge of what type of training State Police officers receive?
A. No.
Q. Okay. Sir, are you currently undergoing any sort of deportation proceeding?
A. Yes.
Q. Could you tell me what's happening with that proceeding, sir?
A. We almost have the deportation upon us.