# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA, GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO

C.A. NO. 07-10ML

vs.

STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island

**DEPOSITION OF ISRAEL TEBALAN**

Wednesday, April 2, 2008

2:00 p.m.

Rhode Island Department of Attorney General

150 South Main Street

Providence, Rhode Island 02903

\- - -

Heather A. Lussier, CSR
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886
(401) 739-3600

A. No.
Q. Okay. Do you understand English?
A. Perhaps a few words or other but really no.
Q. Do you speak English?
A. No.
Q. Are you currently working anywhere?
A. Right now?
Q. Yes.
A. Right now I'm working around here at a restaurant.
Q. What is the name of the restaurant?
A. I don't remember the name. I've only been there for about two weeks.
Q. What are you doing at the restaurant? What type of work?
A. Dish wash.
Q. Okay. When you are at work, does anyone speak English to you?
A. Sometimes.
Q. Okay. Do you understand them?
A. Some words or other.
Q. Where were you working in July of 2006?
A. From that time, 2006, forward.
Q. In July of 2006?
A. I worked for a couple of days afterwards, after the

policeman stopped us, but then afterwards I stopped going. I wound up without any work.

Q. What was the name of the company you were working for in -- on July 11, 2006?

A. The company was called Cimini, but they were just renting a room there for a workshop.

Q. And what would you do for Cimini in Westerly?

A. I would polish the jewelry. I would make the jewelry pieces shine.

Q. Mr. Tebalan, are you married?

A. Here, no. In Guatemala, yes.

Q. Do you have any children?

A. Uh-huh.

Q. How many children?

A. Two. Two in Guatemala.

Q. And what are their ages?

A. The little one is six -- seven years. That's what the little one is.

Q. And your older child?

A. Around ten years old.

Q. Mr. Tebalan, I would like you to tell me what you remember from when the State Police car -- strike that.

I'm showing you a picture of a very poorly drawn van with a police car behind it.

Q. Can you remember anyone else who was in the back row of seats with you?
A. No. I don't remember very well who it was. But yes, there were three of us there in the back.
Q. You said you believe that someone in the name -- someone in the van named, Rolando had been deported back to Guatemala; is that correct?
A. No. No. Rolando hasn't been deported to Guatemala. No. No. It wasn't Rolando. I was asking whether it -- the one sitting in back of me was Rolando or the other guy was the other guy. It was the other guy who wound up getting deported back to Guatemala.
Q. You believe there was someone on the van with you on July 11th, 2006 who has already been deported back to Guatemala?
A. I don't know. How can anyone know his case, where his case is?
Q. I thought it was your testimony that you believed someone in the van with you on July 11, 2006 had already been deported to Guatemala. Is that correct or no?
A. Sorry?
Q. Do you know -- as you sit here, do you know whether anyone who was in the van with you on July 11, 2006 has already been deported to Guatemala?

A. One of them. The ones that were all inside the van with us, we were all taken to Immigration, but there was one person whom they grabbed once and for all.

Q. And that one person was in -- riding in the van with you that day?

A. Yes.

Q. Okay. Do you know their name?

A. No.

Q. Was it a man or a woman?

A. Man.

Q. Sir, are you related to the driver, Carlos Tamup?

A. Me, yes.

Q. How are you related to him?

A. He's my uncle.

Q. And when was the last time you talked to your uncle, Carlos Tamup about the State Police stopping the van you were riding in on July 11, 2006?

A. How long ago has it been since I spoken to him about that theme?

Q. Yes.

A. Oh, it's been a while.

Q. Over a month?

A. No. Much more.

Q. Over six months?

And when some of my fellow workers sort of said the police has stopped us and they want our identifications.

Q. So when you woke up, was the van already on the side of the road?

A. Yes.

Q. Okay. Who was saying the police want our IDs?

A. First of all, Carlos said that everybody who's got papers, pass them over here to me because he asked for them.

Q. Did you have any papers on you that day?

A. Some had IDs. Other had the IDs from the Guatemalan Consulate.

Q. Did you have any ID on you?

A. I had the Guatemalan consular ID.

Q. Did you give it to Carlos?

A. No. I passed it to others who were ahead of me so that they could in turn pass it on.

Q. Was Carlos speaking to the police officer at this time?

A. Yes.

Q. Okay. So did you see the policeman walk from his car up to Carlos's driver's window?

A. No. When I woke up, the police was already there at the window next to Carlos.

Q. Did you hear anything that the policeman said to

good, that the only thing he wanted were the green cards.

Q. Was it Carlos that told you that the officer said the papers were no good, that he wanted green cards?

A. Yes. It was Carlos who said that.

Q. And that's the driver, Carlos Tamup?

A. No. Because since I don't understand English, he said that's what the policeman said.

Q. Carlos Tamup said that's what the policeman said?

A. Uh-huh.

Q. Did you yourself ever hear or understand what the policeman was saying in English?

A. No. Well, what I really understand I know in English bad words better than I know the good words.

Q. Did you hear the police officer say any bad words in English that you understood?

A. The only thing that I remember that I heard him say was shit, shit and one of the things he said that didn't reach me.

Q. So you heard the police officer say the word, shit?

A. Yes. I heard him say that.

Q. Did you hear and understand the police officer say anything else?

A. No. Not me.

Q. Okay. What did -- what did Carlos tell you and the

good, that the only thing he wanted were the green cards.
Q. Was it Carlos that told you that the officer said the papers were no good, that he wanted green cards?
A. Yes. It was Carlos who said that.
Q. And that's the driver, Carlos Tamup?
A. No. Because since I don't understand English, he said that's what the policeman said.
Q. Carlos Tamup said that's what the policeman said?
A. Uh-huh.
Q. Did you yourself ever hear or understand what the policeman was saying in English?
A. No. Well, what I really understand I know in English bad words better than I know the good words.
Q. Did you hear the police officer say any bad words in English that you understood?
A. The only thing that I remember that I heard him say was shit, shit and one of the things he said that didn't reach me.
Q. So you heard the police officer say the word, shit?
A. Yes. I heard him say that.
Q. Did you hear and understand the police officer say anything else?
A. No. Not me.
Q. Okay. What did -- what did Carlos tell you and the

other passengers in the van that the policeman had said to him?

A. What happened with Carlos was that the policeman had him get out. He had him get out two or three times. No. I think it was two times, and then he took him to the back.

Q. Okay. Can you indicate where on here the policeman took Carlos, the driver?

A. Behind the van here.

Q. Can you just make a circle where you believe they were standing?

A. Where they were standing?

Q. Yes, please.

A. Around here.

Q. Okay. A circle, please.

(Witness indicates)

Q. Okay. I would ask that the record reflect Mr. Tebalan has indicated a circle where he believes Trooper Chabot and the driver, Carlos Tamup went and stood behind the van. Were there any windows in the back behind you?

A. Sorry?

Q. Were there any windows in the van behind you?

A. Yes.

Q. Did the windows open?

A. No.

Q. Did you have any windows on the side of where you were sitting?
A. Yes. To the side.
Q. Did that window open?
A. No. That doesn't open. Wait. The ones that open -- no. Those windows don't open.
Q. Do you know whether any windows were open in the van when it was stopped on the side of the highway?
A. No. No. There wasn't any window open. It was early in the morning, and it was a bit chilly.
Q. Did you turn around and look at the police officer talking to your cousin, Carlos Tamup -- or your uncle?
A. Yes. I saw that he took him to the back, and he checked him.
Q. Could you describe how the officer -- when you say checked him, what he did?
A. He checked him. He checked him out. What I saw was he was touching him. He was touching from his feet all the way to his head.
Q. Patting down his clothing?
A. Yes. He was touching him.
Q. Could you hear what Carlos Tamup and the officer were talking about?
A. No.

Q. When Carlos Tamup and the officer were outside behind the van, were any of the passengers saying anything or talking?
A. No. Everybody was still.
Q. After the officer talked to Carlos Tamup, he came back and sat in the driver's seat?
A. Yes.
Q. Did Carlos say anything to the passengers of the van when he came back to the driver's seat?
A. The second time, yes.
Q. What did Carlos say the second time he came back into the van?
A. He said that -- that nobody was to move. Nobody was to get out, that the door had to be closed, that the officer said that he was going to take us to Immigration and that anybody who tried to get out that they were going to shoot at him.
Q. And that's what Carlos told the passengers?
A. Yes. That's what I heard him say.
Q. Okay. Did you hear anyone else in the van say anything?
A. How do you mean?
Q. Do you know a passenger in the van named, Wendy Cabrera Estrada?

A. Yes. I know her.

Q. Did she say anything in the van?

A. I don't know. I don't remember whether or not she said anything. No.

Q. Do you know a passenger in the van named, Astrid Cabrera Estrada?

A. Uh-huh.

Q. Do you remember whether Astrid Estrada said anything in the van?

A. No. I don't remember that either. No.

Q. Okay. Do you remember -- other than what you've testified to, do you remember your cousin, Carlos Tamup saying anything else to the passengers in the van?

A. No. I just know when he came back the second time that we took off with one patrol car behind us and the other one in front of us. And that we got off onto an exit, and after that, that they had us stop again under a bridge. And they came around the van, and they checked to see if everything was locked.

Q. What happened after the officers checked to see if everything was -- if the van was locked under the bridge?

A. I don't know about the others, but as far as I'm concerned, I was really afraid. Since nothing like that had ever happened to me before, I was really afraid and was in a

fright.

Q. Do you remember when the van got to Providence to the Immigration building?

A. Yes.

Q. What happened when the van arrived at Immigration?

A. They had us get out of the van.

Q. Who had you get out of the van?

A. Immigration.

Q. And they took you into the building?

A. Yes. They took us inside.

Q. When you went inside the building, you didn't see the State Police officers again; is that right?

A. No.

Q. No, you didn't see them again?

A. I never got to see them again after they took us out of the van at Immigration.

Q. Okay. What happened at Immigration?

A. Well, they tied us up. They tied up our feet and our hands.

Q. Immigration did?

A. Yes.

Q. Okay. And did you eventually -- were you eventually allowed to leave Immigration?

A. Sorry?

A. I think so. I think he did it.

Q. Okay. Do you have any memory of what, if anything, the police officer did when he opened the door, the passenger doors of the van?

A. He just looked at all the people who were inside.

Q. Did he say anything?

A. I don't remember. I don't think so.

Q. Did you hear the police officer ask anyone for green cards?

A. Since I don't know how to speak or understand English, I think that he was talking about the guy who was next to Carlos.

Q. Okay. But you didn't hear or recognize the word yourself, green card?

A. When he was talking to Carlos, I think I understood him to say that he needed a green card.

Q. Did you understand the officer to say identification or green card?

A. At first when we handed the identification, like I handed him the consular card that I had, at first -- then he said that that it wasn't any good, that he needed the green card. At least, Carlos said that he said that he needed the green card.

Q. Okay. It was Carlos translating for you that you

understood; is that correct?

A. Yes. He told all the passengers that that wasn't worth while. I forgot a phrase that he used in the previous comment that I made and that he also -- that's when he also used the word -- the word that I told you, shit.

Q. Okay. Did anyone other than Carlos speak to the police officer?

A. No.

Q. No, you don't remember any of the other passengers answering the policeman when he asked for identification?

A. Since I was in the back, I don't know whether or not the guy next to Carlos spoke with him.

Q. Okay. Can you think of anything else that you remember about the State Police stopping the van you were riding in on July 11, 2006 that you haven't told me here today?

A. No. That's about what I remember.

Q. Did you pay Carlos Tamup to take you to and from work?

A. Yes.

Q. How much would you pay him a week?

A. It depended on whether the persons that he took lived closer or farther away than where he lived. He would charge more or less.

Q. How much did you pay?

A. I paid 30.

MS. BAUM: Okay. I don't have anything -- any more questions for you. Thank you very much for coming down today, and I would just ask that this be marked as an exhibit.

**(Defendant's Exhibit A marked)**

(DEPOSITION CONCLUDED AT 3:39 P.M.)