# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA, GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO

vs. C.A. NO. 07-10ML

STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island

**DEPOSITION OF JOSE A. AQUINO**

Wednesday, April 2, 2008

11:00 a.m.

Rhode Island Department of Attorney General

150 South Main Street

Providence, Rhode Island 02903

– – –

Heather A. Lussier, CSR
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886
(401) 739-3600

A. No.

Q. Sir, what is the last grade of school you completed in Guatemala?

A. I was a teacher.

Q. What did you teach, sir?

A. My job was executive security. I just had studies for that job.

Q. And sir, in your schooling in Guatemala, did you take any classes in reading, writing or -- sorry. Strike that.

In Guatemala, sir, did you take any classes in speaking or understanding English?

A. Just the basic. It was just the beginning stuff. All we learned is a few words here and there.

Q. Could you give me an example of the few of the words that you learned?

A. Teacher. House. Morning. It's very little.

Q. Sir, do you speak any English?

A. A few words that I know, but it's a minimum, a very minimum.

Q. Do you understand English?

A. It's ever since I've been here that I've been able to expand my understanding ability, but it's not really anything where I can carry on a conversation or chat.

Q. Okay. Sir, do you currently work?

A. Right now, no.
Q. What was the last job you had?
A. Well, it had to do with polishing, polishing at a company.
Q. Was it the polishing job in Westerly?
A. Yes.
Q. When was the last time you worked for that company?
A. 7th of February.
Q. And why did you stop working there, sir?
A. They gave me a layoff because there wasn't work.
Q. And in July of 2006, you would ride in the van with other people down to that employer in Westerly?
A. Yes.
Q. And do you recognize the name, Carlos Tamup?
A. Yes. He was the driver of the van at that time.
Q. Would you pay Carlos to drive you to and from work in Westerly?
A. Yes.
Q. Okay. How much would you pay him a week?
A. Thirty dollars.
Q. Sir, I'm going to show you what's a very poor drawing of a van with the police car in front of it; and I'm going to tell you that this is the front of the van, and this is the driver's seat with the windshield.

A. Okay. Okay.
Q. Do you remember where you were sitting in the van on July 11, 2006?
A. Yes. Yes.
Q. Could you put an "X", please, sir. An "X".
(Witness complies)
Q. Do you remember where anyone else was sitting on that day?
A. Only the one who was near me who is Boris.
Q. Could you put the letter "B" where you remember Boris sitting?
(Witness complies)
Q. I'd just ask that the record reflect that Mr. Aquino has marked an "X" where he was sitting in the van on July 11, 2006 and a "B" where he remembers a gentleman named, Boris was sitting on that day. Do you remember where anyone else was sitting?
A. No.
Q. Did you have a window next to you?
A. It was the door to go in and out.
Q. Was there a window in that door?
A. Yes.
Q. Did the window open and close?
A. No.

his identification?

A. Well, because Carlos reached over and took out the documents from the glove compartment inside the car, and that gave me the idea that the policeman had asked him for the papers.

Q. Okay. Thank you.

A. You're welcome.

Q. What happened next?

A. Then the policeman went over to his car, and I don't know what he did in there because I didn't have any visibility. Then he came back, and he took Carlos out two or three times. And according to what Carlos commented, he patted him down and talked to him.

Q. Okay. You didn't see the policeman pat Carlos down?

A. No. Because he took him towards the back part of -- behind the van. And I didn't have a chance. I was up front, and I didn't -- I didn't get to see any of it back there.

Q. What did Carlos do or say that let you know that the policeman patted him down?

A. He said that the policeman had patted him down everywhere and that he had taken him to the back.

Q. Okay. Did Carlos say anything else?

A. No.

Q. Okay. After the policeman took Carlos to the back and

spoke to him, Carlos got back into the driver's seat?

A. Yes.

Q. Did Carlos say anything to the passengers at that time?

A. Well, we -- we were all waiting to see what the policeman would say because he was over in his patrol car.

Q. So Carlos didn't say anything to the passengers at that time?

A. No. It was only after the policeman came back, and he began to ask for identification. That's when Carlos translated it for us for those of us who didn't understand English.

Q. Where was the officer standing when he asked for identification?

A. He opened the door that was right next to me, and that's where he was standing.

Q. Okay. Would you make a circle on this picture where the officer was standing when he asked for identification?

(Witness complies)

Q. Thank you.

A. You're welcome.

Q. I would ask that the record reflect that Mr. Aquino has made a circle where he recalls the officer standing when he asked for identification. Sir, could you -- could you

yourself understand what the officer was saying when he was standing on the passenger's side of the van?

A. No.

Q. Was there a soccer ball in the van?

A. Yes. Then it fell out exactly when he opened the door.

Q. Yes. Did the officer seem surprised?

A. I suppose so.

Q. Did you understand -- and I apologize if I asked this. Did you understand anything the officer was saying when he was standing on the passenger's side of the door?

A. No.

Q. How did you know that the officer was asking for IDs?

A. Because Carlos told us that the policeman was saying that.

Q. Okay. Do you remember exactly what Carlos said to you?

A. That the policeman was saying that he wanted us to give him our identification.

Q. Did you say anything at that time?

A. No.

Q. Do you remember if anyone in the van said anything at that time?

A. No.

Q. Okay. Did anyone give the police officer anything?

A. Yes. I don't remember the names. Wait. I do remember one. His surname is Cruz. I remember that he did because he always carried a registry identification card from the Guatemalan Consulate. And Rolando Noriega who handed over identification from the State of Rhode Island, also.

Q. What do you remember the officer doing once he had those identifications?

A. What happened was that he went back to his patrol car. And in the meantime, another patrol car had arrived, one that was driven by a female officer.

Q. Did the officer close the doors to the van before he went back to his patrol car?

A. He would leave them open. He would close them because he would go back and forth.

Q. How many times did the officer come to the side -- passenger's side of the van?

A. Like three times.

Q. Okay. The first time he asked for IDs?

A. Yes.

Q. What did he do the other times?

A. He would go there, stand and just be looking inside.

Q. Okay. After the officer came and asked for IDs and then went back to his police car, what happened next?

A. That's when he took the decision -- he told Carlos that he was going to take us to Immigration.

Q. How do you know that the police officer told Carlos he was going to take you to Immigration?

A. Because Carlos said that the policeman had told him. He had told him that he had reached the decision to take us to Immigration.

Q. Okay. Did you understand or hear any -- strike that.

Did you understand anything you heard the police officer say?

A. No.

Q. What did Carlos, the driver tell the passengers that the police officer said to him?

A. That the policeman had told him that he was to put the locks under key in the van and that we were to follow him, and if anybody tried to escape, that it was his responsibility.

Q. Do you remember Carlos saying anything else other than what you've told us already?

A. No.

Q. Did any of the other passengers speak while the van was on the side of Route 95?

A. No.

Q. Do you know who Wendy and Astrid Cabrera Estrada are?

A. Yes.

Q. Did either Wendy or Astrid Cabrera Estrada say anything while the van was stopped on the side of the road?

A. No.

Q. The van started moving on 95 following the police car?

A. Yes.

Q. What happened next, sir?

A. We turned into Exit 3, and then we had to turn around again so as to go onto 95 North. And then a little ways of the bridge there he stopped us, and he came over to check to see that the door -- my side was under lock and key. And he had us stay there for a minute or so.

Q. Did the officer speak when the van was stopped there?

A. No. All he did was to walk back and forth from one side to the other, and once in a while, he would grab his pistol.

Q. Did he ever take his pistol out of his -- out of the holster?

A. No.

Q. He just put his hand on the gun that was on his belt?

A. Yes.

Q. At that time, was there another police car with the van?

A. Yes. It was the police car that had in it the woman officer which had been following us actually quite close the

whole time that we were on the road.

Q. After a couple of minutes, did the van start moving on the road again?

A. Within about 10 to 15 minutes, that's when it began to move.

Q. And what happened once the van began to move?

A. When it began to move, that's after the policeman said that we had to follow him, and that's when he took us -- we started arriving at Immigration.

Q. Okay. When you said the policeman said you had to follow him, that's what Carlos told you, correct?

A. Yes. That he said it to Carlos, and you know that because of -- it's the logical thing to conclude. But that he actually understood him, no.

Q. The van arrived at Immigration?

A. Yes.

Q. What happened, sir?

A. Well, there they took us in, and they put cuffs on, shackles on our feet.

Q. Okay. And what happened next, sir?

A. Well, then they took us to a room. Women on one side. Men on the other.

Q. When you say they put shackles on your feet and put you in a room, you're talking about Immigration?

gave us a deportation date of the 14th of January. But we are now appealing it, and that's why we're still here.

Q. Do you know a State Police officer named, Colonel Steven Pare?

A. No.

Q. Do you know what type of training State Police officers have regarding stopping cars or asking for identification?

A. Well, I don't know from here, but back in my country, the police tend not to act very properly. But according to my criteria here, he didn't act properly either. Because if he had had any suspicion that any of us were guilty of anything criminal, he should have then taken us to his station, and he should have found out what it was that any of us had done.

Q. But you don't have any personal knowledge of their training?

A. No.

Q. Sir, when was the last time you spoke with anyone who you were riding with in the van on July 11, 2006 about being stopped?

A. We've never talked about it.

MS. BAUM: Okay. I don't have any other questions, and thank you very much for coming down today.

MR. PUSHEE: Thank you. No questions.