# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA, GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO
Plaintiffs

vs. C.A. NO. 07-10ML

STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper Employed by the State of Rhode Island
Defendants

**DEPOSITION OF BORIS R. CRUZ**

Wednesday, April 9, 2008

10:00 A.M.

OFFICE OF THE ATTORNEY GENERAL

150 South Main Street

Providence, Rhode Island 02903

\- - -

Linda S. Pezza, CSR
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886
(401) 739-3600

A Yes.

Q Who do you live there with?

A Three more people.

Q And what are their names?

A Maynor, I don't know the sir name, Milsa, and my cousin Milton Alonso.

Q And how long have you lived there for?

A About 5 months.

Q Where did you live before that?

A In Pocasset, Pocasset, Pocasset.

Q You used to live on Pocasset. Did you live with anyone when you lived on Pocasset Avenue?

A With my sister and my brother-in-law, who is also involved in this, Burgos.

Q How long did you live with them?

A A year-and-a-half.

Q When did you come to the United States?

A Exactly, I don't know the date, but 3 years ago.

Q When you came to the United States 3 years ago, did you do so under any visa or legal Government documentation?

A No.

Q While you've been here in the United States for the past 3 years, have you ever obtained any legal visas or

Government documentation to be in the United States?

A No.

Q What is the name of the company you work for right now, sir?

A TCI's.

Q What do they do, sir?

A They imprint, they imprint paper.

Q And what do you do for them, sir?

A We insert inserts into the different papers.

Q How long have you been working for them?

A About 2 1/2 years.

Q And who did you work for before TCC (sic) Company?

A For my father.

Q And what type of business or company did you work for for your father?

A He has a company to mow lawns.

Q And before you worked for your father, did you work for Simcoe Company in Westerly?

A I worked for that company -- no, I worked for that company for 2 1/2 years, and then there was a sort of discussion there and I went to work in Westerly.

Q How long did you work for Simcoe in Westerly?

A Four months.

Q And what did you do for them there?

A I would polish metal.
Q Sir, what was the last grade of schooling you completed when you were in Guatemala?
A I graduated as an expert accountant.
Q Did you go to college in Guatemala?
A No.
Q When you were in schooling in Guatemala, did you take any classes on speaking or understanding English?
A Yes.
Q How many classes, sir?
A One.
Q Could you tell me a little bit about the class you took?
A They would teach us sort of like some numbers and some words so that we could communicate like to say hello.
Q Do you understand English, sir, today?
A Very little.
Q And do you speak English?
A No.
Q At your work at TCC Company, what language is spoken to you to give directions on your work?
A Two languages, Spanish and English.
Q When you were working for Simcoe Company in Westerly, what language was spoken to you while you were

working to give you directions on how to do things?

THE DEPONENT: Could you repeat the question?

Q Sure. When you were working for Simcoe Company in Westerly, what language did your supervisors or coworkers speak to you in?

A Both languages, English and Spanish.

Q So for work with TCC, you do receive directions on your work in English?

MS. McCONKEY: Objection.

MS. BAUM: Do you want to instruct him he can answer?

MS. McCONKEY: You can answer.

A Yes, they give us instructions in English, and for what we don't understand, there are translators who put it into Spanish for us.

Q Sir, you testified that your brother-in-law, Mr. Jose Burgos, was riding in the van with you on July 11, 2006; is that correct?

A Yes.

Q Are you related to anyone else who was riding in the van that day?

A No.

Q Do you work -- currently work with anyone who was riding in the van that day?

today?

A With nobody else.

Q Okay. Did anyone call and talk to you about them getting their depositions taken?

MS. McCONKEY: Objection. You can answer.

THE DEPONENT: Can you repeat the question?

Q Yes. Did anyone you were riding with in the van in July 2006 call you and tell you about having their deposition taken in this case?

A No.

Q Sir, I'm showing you a very poor drawing of a van with a police car behind it. I'm going to tell you that these marks here are supposed to indicate seats in the van. This is the front of the van, this is the windshield here. Okay?

A Yes.

Q Do you remember as you sit here today where you were sitting in the van when it was stopped by the State Police in July of 2006?

THE INTERPRETER: Did you say July 26?

Q July 2006?

A Yes.

Q If this is the driver's seat, please make an "X" where you were sitting?

(DEPONENT COMPLIED)

Q I'd ask that the record reflect that the deponent, Mr. Cruz, has indicated an "X" where he believes he was sitting in the van when it was stopped in July of 2006. Do you remember where anyone else was sitting in the van when the State Police stopped it in July of 2006?

A Mr. Guilfredo.

Q Could you mark where you believe he was sitting with his initials?

A He was next to the person who was driving (indicating).

MS. BAUM: Okay. I'm going -- the deponent, Mr. Cruz, has made an "X" where he indicates where Guilfredo was sitting, I'm just going to, with my own handwriting, mark a "G" on that and ask Counsel to indicate for the record whether I'm making a "G" in the correct place where Mr. Cruz has marked and "X" for Guilfredo?

MS. McCONKEY: Yes, that's fine.

Q When was the last time you spoke to Guilfredo?

A We just spoke yesterday when we were notified to come, we just talked about how his job was going and how my job was going for about 10 minutes.

Q Did you speak to each other on the phone or face

Q Sir, would you pay the driver of this van to drive you back and forth to work in Westerly in July of 2006?

A Yes.

Q How much would you pay the driver on a weekly basis?

A Me, he charged $30.

Q Sir, I'm going to ask you to tell me in your own words what you remember in July of 2006 when the State Police pulled behind the van you were riding in?

A At that time, I was asleep, and when I woke up the last time, I saw him over here (indicating).

Q I would ask that the record reflect that Mr. Cruz has indicated the driver's side of the van near the driver's window. Is that correct, sir?

A Yes.

Q What happened next, sir?

A He came over to this side (indicating), and he asked us for identification.

Q I'd ask that the record reflect that Mr. Cruz indicated that the Trooper went over to the passenger side of the van when he asked for identification. Is that correct, sir?

A Yes.

Q Before -- when the Trooper was standing at the

driver's side window, did you see him talking to the driver, Carlos Tamup?

A Yes.

Q How long was the Trooper talking to the driver, Carlos Tamup?

A Exactly, I don't know, 2 or 3 minutes.

Q Did you understand anything that the driver -- that the Trooper was saying to the driver, Carlos Tamup?

A I didn't give it any importance.

Q Did you understand any of the English words that the Trooper was saying to Carlos Tamup when he was standing by the driver's window?

A He asked him for his license.

Q Did you understand the English words the Trooper was saying when asking Carlos Tamup for his license?

A No.

Q So, how did you deduce or how did you figure out that the Trooper was asking the driver, Carlos, for his license?

A Yes, because that I did understand, and there were a few words -- those were the few words that I heard when I woke up.

Q So you -- go ahead, you can finish?

A And then I started to chat with my friends about

what was going on.

Q Go ahead?

A And that's when I stopped hearing what the policeman was saying because we were talking inside.

Q Okay. So you understood when the Trooper asked the driver, Carlos Tamup, in English, for his license?

MS. McCONKEY: Objection.

A Yes.

Q Other than that, did you understand any other words the Trooper was saying in English to Carlos at that time?

A As I said before, no.

Q Did you understand anything that Carlos was saying back to the Trooper at that time?

A I don't remember.

Q Do you remember if Carlos spoke back to the Trooper?

A If Carlos -- sorry, could you say it again?

Q Sure. When the Trooper was over by the driver's side window asking for the license, do you remember if Carlos spoke back to the Trooper?

A No, no, I don't remember.

Q You said that after you heard the Trooper ask for Carlos -- the driver's license, that you started to chat

with your friends about what was going on; is that correct?
A Yes.
Q What friends did you begin speaking with?
A With Guilfredo and his wife.
Q Guilfredo's wife, Astrid?
A Yes.
Q Do you remember where Astrid was sitting?
A In one of the back seats, but exactly, I don't remember.
Q What did you and Guilfredo's wife, Astrid, talk about?
THE DEPONENT: At that time?
Q At that time?
A Why had the police stopped us, what had the driver done bad.
Q Do you remember who asked those questions?
A No.
Q Do you remember what you said to Guilfredo and his wife, Astrid, at that time?
A No.
Q Did anyone say anything about -- did you -- strike that. Did you, Guilfredo, or his wife, Astrid, say anything about Immigration at that time?
A After the policeman told us to close the door, he

said that he was going to take us to Immigration, that's what Carlos and Guilfredo understood, that if anybody went out of the van, he was going to shoot at us, the policeman. That's when the women got nervous, and then everybody started with, Nobody is to get out of the van.

Q After the policeman spoke with the driver, Carlos Tamup, near the driver's window when he asked for his license, did he then go around to the passenger side of the van?

A Yes.

Q When he went over to the passenger side of the van, did he go to Guilfredo's window or the double doors further down?

A First, he was a minute here, he talked to Guilfredo, and then he came over here (indicating) to ask for identification.

Q When the Trooper came over to speak to Guilfredo for a minute, was Guilfredo's window up or down?

A If I'm not wrong, it was down.

Q Did you understand anything the Trooper said to Guilfredo?

A No.

Q Did Guilfredo speak any words back to the Trooper?

A I don't remember.

Q Then the Trooper came down to the doors closer to the -- on the passenger side of the van closer to the inner compartment, correct?
THE DEPONENT: The interior one is this one (indicating)?
Q These interior doors right here (indicating)?
A Yes.
Q Did the Trooper open these doors?
A Yes.
Q When the Trooper was standing inside the passenger doors that he opened, was he speaking to the passengers in the back?
A He asked for identification, nothing more.
Q Did you understand the English words the Trooper was speaking when he was standing at these passenger side doors?
A He spoke very quickly in English, and the ones who translated were those two, the driver and Willy.
Q So Carlos Tamup, the driver, and Willy, or Guilfredo, translated into Spanish what the Trooper had said in English when he was standing by the passenger doors?
A Yes.
Q Do you remember what words Guilfredo and the driver, Carlos Tamup, used when they were translating to you

what the Trooper was saying?

A That the policeman was saying that we should show him an I.D.

Q Did you show the policeman an I.D.?

A No, I didn't have one on me.

Q Do you remember if anyone in the van gave the policeman an I.D.?

A No, they gave him some I.D.'s, not everybody, and I didn't see who it was.

Q You didn't see who gave the policeman I.D.'s?

A Rolando, I remember one, he was more a friend of mine than the others.

Q Did the Trooper take the I.D.'s in his hand.

A Yes.

Q Did the Trooper say anything after he had the I.D.'s in his hand?

A That he was going to take them to Immigration.

Q Is it your testimony that when the Trooper received the I.D.'s is when he said he was going to take the van to Immigration?

MS. McCONKEY: Objection. Can you ask that another way, I don't understand?

Q When the Trooper was standing on the passenger side of the van, with the passenger doors open, and he had

the I.D.'s that some passengers gave him in his hand, was it at that time that the Trooper said he was going to take the van to Immigration?

A He came first to the patrol car, in front there was a lady and a gentleman, that's when they -- I don't know what they spoke about, and then he said he was taking us to Immigration.

Q Okay. I want you to just focus on the time when the Trooper was standing in the open passenger doors and had the I.D.'s in his hand. Did the Trooper say anything after he looked at the I.D.'s that you understood?

A No.

Q Okay. Did he say anything, any words at all?

A I think that he said that he was going to check them with the police, I didn't understand him, he went over to the patrol car.

Q So that the Trooper spoke English when he was standing in the doors with the I.D.'s in his hands, but you didn't understand him; is that correct?

A Yes, yes.

Q When the Trooper went back to his van -- to his car, did he close the doors of the passenger van first?

A I don't remember.

Q Was there a window on the side of the van where

you were sitting?

A There is crystal, but I don't know whether or not it opens.

Q Okay. The Trooper went back to his police car after getting the I.D.'s, correct?

A Yes.

Q After the Trooper went back to his car, did any of the passengers or the driver speak in the van?

A No.

Q Did you turn around to see what the Trooper was doing in his car?

A No.

Q When the Trooper got out of his car again, what happened, where did he go?

A From here to the persons who were over here (indicating).

Q Could you make a circle to where you indicate the policeman was standing with the other persons?

A Over here (indicating).

Q I'd ask the record reflect Mr. Cruz has made a circle where he recalls the Trooper speaking with two other individuals. Were the people the Trooper was speaking with male or female?

A It was a man and a woman.

Q Were the man and woman in any type of uniform?
A The woman, yes, I remember that.
Q The woman was in a police uniform?
A Yes, State Police.
Q Okay. Was the other man in any type of uniform?
A I don't remember, because there was a car, like a private car, there was a car like a Detective had arrived, and I don't remember whether he was a policeman or a Detective. If he had a uniform on, I don't remember.
Q Could you hear anything that the Trooper and the two other individuals were talking about?
A No.
Q Did anyone in the van say they understood what the Trooper and the two other individuals were speaking about?
A I don't think so, because they spoke very slowly.
Q What happened after the Trooper stopped speaking with these two individuals on the side of the van?
A He told Carlos to follow him.
Q Did the policeman go around to Carlos' side -- the driver's side of the van and speak to Carlos through the driver's side window?
A If I'm not wrong, I think so.
Q Did you understand any English words the Trooper was using when he was speaking to Carlos that second time?

A No.

Q Did Carlos translate for the passengers in the van anything that the policeman -- his conversation with the policeman?

A That they were taking us to Immigration, nothing else.

Q Okay. What happened after Carlos told you and the other passengers in the van that they were taking you to Immigration?

A He took us under a bridge, the policeman, and he was waiting for the other policeman, which I think was the lady. Under the bridge, the policeman came and stood over here (indicating).

Q He stood over near the passenger side doors of the van?

A Yes, and he touched it to see if it was locked.

Q And what happened next, sir?

A And he waited there until the woman policeman arrived.

Q Was it the same woman policeman that was speaking to him, the Trooper, on the side of the road?

A Yes.

Q What happened next?

A And then afterwards, he took us and we got off to

A No.

Q Did Carlos translate for the passengers in the van anything that the policeman -- his conversation with the policeman?

A That they were taking us to Immigration, nothing else.

Q Okay. What happened after Carlos told you and the other passengers in the van that they were taking you to Immigration?

A He took us under a bridge, the policeman, and he was waiting for the other policeman, which I think was the lady. Under the bridge, the policeman came and stood over here (indicating).

Q He stood over near the passenger side doors of the van?

A Yes, and he touched it to see if it was locked.

Q And what happened next, sir?

A And he waited there until the woman policeman arrived.

Q Was it the same woman policeman that was speaking to him, the Trooper, on the side of the road?

A Yes.

Q What happened next?

A And then afterwards, he took us and we got off to

the right onto Hartford, and they turned on the lights, and he was telling the cars to pull over to the side, and he kept telling Carlos to step on it.

Q When you say that the Trooper kept telling Carlos to step on it, was he verbally speaking to Carlos?

A No, he would make signs with his hand.

Q Okay. He was making a waving sign with his hand?

A Yes.

Q When the Trooper was making the waving sign with his hand, was his hand inside or outside of his police car?

A Outside.

(OFF THE RECORD DISCUSSION)

Q What happened when you -- when the van arrived at the Immigration building in Providence?

A We waited for a minute so that they would open.

Q Do you remember what the male or female State Police officer did when the van arrived in Providence?

A We were outside for about a minute, and then they went into the parking lot at Immigration.

Q And what happened next, sir?

A We were in front of the door to Immigration, they didn't open up, and the woman, the miss was taking custody of us.

Q And then the Immigration -- you went into

Immigration and interacted with the Immigration officers, correct?

A Yes.

Q Did the male police officer ever touch you physically?

A No.

Q Did the male -- did Carlos -- when the van was on the side of the highway, did Carlos, the driver, ever get out of the van?

A I don't remember.

Q Okay. Do you ever remember Carlos getting out of the van somewhere and speaking to the State Police officer outside the van?

MS. McCONKEY: Objection. You can answer.

A I don't remember.

Q Do you remember if the male State Policeman ever physically touched anyone in the van?

MS. McCONKEY: Objection. Can you clarify which gentleman you're talking about of the two men?

MS. BAUM: Of the two policemen?

MS. McCONKEY: Yes.

Q Did any male State Policeman touch anyone in the van that was a passenger or driver in the van?

A I don't know. I didn't see whether he touched

anyone, but me, he didn't touch me.

Q Could you tell me what information Carlos, the driver, translated to the passengers in the van at any time after the State Police car stopped the van on the highway?

A No, we all realized that they would take fingerprints.

Q You testified earlier that after the male police officer closed the door, that Carlos, the driver, and Guilfredo said something to the passengers in the van, did I get that right?

A Yes. If you're asking us about when we got to Immigration, at Immigration, they didn't say anything to us. They spoke to us before, they spoke to us before when the policeman stopped, that's when they spoke to us.

Q What did Guilfredo and Carlos Tamup, the driver, say to you, the passengers in the van?

A That we were going to Immigration.

Q Did Carlos Tamup, the driver, or Guilfredo say anything about the police officer shooting?

A Yes.

Q Okay. What did Carlos Tamup, the driver, say if anything about the policeman shooting?

A Something like to the effect of that we shouldn't get out of the van, because any time that we did that, the

policeman might shoot. Astrid's brother also understood it, like he was saying what the policeman was saying because he understands a good deal of English.

Q What did Guilfredo, Astrid's brother or husband, say that he heard?

A The same thing that I understood from that, if we stepped out of the van, that the policeman would shoot. That we shouldn't worry, that we were just going to Immigration, and if we didn't have a bad record in this country, nothing would happen. They were trying to calm down the people.

Q Who was saying that to the people?

A Guilfredo, Carlos, and Astrid's sister.

Q When were they saying this?

A When we started to pull out of where we had been stopped, when he stopped us under the bridge.

Q Did anyone -- other than Carlos asking the passengers to produce I.D.'s, did anyone else in the van say anything when the van was stopped on the side of the highway?

A No.

Q Other than you understanding the male Trooper asking Carlos for his license, did you understand any other English words that you heard the Trooper say?

MS. McCONKEY: Objection. You can answer.
A I said no.
Q How many times did the male Trooper go to these passenger side doors of the van and open them?
THE DEPONENT: Could you repeat the question?
Q Sure. How many times do you remember the State Police male Trooper standing at the passenger side doors of the van?
A Once when we were stopped, the next one under the bridge, those are the ones I remember.
Q Do you know a State Policeman named Colonel Steven Pare?
A Colonel, no.
Q Do you know what type of training that Trooper Tom Chabot received to be a State Policeman?
A No.
Q Can you remember anything about when the State Police pulled over the van you were riding in in July of 2006 until when you got to Immigration that you haven't told me or I haven't asked you?
A No, it's been almost 2 years, I've forgotten a lot of it.
Q I understand. Sir, have you gone through any sort of court hearings or meetings with Immigration regarding

deportation?

A Yes.

Q Could you please explain to me what you've gone through with Immigration and the deportation proceedings?

A As of now, I've gone three times to Immigration. They gave me voluntary departure. I'm appealing the case, and within a couple of months from now, I have to go where I'm appealing the case. I've been going with an attorney ever since I've had to go to Immigration.

Q As part of this whole lawsuit and Court process regarding the police stopping the van in July of 2006, you answered some questions, written questions that were asked of you, do you remember that?

A Questions, I don't remember.

Q You had to answer written questions and sign your name to a document?

THE DEPONENT: At Immigration?

Q No, as part of this lawsuit here?

A I don't remember.

Q Sir, do you believe you suffered any mental or emotional harm because the State Police stopped the van you were riding in in July of 2006?

A Yes.

Q Could you explain to me what you mean by that?

A Depression.

Q When you say depression, what do you mean?

A A lot of stress, you think a lot.

Q Is that stress because you may have to leave this country under the status of an illegal alien?

A Yes.

MS. BAUM: I can't think of any questions, I don't have any further questions.

MS. McCONKEY: I just have a couple of questions. Almost done, Boris.

THE DEPONENT: Fine.

EXAMINATION BY MS. McCONKEY

Q Boris, when you first came to the United States from Guatemala, did you live in Connecticut?

A Yes.

MS. BAUM: Sir, I'm just going to ask that you let -- you may already guess what the question is, but if you could let Mr. daSilva here translate, that would be --

THE DEPONENT: Sorry.

MS. BAUM: That's okay.

BY MS. McCONKEY:

Q And so when you first came from Guatemala, you lived in Connecticut?