# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA, GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO
Plaintiffs

vs. : C.A. NO. 07-10ML

STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper Employed by the State of Rhode Island
Defendants

**DEPOSITION OF ROLANDO ELIAS NORIEGA MOTA**

Wednesday, April 9, 2008

2:00 P.M.

OFFICE OF THE ATTORNEY GENERAL

150 South Main Street

Providence, Rhode Island 02903

- - -

Linda S. Pezza, CSR
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886
(401) 739-3600

Q And when you were receiving schooling in Guatemala, did you take or receive any classes in understanding or speaking English?

A No.

Q Do you understand English, sir?

A A little.

Q Do you speak any English, sir?

A A little.

Q In your house on Dorchester Avenue, do you speak -- primarily speak Spanish or English?

A Spanish.

Q Sir, before you came down here, were you speaking with any other persons that were in the van with you on July 11, 2006?

A Yes.

Q Who were you speaking with?

A With Cruz.

Q Cruz Rivera?

A Yes.

Q Were you speaking with anyone else?

A Yes, and with Guilfredo, the one who is waiting up there now.

Q What were you speaking about with Mr. Rivera and Mr. Munoz?

A For the company Simcoe.
Q And what do you do for Simcoe?
A I am a polisher.
Q Other than yourself, does anyone in the van you were riding with in July of 2006 still work for Simcoe?
A Yes, there are people who do.
Q Do you know their names?
A Yes.
Q What are their names?
A Guilfredo, give me a second -- actually, right now, the only one is Guilfredo, who is still working with me.
Q When was the last time you and Guilfredo spoke about the State Police stopping the van you were riding in on July 2006?
A It was in the recent days when they notified us about the Court.
Q Was there anyone else in the conversation besides you and Guilfredo?
A No.
Q Sir, I'd ask that even though you may understand a little or you may guess what the question is, if you could just let Mr. daSilva complete his translation first.
A Okay, sorry.

Q That's okay. I'm showing you a picture of a very poorly drawn van, with the front of the police car behind it. These are supposed to be the headlights. This is supposed to be the windshield. This is supposed to be the driver's seat. This is the front passenger seat and these are four rows of seats. Do you remember where you were sitting in the van when the State Police stopped it on July 11, 2006?

A Yes.

Q Could you put an "X" where you were sitting that day?

A Okay.

(DEPONENT COMPLIED)

THE DEPONENT: These are the seats in the back, right?

Q Yes. Were there more than three?

A Yes (indicating).

Q All right. I'd ask that the record reflect that Mr. Noriega -- I'm looking at M-O-R-A-T, I'm messing up your name already, I'm sorry. Mr. Noriega has marked an "X" where he believes he was sitting on July 11, 2006. Do you remember who was sitting in that back row of seats with you?

A No, I don't remember.

Q Were there two or three other people sitting in

the backseat with you?

A There were three.

Q So there were four people altogether in the back row?

A Yes.

Q Do you remember where anyone else was sitting in the van on July 11, 2006?

THE DEPONENT: If I remember if anybody else was seated inside the van?

Q Do you remember where anyone else was sitting, yes?

A No, I don't remember.

Q Do you know who the driver was of the van that day?

A Yes.

Q Who was that?

A Carlos Tamup.

Q And did you pay Carlos Tamup to drive you to work in Westerly and back to Providence?

A Yes.

Q How much did you pay him?

A $30 weekly.

Q Sir, if you could please tell me what you remember from the time you realized that the State Police was behind

for his license and the car insurance.

Q When the policeman went up and spoke to the driver, Carlos Tamup, did he do so through the driver's window?

A Yes.

Q Could you hear the policeman ask the driver, Carlos Tamup, for his license and registration?

A I heard a little bit, because I was seated all the way in the backseat and you couldn't hear everything that was said.

Q What you heard being spoken, did you understand what was being said in English?

A Yes, I understood that he asked him for the license and the car registration, just that.

Q After the police officer -- did the police officer say anything to the driver, Carlos Tamup, about why he had stopped the van?

A I didn't hear that.

Q Did Carlos say anything back to the police officer at that time?

A I didn't hear him.

Q Did you see Carlos give the police officer his license and registration?

A Yes.

Q What happened next, sir?

A The policeman checked the license and the registration, he checked all the papers that Carlos gave him, and then he turned to Carlos and told him to get out.

Q When you say the police officer checked Carlos' license and registration, was the police officer standing on the side of the van when he was checking it?

A To check the paper.

Q When you said that the police officer checked Carlos' license and registration and then asked him to get out of the car, is that correct -- the van?

A Yes.

Q When you say the police officer checked the license and the registration, was he checking it standing beside the van?

A He checked them there, and then he took them back to the patrol car.

Q Did the officer go back to the patrol car before he asked Carlos to get out of the van?

A When he checked the papers, the license and the registration, he then went back to the patrol car, and then when he came back, he asked Carlos if he could get out of the van.

Q Did you understand what the police officer was

saying when he asked Carlos to get out of the van?

A No.

Q You just saw Carlos getting out of the van?

A Yes.

Q Did you see where Carlos and the police officer went after Carlos got out of the van?

A Yes, he took him to the patrol car and there he started to check him.

Q Okay. Could you put a circle where you believe Carlos and the police officer went when the police officer started checking him?

A Yes, he got him out of the van here and he brought him over here where the patrol car was (indicating), and he began to check him, and then he had him come back.

Q Okay. Could you make a circle on this piece of paper where you believe the officer checked or patted down the driver, Carlos Tamup?

(DEPONENT COMPLIED)

A It was here.

Q I'd ask that the record reflect that Mr. Noriega has made a mark from the driver's side door back to the State Police cruiser with another marker -- with an arrow at the end indicating where the State Police officer checked Carlos Tamup. Sir, did you see the State Police officer

speak to the driver, Carlos Tamup, back at this cruiser?
A Yes.
Q Okay. Could you hear what they were saying?
A No.
Q While Carlos Tamup and the State Police officer were back at the front of the police cruiser, was anyone in the van talking?
A No.
Q When Carlos Tamup came back and sat in the driver's seat, what did the State Policeman do?
A Then he turned over -- came over to the other side and he came over and spoke to the rest of us.
Q When the driver, Carlos Tamup, got back in the driver's side of the van, did he say anything to the passengers?
A No.
Q And am I correct in saying that after speaking with Carlos Tamup, you've testified that the State Policeman came over to the passenger side of the van?
A Yes.
Q Was this the first time that the State Police officer came to the passenger side of the van?
A Yes.
Q What did the State Police officer do when he came

to the passenger side of the van?

A He asked us for identification.

Q Could you understand what the officer was saying in English?

A Yes.

Q Do you recall the exact words that the officer used?

A Yes, because all he said to us was, do you have an I.D.

Q Did anyone in the van say anything to the policeman after he asked that?

A No.

Q Did anyone pass up identifications to the police officer?

A Yes, some who had it, but others didn't.

Q Did you pass up an I.D.?

A Yes.

Q What kind of identification did you pass?

A The Rhode Island I.D.

Q It's not a driver's license, correct?

A No, it's just an I.D.

Q And is it an I.D. that you get from the Department of Motor Vehicles?

A Yes.

Q When did you get that I.D. from the Department of Motor Vehicles?
A It was in the year, the year 2000, when I came here.
Q Do you know who else passed up identification to the police officer?
A I don't remember.
Q What did the police officer do after he received the I.D.'s?
A He then began to check the I.D.'s from those who had handed them to him, and from those who didn't, he began to ask some more questions.
Q Did you understand the questions the officer was asking the passengers who did not produce identification?
A Yes.
Q What questions did he ask?
A If they had the card, the Green Card.
Q What other words did you understand the Trooper asking the other passengers?
A He said, If you don't have an I.D. or a Green Card, how do you identify yourselves?
Q Did anyone answer the Trooper?
A No.
Q What, if anything, did the Trooper say after that?

A Then he sort of got upset because the others didn't show him an I.D. or a Green Card.

Q When you say got upset, what did the Trooper do or say that led you to believe he was upset?

A Because he sort of got angry, because he didn't like that because nobody showed -- they didn't show him an I.D.

Q What did the officer do or say that led you to believe he was angry?

A Because he sort of scratched himself like this and he sort of said, Why don't you carry an I.D.?

Q He scratched himself, I'd like the record to reflect that the deponent, Mr. Noriega, was scratching himself around the side of the head near the ear; is that correct, sir?

THE DEPONENT: Sorry, can you repeat that?

Q Sir, you were making some motions with your hand when you were describing what you interpreted as the officer getting upset, am I correct in describing it as you're using your hand to scratch your head or ear area?

A Yes.

Q So from -- strike that. Was the officer wearing a hat at that time?

A Yes.

Q So from the officer scratching his or shaking his hands near his head or ear area and saying, Why don't you have I.D., you interpreted that as him being upset, is that fair to say?
A Yes, yes.
Q When the officer said, Why don't you have any I.D., did you understand him when he was speaking English?
A Yes. Did I understand him when he spoke English, yes, there were words that I understood.
Q When the officer said to the passengers, you and the other passengers in the van, why don't you have I.D., did anyone answer him?
A They all stayed quiet.
Q Okay. When the officer -- you said the officer asked the passengers in the van if they had a Green Card; is that correct?
A Yes.
Q Did anyone in the van answer the officer at that time?
MS. McCONKEY: Objection. You can answer.
A Yes.
Q Who answered?
A The ones who were seated up front said to him that they didn't have I.D.'s.

Q Did they say they didn't have Green Cards?

A Yes.

Q Okay. Was Astrid Cabrera one of the individuals who told the Trooper that she didn't have a Green Card?

A Yes.

Q Can you remember anyone else who said that?

A No.

Q What happened after the Trooper scratched his head or his ears and asked, Why don't you have I.D., what happened next?

A He said that that wasn't good, that that wasn't correct, that he was going to have to take us to Immigration.

Q And when the officer said that statement, he was standing on the passenger side doors?

A Yes.

Q And you understood the police officer when he was speaking English and said that?

A Yes, I understood him to say nothing more than we should close the doors well and that he was going to take us to Immigration.

Q What happened next, sir?

A Afterwards, he went in the patrol car in front and there was another patrol car that followed us in the back,

did Carlos say?

A Nothing more than that is what he said.

Q Nothing more than what, what do you remember him saying?

A That nothing more than that, that we ought to seat ourselves well, and that the officer was going to take us to Immigration and that we shouldn't move around in the van.

Q Do you remember Astrid Cabrera Estrada saying anything from the time the State Police car stopped the van until you reached Immigration?

A I didn't hear. I was seated all the way in the back, I didn't hear.

Q Were there windows on the driver's side and passenger's side of the van?

A Yes.

Q Do you know if they opened?

A No.

Q You don't know?

A No.

Q Do you know whether they opened or they didn't open?

A No, they didn't open.

Q Can you think of anything that you heard and understood the State Police officer say that you haven't

told us already?

A No.

Q Sir, when you got to Immigration, what happened?

A When we got there, the office was still closed, so they had us wait for a while.

Q About how long did you wait?

A About 15 minutes.

Q What happened after the Immigration office opened?

A The officers from Immigration came over and checked us over to the parking lot.

Q After the Immigration officers checked you over to the parking lot, did you see the State Police officers again?

A Just that when the Immigration officers had us go inside into the Immigration building, the State Police officers handed over the I.D.'s.

Q Sir, do you currently have proceedings that are ongoing before Immigration?

A Yes.

Q What has happened with your Immigration proceedings?

A That I've been going to court and they told me I could appeal for sometime, and right now, I'm undergoing that, sir.