# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA, GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO
Plaintiffs

vs. : C.A. NO. 07-10ML

STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper Employed by the State of Rhode Island
Defendants

**DEPOSITION OF ELSA VIOLETA HERNANDEZ VILA VICENCIO**

Wednesday, April 9, 2008

11:00 A.M.

OFFICE OF THE ATTORNEY GENERAL

150 South Main Street

Providence, Rhode Island 02903

- - -

Linda S. Pezza, CSR
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886
(401) 739-3600

Q What do you do there, ma'am?
A Assemble.
Q What do you assemble?
A The connectors, some plastic.
Q How long have you worked there?
A It's been 3 months.
Q Where did you work before there?
A Well, in lots of different places, because my work is through agencies.
Q Do you remember where you were working in July 2006?
A Yes.
Q Where were you working?
A In Westerly. Do you want to know what the company was called or just what the place was?
Q What the company was called?
A Simini (phonetic) Associates.
Q And what did you do there, ma'am?
A They call it glue and also assembly.
Q And did someone drive you to and from your work at Westerly?
THE DEPONENT: How do you mean?
Q When you were working in Westerly at Simini, did you hire someone to drive you to work and back to

Providence?

A Yes.

Q Do you remember the man's name who you would pay to drive you to Westerly to work and back to Providence?

A Yes. Carlos, it's Carlos, Carlos, but right now, the last name, I can't remember it.

Q How much would you pay Carlos to drive you to work in Westerly and back home to Providence?

A Twenty-five, from 25 to 30.

Q Ma'am, what was the last grade of schooling or education you obtained in Guatemala?

A The first of the elementary cycle, I don't know what it's called here.

Q Did you -- what was the last job you held when you lived in Guatemala?

A I was in business, let's say I was in -- I was the owner of a business.

Q What type of business, ma'am?

A It was retail sales at a cafe.

Q When you were in schooling in Guatemala, did you take any classes in speaking or understanding English?

A Just in the elementary cycle, what they do is they teach you like the pronouns, but nothing else.

Q Do you speak any English?

A No.

Q And do you understand English?

A Sometimes, but then there are other times when I don't understand anything.

Q Could you give me an instance of a time that you do understand English?

A I think more than anything else, it's when they talk about business, I think when they talk about things related to work, but aside from that, I don't understand it.

Q Miss Hernandez, do you have any children?

A Yes.

Q How many children do you have, ma'am?

A Three.

Q And their ages, please?

A Seventeen, 15, and 8 -- and 7.

Q And where do your -- what country do your children live in?

A In Guatemala.

*(Defendant's Exhibit A marked for identification)*

Q Miss Hernandez, I'm going to show you a picture of a very poorly drawn van with a police car behind it. It's been marked as Defendant's Exhibit A. I'm going to tell you in this very poor drawing, this is the front of the van and

this is the back of the van. These are supposed to be the headlights and this is supposed to be the windshield.

A Um-hum.

Q This right here is the driver's seat and this is the front passenger seat, and these are four rows of seats?

A Um-hum.

Q Do you remember where you were sitting in the van when you were stopped by the State Police on July 11, 2006?

A Yes.

Q Could you make an "X" where you were sitting?

THE DEPONENT: What, this?

MS. BAUM: Yes, please.

(DEPONENT COMPLIED)

Q I'd ask that the record reflect that Miss Hernandez has made an "X" where she recalls that she was sitting in the van when it was stopped by the State Police on July 11, 2006.

A Yes.

Q Do you remember where anyone else was sitting in the van on that day?

A We were three women and we three women used to sit together.

Q So the other two women in the van sat next to you in that row?

A Yes.

Q Do you remember the name of the woman who sat directly next to you on that day?

A Wendy.

Q Would that be Wendy Cabrera Estrada?

A Yes.

Q I'd ask that you mark -- if you could put a "W" next to -- to indicate that's where Wendy sat?

(DEPONENT COMPLIED)

Q I'd ask that the record reflect that Miss Hernandez has made a "W" where she recalls that Wendy Cabrera Estrada was sitting on July 11, 2006.

A Yes.

Q Would the seat next to Wendy, is that where Astrid Cabrera Estrada was sitting?

A Yes.

Q Could you make an "A" to indicate where you remember Astrid was sitting?

A Yes.

Q I'd ask that the record reflect that Miss Hernandez has made an "A" where she recalls that Plaintiff Astrid Cabrera Estrada was sitting on July 11, 2006.

A Yes.

Q Do you remember where anyone else was sitting in the van on July 11, 2006?
A Just the first two up front. The others, I don't remember.
Q And who were the first two up front that you remember?
A Here and here, these two (indicating).
Q Who do you remember sitting here in the driver's seat?
A Carlos.
Q Could you make a "C" to reflect that's where you remember Carlos was sitting?
(DEPONENT COMPLIED)
A Yes.
Q I'd ask that the record reflect that Miss Hernandez has made a "C" where she remembers that Carlos Tamup, the driver, was sitting on July 11, 2006.
A Yes.
Q Who do you remember sitting in this front passenger seat?
A Willy.
Q Would that be Astrid Cabrera Estrada's husband?
A Yes.
Q I'd ask that you make a "W" where you recall

got frightened.

MS. BAUM: I'm just going to stop the questioning and introduce John Moreira. John works with me here at the Attorney General's office.

MR. MOREIRA: Hello, excuse me for interrupting.

(OFF THE RECORD DISCUSSION)

Q Miss Hernandez, after that discussion, what do you remember next?

A A lot of things happened, but we -- I only remember a few.

Q All right. Before I walk you through it, why don't you tell me the things you do remember?

A Well, we were there for a long time waiting to see what the State Police were going to do, they got Carlos out.

Q What else do you remember, ma'am?

A I saw when he got out, I don't know, I saw when they asked him for his papers, because he went over to check in the compartment where he has his papers.

Q What else do you remember?

A Then he asked us if we had identification, but not all of us had one on us.

Q Anything else?

A He opened the door and that's when he asked us for

them.

Q And what else do you remember, ma'am?

A That the gentleman got angry, that he got all red, like as if he were "chyote." C-H-Y-O-T-E, it's something you add to rice to give it color. And then he went and when he came back, he was really angry.

Q What else?

A And then I thought I called my husband, I mean, I called the companion that I was with to tell him.

Q What else, ma'am?

A I said -- I blurted out that they are going to take us, but I don't know where, because we spent a lot of time there at that place. And then the policeman came and asked everybody if they had identification, and since not everybody had it, he got angry, and then to sum it all up, he said that we were going to go to Immigration.

Q How many times do you remember Carlos getting out of the van to speak to the State Policeman?

A Like twice.

Q Where in relation to the van did Carlos and the policeman speak when they were outside?

THE DEPONENT: That they went to talk?

MS. BAUM: Yes.

A I don't know, because I didn't get out, the rest

A Yes.

Q You said, or someone else said in the van at that time that you thought the policeman was going to give Carlos a ticket and you could go on your way, correct?

A Yes.

Q After that, did the State Policeman come up and speak to Carlos through his driver's side window?

THE DEPONENT: After that?

Q After --

A -- No, when the State Police arrived, they got him out.

Q Okay. When the State Police came up to the van, they got Carlos out right away?

A Let me repeat, yes, yes, yes, they pulled up and they spoke to him, I don't know what they said.

Q When they spoke to him the first time, was Carlos inside or outside the van?

A Inside.

Q Was the policeman standing outside Carlos' driver's side window speaking to him?

A Yes.

Q Could you hear what English words the Trooper was saying to Carlos at that time?

A No.

A No, he just said, Let's wait, that's all he said.

Q After Carlos gave his license to the State Policeman, Carlos turned to the passengers and said, let's wait; is that correct?

A Yes, because the State Policeman went over and got into his patrol car, I don't know what he was going to do.

Q That first time, did you understand any of the English words that the State Policeman was saying to Carlos?

MS. McCONKEY: Objection. You can answer.

A No, no, not much.

Q When you say not much, what words if any did you understand the policeman saying when he was standing besides Carlos' window?

THE DEPONENT: How is the question?

Q Miss Hernandez, you just testified that when the Trooper was speaking to Carlos, you first said you didn't understand any English he was saying, and then you said, "not much," do you remember that? Do you remember that?

A No, but what happens is I didn't understand him.

Q Okay, that's all I want to find out. When Carlos gave the State Policeman his license, was Carlos inside or outside the van?

A Carlos was inside.

Q When the State Policeman got Carlos' license, did

you see where the State Policeman went next?
A Where he went, no, but I know that he went away.
Q Okay. After the State Policeman had Carlos' license and went away, did anyone in the van say any words?
A That we wait, nothing else, that we were going to be able to go, that they were going to give him a ticket or something.
Q Do you remember who was saying those words?
A No. No, because we were all talking among ourselves, even I said something, maybe they're just going to give us a ticket.
Q At sometime, the State Policeman came back to the van?
A Yes.
Q What happened, what did the State Policeman do when he came back to the van?
A He came over to our side and he started to ask for identifications.
Q When the State Policeman came over to your side, the passenger side of the van, what doors was he standing at?
A Here (indicating).
Q The doors next to you or the doors next to the front passenger, Guilfredo?

A Because -- over to both sides, because both sides were opened.

Q So the double doors on the passenger side were opened?

A Yes.

Q Do you remember if the State Policeman ever spoke directly to the man you call Willy?

A I don't remember, but I think so, I think he asked him for his identification.

Q Did you understand the words that the Trooper was speaking to the man you identified as Willy, who was sitting in the front passenger seat?

A No.

Q If you didn't understand what he was saying, how do you know he wanted the man you referred to as Willy's identification?

A Because he said the identification, because he was still inside.

Q Who said identification?

A Willy, William.

Q Do you know whether Willy or William, who you referred to, gave the State Policeman any identification?

A No, I don't remember.

Q Am I correct in saying that at some point, the

State Policeman asked -- spoke to all of the passengers in the van asking for identification?

THE DEPONENT: How do you mean, I don't understand?

Q Did the State Policeman ask anyone other than the man you say, Willy, for identification?

A Yes, he asked all of us.

Q Okay. Did you understand the State Policeman when he was speaking English asking for identification?

A No, no, but they said so, because I didn't understand English.

Q Who said so?

A Carlos.

Q What did Carlos exactly say to you that allowed you to understand "identification"?

A Because he said to me, he wants your identification, your I.D.

Q That's what Carlos said?

A Um-hum.

Q Did you answer back?

THE DEPONENT: If I answered him?

Q Did you answer him?

A Yes, I said that I didn't have it, that I didn't have on me there any identification.

Q Did you say that phrase in English or in Spanish?

A In Spanish.

Q Do you remember if anyone else in the van responded to Carlos when he said the policeman wanted I.D.'s?

A Some of them understood, because some of them spoke English, or better yet, some of them understood English, but I didn't, so they explained it.

Q Who do you believe in the van understood English?

MS. McCONKEY: Objection. You can answer.

A Astrid and Willy, Carlos, and I think Rolando, also, I think so. As to the others, I don't know, I don't know.

Q Do you remember if Astrid said anything to the policeman when Carlos indicated that the policeman wanted I.D.'s?

THE DEPONENT: If Astrid said anything?

Q If Astrid said anything?

A No, I think she said we don't have any, but we were just talking among ourselves, that if anybody has one, they should hand it over.

Q Okay. When this was being said, talking amongst yourselves, was the State Policeman standing here at the passenger side doors?

A No, he went away.
Q Did anyone -- when the State Policeman was standing at the passenger side doors, did anyone hand him I.D.'s?
A Yes.
Q Do you remember who handed over I.D.'s?
A No, I don't remember.
Q When the State Policeman was standing at the passenger side doors here, did you understand any of the English words he was saying?
A No.
Q Was it when the State Policeman was standing at the side doors when you believe his face got red?
A Well, he waited for that, and then since not all of us had I.D.'s, he went back to his car, and then he came back, and he once again asked where -- who's got identification, and that's when he got angry again.
Q That second time the State Policeman came back to the passenger side doors and you say he asked for identification again, did you understand what he was saying when he was speaking English?
A No, just that he was angry, that you could see on his face there that he was really angry.
Q What was it about his face that made you think

that he was angry?

A It was all red and wrinkled up here (indicating), and he was speaking with a much more severe voice.

Q When you say it was wrinkled up here, you meant his forehead?

A Yes.

Q Had you ever seen that State Policeman before the day he had stopped the van?

A No.

Q Was he wearing a hat when he was talking to you on the passenger side of the doors?

A I don't remember. I don't remember.

Q The second time the State Policeman came back and spoke to the people in the van from the passenger side doors, how do you know he was asking for I.D.'s again?

A Because that's what Astrid and Willy talked about, that we should check to see whether or not we had identifications, that we should look carefully inside our bags to see if we had identifications, and Carlos also.

Q Carlos, the man you identified as Willy, and Astrid were all upset -- were saying that about you should check your bags for I.D.'s; is that correct?

A Yes.

Q Had you called your companion on your cell phone

before the second time that Trooper came and asked for I.D.?

A No, no, it was once he said that he was going to take us to Immigration that I decided to call my guy.

Q So you say that the Trooper came a second time to the passenger door, and Carlos and Astrid and Willy again said or translated that he wanted I.D.'s, correct?

A Yes.

Q And then the State Policeman went away again?

A Yes, he went away, he went away.

Q When did the State Policeman get Carlos, the driver, out of the van a second time?

A Well, it was after he had told Carlos to get going, and then that he had in the meantime called for another patrol car to come, I guess he thought that there were some maniacs inside the van. Then, he had us pull over further on at a bridge, and then there he got Carlos out of the van again.

Q How did you know that the male State Policeman who stopped you on the side of the road called to have more police come?

A Well, the police, another one arrived, since he was the only one who was there.

Q You didn't see him use a phone or a radio, did you?

A No, no, I didn't see him, because none of us got out of the van for any reason.

Q So you're guessing that he called to have more police cars come, correct?

A Yes.

Q When did you first learn that the van was going to Immigration?

A Because that's when we started leaving there and the police then said we're going to Immigration.

Q Did you understand, did you hear the policeman say the words "he was taking the van to Immigration"?

A He said it in a low voice, I didn't understand him well, he was speaking.

Q Where was the policeman standing when you just said he spoke in a low voice?

THE DEPONENT: In low voice?

Q Yes. You just said the policeman was speaking in a low voice and said you were going to Immigration, where was he standing?

A Here (indicating).

Q Could you make a star right there where you believe the policeman was standing when he said he was taking the van to Immigration in a low voice?

THE DEPONENT: The low -- like talking to

whom, I'm not sure I understand that?

Q Miss Hernandez, I'm just trying to find out what you remember about when the State Police stopped the van you were riding in on July 11, 2006. You've taken an oath at the beginning of this deposition to tell the truth.

A Yes.

Q You testified less than 5 minutes ago that the male State Trooper said in a low voice that he was taking the van to Immigration. Did you at any time when the van was stopped on the side of the road understand any of the words the Trooper was speaking in English?

A No.

Q How do you know or who told you that the van was going to Immigration?

A Carlos.

Q What words in Spanish did Carlos say to you and the other passengers in the van to let you know the van was going to Immigration?

A That the State Police said we are going to Immigration, that's it.

Q That's what Carlos told the passengers in the van?

A Yes.

Q Other than Carlos telling the passengers in the van in Spanish that the policeman wanted I.D.'s and that the

van was going to Immigration, did Carlos say anything else or tell the passengers in the van anything else?

A I'm not sure I understand what you're saying about Carlos.

Q Carlos spoke to the passengers in the van and told them that the State Policeman wanted identification; is that correct?

A Um-hum, yes.

Q Did he do that one or two times, Carlos translating?

A Twice.

Q And Carlos also told the passengers of the van in Spanish that the van was going to Immigration, correct?

A He was saying to us in Spanish, he was saying it because some of them understood English, others didn't, I didn't. For example, he said what the State Policeman said.

Q Okay. I am just asking you what words Carlos said to you and the other passengers in the van in Spanish that let you know that the van was going to Immigration?

A Yes, he said, "We're going to Immigration."

Q Other than Carlos saying, "We're going to Immigration," did he say any other words to you in Spanish explaining?

A Yes, he also said that if anybody got out of the

van, that they were going to shoot, that they were going to do us in.

Q Okay. Is it correct for me to say that Carlos told the passengers in Spanish that if anyone got out of the van, that the police would shoot?

A The State Policeman was there with Carlos, and since I don't understand English and some of the others who don't understand English, but then there were others there who do understand English.

Q I understand there were certain people in the van that you believe understood English, what I'm trying to find out is the exact words that Carlos told the passengers in the van in Spanish to convey to them something to the effect that the State Police would shoot, and that's what I want you to tell me, is those words that Carlos said in Spanish?

A Like that, and if anybody got out of the van, the State Police was going to shoot and that nobody, perhaps even better, should get out of the van.

Q Did anybody else besides Carlos speak and say the words that the State Police would shoot?

A Well, we got frightened, because it wasn't fair. We got frightened, it wasn't fair for them -- for us to go through that sort of thing, because we were just people who were on our way to work.

Q Go through what sort of thing?

A That we should be threatened saying that we're going to shoot at you if you get out of the van.

Q And you didn't understand yourself any of the English words the Trooper was speaking, correct?

A No.

Q No, you didn't understand?

A No.

Q So the way -- the reason you think the State Police said they would shoot is because Carlos translated that in Spanish -- said that in Spanish to the passengers, correct?

A Yes.

Q Did anyone else in the van say in Spanish that the police were going to shoot?

THE DEPONENT: That they might or would?

MS. BAUM: Yes.

A Yes, because we see so many things about like the way that they shoot at people on the border, that the way we see those things about the shooting on the border, that we thought that among ourselves.

Q But did any -- other than Carlos saying in Spanish that the State Police would shoot if anyone would get out of the van, did any of the other passengers say in Spanish that

A Okay, that's good.
Q Miss Hernandez, you indicated in some written documents that I received that you have spoken to your pastor about your feelings?
THE INTERPRETER: Sorry, I said Cabrera, she's correcting me.
A Yes, because I spoke to him because since I didn't have enough money to be able to go to the doctor and I wound up really scared and frightened that day. I don't know if, for example, I might have gotten diabetes. I've been getting dizzy and have been feeling very weak, and the pastor and others have been praying for me.
Q What is the name of your pastor that you've spoken to?
MS. McCONKEY: Objection. You can answer.
A There were two pastors I spoke to.
Q What are their names, please?
A One is Oswaldo Manrique (phonetic) in Guatemala, and the one from here is Reinaldo Guerar (phonetic).
Q What church is Reinaldo Guerar associated with?
A The last church that's on Elmwood.
Q When was the last time you spoke to him?
A Well, it's the group, the group that's in the cell.

Q What type of group is it?

A It's the same group that's with Reinaldo, we are a smaller group that prays for each other.

Q When is the last time you spoke to Reinaldo Guerar?

A No, I didn't speak with him, I spoke with the group.

Q Do you remember the names of the people from the group that you spoke with?

A Yes.

Q What are their names?

A There's Romeo Say. Well, there's also David Sue, and Guiselda, but as to her last name -- Guiselda.

Q When you indicated that you were not feeling well, or were stressed about what happened, what are you specifically referring to?

A I don't know, something that I sort of felt in my heart, headaches, sometimes when I think about it, because at the time that you're going through this, you sort of don't -- don't get it, and then afterwards, you begin to wonder, and you begin to wonder, like I did, why if I am serving God, why is this sort of thing happening to me, that you sort of begin to wonder about denying -- that you begin to wonder this thing with Immigration, this is a really

serious thing, why did this happen to me.

Q Two more lines of questioning. Do you know who Colonel Steven Pare is?

A No, I don't have any information on that.

Q Do you know what type of training Trooper Tom Chabot had to be a State Policeman?

A No.

Q Correct me if I'm wrong, did you say when the van stopped under the bridge, that Carlos got out of the van?

A Yes.

Q What did Carlos do when he got out of the van under the bridge?

A He spoke with the State Policeman.

Q Did you see the State Policeman ever touch Carlos at any time?

A Me, I don't remember anymore.

Q And did anyone ever tell you in Spanish that the officer said he was going to write Carlos a ticket?

A Inside the van, we said it at first.

Q Okay. Do you remember who said it -- strike that. That was when you were guessing when the van first stopped; is that correct?

A Yes.

Q Miss Hernandez, can you think of anything about