# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA, GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO
Plaintiffs

vs. : C.A. NO. 07-10ML

STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper Employed by the State of Rhode Island
Defendants

**DEPOSITION OF GUILFREDO E. CAMAY MUNOZ**

Wednesday, April 9, 2008

3:00 P.M.

OFFICE OF THE ATTORNEY GENERAL

150 South Main Street

Providence, Rhode Island 02903

\- - -

Linda S. Pezza, CSR
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886
(401) 739-3600

asking you questions in English that Mr. daSilva will translate for you into Spanish. I'd ask that you wait until Mr. daSilva completes his translation fully before you start to answer. If you don't understand a question I'm asking that Mr. daSilva has translated, please say so and I will rephrase it for you. Do you understand what I've just explained to you, sir?

A A bit.

Q Was there anything that Mr. daSilva has translated to you that I have said that was confusing in any way?

A No.

Q Sir, what is your date of birth?

A Nine -- sorry, sorry, sorry, it's 7/13/77.

Q And are you married, sir?

A Yes.

Q What is your wife's name?

A Astrid Cabrera.

Q All right. Was your wife the passenger Astrid Cabrera Estrada that was traveling in the van with you on July 11, 2006?

A Yes.

Q And is Wendy Cabrera Estrada, who was traveling in the van on that day, your sister-in-law?

A Yes.

A Yes.
Q Where do you work?
A At a restaurant, I didn't understand the name.
Q In what city is the restaurant?
A Cranston.
Q And what do you do for that restaurant, sir?
A Cleaning.
Q And how long have you worked for that restaurant?
A Five -- 4, it's been 4 years.
Q Sir, do people also refer to you of the name William or Wilmer?
A William.
Q You solved a mystery for us.
A What happens is that it's Guilfredo, but I don't like to explain the Guilfredo bit, so they refer to me as Willy.
Q Sir, when was the last time you worked for Simcoe Company in Westerly?
A In July of 2006.
Q That was the last time you worked for Simcoe Company?
A After what happened to me, I didn't continue to work there.
Q When was the last time -- are you familiar with a

A No, as far as I can remember, no.

Q Sir, do you understand English?

A I understand. I understand. I understand when someone speaks to me slowly. What happens is that people, we understand more than we are able to speak. We can understand -- I can understand more than I can speak.

Q Can you speak some English, sir?

A If you ask me something that I can answer, yes, if not, no. Sorry, that's the way that I know it.

Q Sir, I'd ask if you can tell me what you remember from when the State Police car pulled behind the van you were traveling in on July 11, 2006 on 95?

A Okay. We were -- all of us were seated. There was Carlos, the pilot, I was next to him, and then he told us that we were about to be stopped over on the side, and then we stayed there, and then we saw that the agent was coming, he was coming to the van, and he asked Carlos for the registration and the insurance, license, and then while Carlos gave him everything, the agent returned back to his unit. Okay. And then within a few minutes, he came back and he said that he wanted an I.D., and he came over to me, he came over to me and I lowered my window a bit, and he asked me for an I.D., and I told him that I didn't have one, and then he asked me for my name and I gave him my name.

Then, he said to Carlos that he wanted an I.D. from everybody who was inside the van, and then everybody started to look, and some said, I don't have it, and some others said, I don't have it either, and then he went back to his unit. And then he came back, and then he opened the doors to the van, and then he said, I want an I.D. And then some people started checking themselves and some said that they had it and others said that they didn't. And then somebody -- Cruz gave him the registry from the Consular I.D. and then he said a bad word, because he didn't seem to like that I.D. when it was shown to him.

Q What was the bad word he said?

A (In English) "What the fuck is this?"

Q What happened next, sir?

A And then some started taking out -- others said that they didn't have any, and then he closed the van, he closed the van, and he had Carlos get out of the van then. He took him to the side of the van, and then he took him to the side of the van, the left side of the driver in the back. And then I was looking back through the mirror, and we were -- we all had nerves, we all had nerves, he was the authority and we had to respect him, and then Carlos came back to the van. And then we were there for a while when I realized that a private car had shown up, and then the

private car showed up and it seems as if he spoke with him, with the agent, and then he went away, and then the agent had Carlos get out again, and then he took him to the side of the van, he took him to the right side of the van, to my side of the van, the right side, and then I heard, I heard when he said to him that he wasn't supposed to carry people -- to carry people without an I.D., and who was it, who was it that paid him to do it. And then that's when he -- it was then that he started to say to Carlos that he wasn't supposed to live here if he didn't have a Green Card or if he didn't have a Social Security number, and then Carlos was very nervous and he was touching himself to see, and then he kept telling him that he was supposed to have it, that he had to have those I.D.'s. And then that's when I began to realize that the agent, the agent was uncomfortable, that he was upset, and that's when I began to realize that he was telling him something to the effect of something like that he ought to get back in the van, that somebody could die, I understood something like that.

Q Do you remember anything else, sir?

A And then -- and then afterwards, Carlos got back in the van really nervous, and then he had told him around the same time that he ought to get back in the van, to lock it up. And then -- then at that time, as things were

happening then, I didn't hear, I didn't hear them say that they were going to take us to Immigration. And then that's when Carlos said to us, he said to us, don't anybody fidget, don't anybody fidget, because you're all my responsibility, that's when he said, Don't anybody fidget around, you're my responsibility. They're going to take us to Immigration. And then, then we were all inside the van and there was one car, the State Police car that was in front of us, and then another car, another State Police car arrived, and it was a woman, there was a woman who was driving it, and then we went to, I think it was to Exit 3, yes, I think it's Exit 3 there, and then there's a bridge there, there's a bridge there, and we were held up there, we were detained there under it, and somebody came over and checked the van and we were detained there, we were detained there for like 10, 15 minutes, and then after that, then somebody checked the van, I don't know who, I don't remember who it was who checked the van. They checked to make sure it was locked and they took us to Immigration, they took us over here. And there we went at a very high speed. We went at a very high speed, because he was having people move over, people who were on the freeway, and then indeed they took us there, and when we arrived at Immigration, they weren't open yet. We parked in front, I think, yes, I think he parked in front. It was in

front. And the woman, the woman who was following us, the State Police woman who was following us was in front of the van, she was in front of the van where the doors are, in front of the doors, and then we were in the back of Immigration, we were in the back of Immigration, yes, I think that's where they took us, in the back of Immigration, and then they told us that we had to move, that we had to move and we came over to another -- we moved over to another part of Immigration, and then we had an understanding with Immigration.

Q What was the understanding you had with Immigration?

A And then they started to ask us, they started to ask us how it was that we were brought there, they asked us for our names, they took our fingerprints, they asked us for information.

Q Immigration asked you those questions?

THE DEPONENT: That they asked us what questions?

Q The questions of how you -- the fingerprinting, how you were in this country?

A No, at the beginning, I think that what they asked us was that they were kind of surprised how it was that we'd been taken there, because we all walked in together, the 11

Q Could you make an "X" where you were sitting, sir?

(DEPONENT COMPLIED)

Q I'd ask that the record reflect that Mr. Munoz has made an "X" in the front passenger seat where he believes he was sitting on July 11, 2006. Do you remember where anyone else was sitting that day?

A I didn't -- well, the women were here (indicating).

Q The women, meaning your wife, Astrid Cabrera Estrada, her sister, Wendy Cabrera Estrada, and Miss Elsa Hernandez, you believe were sitting in the first front row of seats?

A Yes, yes, because nobody usually had a designated place to sit, nobody had a sure place where they could sit, people just sat wherever they could.

Q Other than the women who were traveling in the van that you believe were sitting in the front first bench of seats, do you know where anyone else was sitting that day?

A The places, I don't know where the other guys were.

Q You agree with me that Carlos Tamup was driving the car?

A Yes.

Q And did you pay Carlos Tamup to drive you to your

job in Westerly and home?

A Yes.

Q How much did you pay Carlos Tamup?

A Thirty.

Q When the State Police car was traveling behind the van initially on Route 95 before the van stopped, was anyone talking in the van?

A No.

Q When the van stopped on the side of the highway and the police car stopped behind it, did anyone in the van say anything?

A No, no, quite a few were sleeping.

Q After the van stopped, the State Policeman got out of his car and came to Carlos' side of the car; is that correct?

A Yes.

MS. BAUM: Off the record.

(OFF THE RECORD DISCUSSION/BRIEF RECESS)

Q So when the policeman got out of his car the first time, he went up and spoke to Carlos through Carlos' driver's side window; is that correct?

A Yes.

Q Did Carlos have to lower his window down?

A We were in the summertime, and I think that he had

it down, he had it down like halfway.

Q Okay. Did you hear what the State Police Officer was saying to Carlos?

A Yes, the first time when he asked him for license and registration, I heard him ask that.

Q And you understood the police officer when he was speaking to Carlos at that time in English?

A Yes, yes, when he asked him for the registration, the insurance, and the license.

Q Other than asking for his registration, insurance and license, did the State Police Officer say anything else that you heard to Carlos Tamup at that time?

A No.

Q Did he tell Carlos Tamup why he pulled the van over?

A Sorry, I don't understand, I don't understand that question.

Q When the State Police Officer came up and asked Carlos Tamup for his license and registration, did he also ask him -- or tell him why he was stopping the van?

A I don't remember, I don't remember.

Q Did he tell Carlos Tamup that he pulled the van over for improperly changing lanes?

MS. McCONKEY: Objection. You can answer.

Q How long was the police officer back in his car?
A I don't know, sometime, maybe 3, maybe 4 minutes, 4 minutes maybe.
Q When the police officer went back to his car, did anyone in the van speak out loud?
A No.
Q The police officer came back then to Carlos' side of the van? Are you all right?
A Yes, I'm fine. I'm sorry, I forgot your question.
MS. BAUM: That's fine. I'm going to wait and I'm going to ask you if you want to ask your client if he wants to continue or if he wants to wait, I don't want to continue if he's in pain.
THE DEPONENT: No, fine, no problem.
Q Okay.
(*PENDING QUESTION READ*)
A Yes.
Q What did the police officer say to Carlos when he came back a second time to Carlos' side of the van?
A That he needed an I.D. from everybody.
Q Did you understand the English words that the Trooper was speaking to Carlos Tamup?
A Yes, when he said that to him.
Q After the police officer said that to Carlos

A I don't have one.
Q Did you say that to the Trooper in Spanish or in English?
A In English, I don't have any.
Q Did the Trooper ask you any other questions?
A That I should give his name -- no, that I should give my name.
Q Did you understand him in English when he said that?
A Yes, when he asked my name, yes.
Q And what did you tell the Trooper?
A I said Willy Camay, and he put it down in the car registration.
Q You said Willy is your first name?
A Yes, I said Willy, I didn't say Guilfredo.
Q What was the last name you gave the police officer?
THE DEPONENT: The last surname?
Q Your surname, yes, that you told the Trooper?
A Camay, C-A-M-A-Y.
Q You didn't tell him Munoz?
A No, just the Camay, because Camay is my first surname. And then I just have a question, what name have you got there for me, I know that my first surname is not

there on the papers.

Q At the beginning of this deposition, when the stenographer asked you what your name was, I thought you said your name was Guilfredo Estraudo Munoz; is that correct?

A No, I said my whole name was Guilfredo Estraudo Camay Munoz.

Q So what do you consider your surname to be?

A Camay, Camay is my surname, Camay is my -- Munoz is my second surname.

Q So when you were speaking to the policeman and he asked your name, you told him your name was Willy Camay?

A Because the only thing that he asked me when he first asked me anything was whether I had an I.D., and I said, No, and then he asked me my name, and I gave him my name, Willy Camay, that's the only thing I spoke with him about.

Q After you gave the policeman your name, was it then that he opened these passenger side doors?

A Yes.

Q And did he speak to everyone in the van?

A The person who was serving as an interpreter for us then was Carlos.

Q Was the police officer speaking to Carlos who

would then interpret in Spanish?

A No, what happened was that it was Carlos who spoke. When he said that he needed an I.D., it was then that Carlos spoke to us and said that he needed an I.D.

Q Did the police officer say anything else when he was standing at these side passenger doors?

A. No. Then everybody started checking themselves, they started looking to see if they had an I.D., but at first, nobody showed him any I.D. He closed the doors and went back to his unit, to the patrol car.

Q He was in his patrol car for a little bit?

A Yes, for a while, for a while, I don't know how long.

Q And then he came back to where on the van?

A He came back and got Carlos out.

Q What did he say to Carlos -- did you understand what he was saying to Carlos that made Carlos get out of the van?

A No.

Q You just saw Carlos getting out of the van?

A Yes.

Q And then Carlos and the police officer went behind the van?

A Here (indicating).

Q Could you put the number "1" where you first saw --

(DEPONENT COMPLIED)

Q I'd ask the record reflect that Mr. Camay put a number "1" where he saw the police officer and the driver, Carlos Tamup, stand the first time Mr. Tamup got out of the van. Did you see anything --

MS. McCONKEY: Can we go off the record for a second.

(OFF THE RECORD/BRIEF PAUSE)

Q Could you hear anything that Carlos and the police officer said when they were standing at the spot that you marked Number 1?

A No.

Q Do these side windows of the van open?

A They open up a little like this, like this, they might go sideways like this.

Q They might open about 2 to 3 inches?

A Yes, yes.

Q Do you know whether they were open, these driver's side windows along the van were open when the van was stopped?

A Yes.

Q When Carlos Tamup, the driver, and the police

Q At sometime, the police officer came back to the passenger side doors; is that correct?
A Yes.
Q And he opened them again?
A Yes.
Q Did the officer speak to you and the other passengers and the driver?
A He said that he needed an I.D.
Q Did you understand him?
A Yes, because Carlos at that very moment was also translating.
Q Did you understand the police officer or did you understand Carlos translating?
A Carlos, Carlos, because he was more straight forward, he was more clear, but I did hear the police officer say I.D., I.D. I heard him say that he needed an I.D.
Q When the police officer was standing on this side of the car, did you ever hear him say the words "Green Card"?
A No, no, I didn't hear him at that time.
Q Did you hear the police officer ever say the words "Green Card"?
A After he got Carlos out of the car and took him

over to this side, yes.

Q Did the police officer ever say the words "Green Card" to the passengers in the van?

A No, I didn't hear that, I didn't hear that.

Q After Carlos was translating that the officer wanted an I.D., some people passed up their I.D.'s; is that correct?

A Yes, some did, others didn't.

Q Is that -- did anyone speak to the officer while they were handing up their I.D.'s or while they weren't?

A Some would say, no, no, nothing, and others would just give it to him like this, and that's when somebody gave him the registry from the Consular -- the Consulate, it was Cruz who did that, and then he said that, no, no, that's no good.

Q Is that also when you believe you heard the Trooper say "What the fuck is this"?

A Yes, at the beginning when he gave it to him.

Q When one of the passengers gave the Consular I.D., correct?

A Yes.

Q Did the officer make any other comments regarding the I.D.'s, other than that statement that you understood?

A No.

Q After the officer received the I.D.'s, did he then go back to his car again?

A Yes.

Q And then he came back around again and got Carlos out?

A Yes.

Q And where, that second time, did Carlos and the Trooper go, where did they stand?

A Something like this here (indicating).

Q I'd ask the record reflect that Mr. Camay has marked a number "2" where he believes the Mr. Carlos Tamup and the Trooper were standing the second time Carlos Tamup got out of the car. Is that correct, sir?

A Yes.

Q Is it -- was it this time when Carlos Tamup and the police officer were talking that you were watching them through the mirror?

A No, not the mirror, the window.

Q Were you -- was your window down at this time?

A Yes, it was down.

Q Did you see the police officer pat Carlos to move down when they were standing at Number 2?

A It wasn't the policeman who was patting him down, it was Carlos who was checking himself, because the

policeman was asking him to get an I.D.

Q Were you able to hear what Carlos and the police officer were saying to each other when they were standing at the spot marked Number 2?

A Yes, I heard them.

Q What did you hear the police officer say to Carlos when they were standing at the spot marked Number 2?

A No, I only heard the policeman. Carlos wasn't saying much of anything, he would just say no, no, no, no.

Q What did you hear the policeman say?

A (In English) I need your Social Security number. I need your Green Card. You're not supposed living here, you don't have a Green Card in U.S.A. (Through interpreter) That's what the policeman, the policeman said that.

Q When the policeman asked Carlos Tamup if he had a Green Card, did Carlos respond no?

A Carlos said, No, but he said, You're supposed to have that, I need your Green Card.

Q Do you remember anything else the police officer said when Carlos and the police officer were standing at the spot marked Number 2?

A That's when I heard when the -- Carlos was going back to the van, that's when the policeman said, You lock the van, you lock the van, something like, you lock the van,

and that's when he also said, You lock the van or somebody's going to die, somebody's going to die.

Q Did the police officer at that time ever say the word "shoot"?

A No, I didn't hear that, didn't hear that.

Q Did you ever hear the police officer say the word "shoot"?

A No, no, that I didn't hear.

Q Did anyone in the van at any time say the police officer is going to shoot?

A No, it was not until afterwards, after Carlos got back in the van and said we're going to Immigration, he's taking us to Immigration. Then, I heard Carlos say, I heard Carlos say, I'm going to lock the van, I'm going to lock the van, because otherwise -- otherwise, he's gonna -- he might shoot, he might shoot, because it's my responsibility that nobody is to get out of the van, that's what Carlos said.

Q That's what Carlos said to the passengers in Spanish, correct?

A Yes, yes.

Q You never heard the police officer say the word "shoot"?

MS. McCONKEY: Objection. You can answer.

A No.

Q At any time from when the State Police stopped the van, do you remember your wife, Astrid Cabrera Estrada, saying anything?
A No, no, we weren't talking.
Q Were people nervous in the van?
MS. McCONKEY: Objection.
A Yes.
Q When the police, the times when the police officer asked Carlos Tamup to get out of the van, they stood at Point 1 and Point 2; is that right?
A Yes, that I saw them, yes, on those occasions, yes.
Q Did the police -- did Carlos Tamup get out of the van at any other times other than to go to spots 1 and 2?
A No, I don't remember, I don't remember. I remember what I saw.
Q That's all I'm asking, sir.
A Okay.
Q The van started moving again following the police car and then parked under a bridge after getting off the highway?
A Yes.
Q And someone -- some police officer tried to see if the doors were locked; is that correct?

A Yes.
Q Did the police officer speak to anyone in the van again?
A No, no.
Q Sir, are you currently in the process of any procedures with Immigration for deportation?
A No, no -- well, right now, I am appealing my case.
Q In some documents we received, it was indicated that you suffered emotional and mental stress and embarrassment, is that because of the Immigration problems?
A Yes.
Q Just a couple more, and then I think we're going to be finished. When the police officer asked Carlos for his license, registration and insurance, did you see Carlos reach somewhere in the car to obtain those documents?
A Only when he gave him the license, the registration and the insurance, he pulled out his license, the registration, and the insurance and gave it to him.
Q Where did he pull those documents out from?
A The license, he pulled it from his billfold, the one that he had in back.
Q How about the insurance and the registration?
A Inside the glove compartment, the glove compartment inside the car.

Q When the police officer was speaking with you and asked you your name, did he also ask you your date of birth?
A No.
Q Did you ever hear the Trooper say anything to anyone in the van about wearing your seat belts?
A No.
Q Did you ever hear the police officer ask Carlos Tamup if anyone in the van was illegal?
A No, I only heard him when they were talking like to the side over there, but no, I didn't hear him ask anything like that, no.
Q Sir, do you understand that the American Civil Liberties Union, the ACLU, filed a Complaint with the State Police on behalf of your wife, your sister-in-law, yourself, and the other passengers in the van about the State Police stopping the van on July 11, 2006?
A Yes.
Q Okay. Did you give the ACLU permission to file a Complaint on your behalf?
A Yes.
Q What person came to you, what is the name of the person that came to you and asked you for your permission to file the Complaint?
A The ACLU.