# EXHIBIT K

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA, GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO
Plaintiffs

vs. : C.A. NO. 07-10ML

STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper Employed by the State of Rhode Island
Defendants

**DEPOSITION OF CRUZ F. RIVERA**

Wednesday, April 9, 2008

1:00 P.M.

OFFICE OF THE ATTORNEY GENERAL

150 South Main Street

Providence, Rhode Island 02903

- - -

Linda S. Pezza, CSR
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886
(401) 739-3600

Q Why don't you put X's in the two seats that you think you might have been sitting in?

(DEPONENT COMPLIED)

A Yes, here.

MS. BAUM: I'm just going to have the stenographer mark this as Exhibit A.

*(Defendant's Exhibit A marked for identification)*

Q And I'd ask that the record reflect that Mr. Rivera has marked an "X" where he believes he was sitting in the van on July 11, 2006, but he's not quite sure whether it was the second or third row he was sitting in, but he was sitting in the middle?

A Yes.

Q Sir, do you remember where anyone else was sitting in the van on that day?

A Yes.

Q Okay. Could you point to a seat and tell me who you remember was sitting there?

A The letters, no.

Q Do you remember who was sitting beside you that day?

A Here, there was -- what's that guy called -- it was Elsa.

Q A woman?
A Yes.
Q Okay. Could you put an "E" next to where you believe Elsa was sitting?
(DEPONENT COMPLIED)
A Okay.
Q I'd like the record to reflect that Mr. Rivera has put an "E" where he recalls that Elsa was sitting on July 11, 2006. Do you remember where anyone else was sitting on that day?
A Yes, Carlos.
Q Could you put a "C" there for Carlos?
(DEPONENT COMPLIED)
Q I'd ask that the record reflect that Mr. Rivera has put a "C" where he believes Carlos, the driver, was sitting. Could you put the first initial of that other gentleman's name where you believe he was sitting?
THE DEPONENT: Guilfredo, what letter is it?
Q Why don't you put a "W."
(DEPONENT COMPLIED)
Q I'd ask the record to reflect that Mr. Rivera has put a "W" where he believes a gentleman named Guilfredo was sitting on the day the van was stopped. Do you remember where anyone else was sitting, sir?

A Astrid.
Q Could you put an "A" where you remember Astrid was sitting?
(DEPONENT COMPLIED)
Q I would ask that the record reflect that Mr. Rivera has put an "A" where he recalls that the Plaintiff Astrid was sitting on the day the van was stopped by the Rhode Island State Police. Do you remember where anyone else was sitting, sir?
A Wendy.
Q Okay. Could you put a "W" with an "X" next to it where you recall that the Plaintiff Wendy was sitting. The reason why I'm asking you to do that, sir, is so that there's a difference between where Guilfredo was sitting and Wendy.
(DEPONENT COMPLIED)
Q I'd ask that the record reflect that Mr. Rivera has put a "WX" where he recalls that the Plaintiff Wendy Cabrera Estrada was sitting on July 11, 2006. Do you recall where anyone else was sitting on that day, sir?
A No.
Q Sir, did you pay anyone to drive you to and from work at Simcoe in July of 2006?
A Yes.

Q Who did you pay?
A Carlos, Carlos Tamup.
Q And how much would you pay Carlos Tamup to drive you to and from work at Simcoe in Westerly?
A $30.
Q Sir, I'm going to ask you if you could tell us what you remember from the time that the State Police car was behind the van on Route 95 with its lights on on July 11, 2006?
A Yes.
Q What do you remember, sir?
A Yes, the State Police was up -- was behind us.
Q Did it have its lights on?
A Yes.
Q And did the van you were riding in pull over to the side of the highway and stop?
A Yes.
Q When the police car was behind the van on 95, moving, did anyone say anything in the van?
A No, no.
Q The van pulled over to the side of Route 95 and stopped; is that correct?
A Yes.
Q And the State Police car parked behind the van on

the side of Route 95?

A Yes.

Q Sir, what do you remember after the State Police car parked behind the van?

A Carlos was asked for his residency, his license.

Q So that the police officer in the police car, did he walk up to Carlos' window?

A Yes.

Q Did you hear Carlos and the State Trooper speaking?

A Yes, the State Policeman was talking.

Q Was Carlos talking back to the State Policeman?

A He gave him the license.

Q Could you understand what the State Policeman was saying to Carlos in English?

A He just said license or I.D.

Q Did you understand -- did the State Policeman say the words license or I.D. that you understood?

A License, I.D. or Green Card.

Q Okay. The State Policeman came from his police car up to Carlos' window, correct?

A Yes.

Q And the State Police Officer was speaking to Carlos in English?

A Yes.

Q Could you understand the English words that the State Policeman was saying to Carlos?

A No.

Q So, how -- you just said that the policeman asked Carlos for his license, Green Card or identification, did you hear the policeman say those words at that time?

A Yes, he would say Green Card or license, I.D.

Q You understood the State Policeman's words in English of Green Card, I.D., or license to Carlos; is that correct?

A Yes.

Q What did Carlos do after the policeman said that?

A He handed over the license.

Q What happened next, sir?

A He gave him the I.D.

Q After Carlos gave the policeman his license and/or I.D., what happened next?

A He had him get out and took him to the back.

Q Okay. The State Policeman had Carlos get out of the van and took him to the back of the van?

A Yes.

Q Did you see where they went and stood behind the van?

A Yes, to the back, he put him like this.
Q Could you draw a circle where you saw the State Policeman and Carlos stand behind the van?
(DEPONENT COMPLIED)
A Yes, it was like over here (indicating).
Q Okay. I'd ask the record reflect that Mr. Rivera has put a zero -- circle, where he believes he recalls the Trooper and Carlos standing behind the van. And you indicated before that with your hands up, did the State Policeman have Carlos put his hands up?
A Yes.
Q Did you see what happened next, sir?
A He began to check him.
Q The officer patted down Carlos?
A Yes.
Q What happened next, sir?
A Just that, nothing more, and then he got back into the van.
Q Did you see Carlos and the policeman speaking at the back of the van?
A No.
Q And then Carlos got back into the van, into his driver's seat, correct?
A Yes.

Q Did Carlos say anything to the passengers in the van, either in English or Spanish, when he got back in?

A That we should all stay still.

Q Did Carlos say that to the passengers in the van in Spanish or in English?

THE INTERPRETER: Can I correct, rather than still, peaceful, at ease, is more correct.

Q Sure.

A That we should just be at ease.

Q Did Carlos say that to the passengers in Spanish or in English?

A In Spanish.

Q Did any of the passengers speak at that time?

A No.

Q Okay. When Carlos came back in and got in the van, did you see where the State Policeman went?

A No, he came over to the door and he asked for identification.

Q The State Policeman came over to the passenger side doors?

A Yes.

Q Did he open -- the State Policeman open the passenger side doors?

A Yes.

Q Did the State Policeman, when he was standing in this open door, speak to the people in the van?

A Yes, identification.

Q Okay. Did the officer speak in English or in Spanish?

A He just said I.D. or identification.

Q When the officer was standing in the passenger side door, did he only say one word, identification?

A Yes.

Q When the officer was standing in the passenger side door, did Carlos say anything to the passengers in Spanish?

A No.

Q After the officer, who was standing in the passenger side door, said the word I.D. or identification, what happened next?

A We gave him identification.

Q Who gave the police officer identification?

A I gave him my Consular I.D. from Guatemala.

Q Did anyone else other than you give the police officer an I.D.?

A Almost everybody gave one, we had the Consular ones.

Q You remember almost everyone in the van giving the

State Police Officer some sort of identification?

A Yes, they gave him identification.

Q After the police officer had the identifications in his hands standing in the passenger side doors, what happened next?

A He said that the Consular ones were no good.

Q Did the police officer speak to the people in the van, yourself and the other people in the van, in English?

A No.

Q When the officer was standing at the passenger side doors and he had the Consular I.D.'s in his hand, did he speak to you and the other people in the van in English?

A No, no.

Q Who said the words, These I.D.'s are no good?

A The State Policeman said that they weren't good, he said, No good, he said, No good, Consular I.D.'s, Guatemala, no good.

Q And you understood him saying that?

A Yes.

Q Did you understand the police officer saying anything else while he was standing in the doorways with the I.D.'s?

A No, no.

Q After the State Police Officer had the I.D.'s in

his hand and said, No good, what happened next?

A He turned and went over to Carlos once again.

Q When the State Policeman went back to Carlos' window, was Carlos inside or outside the van?

A Carlos was inside.

Q And did the officer speak to Carlos through the driver's side window?

A No, he got him out. He got him out.

Q When the police officer got Carlos out of the van, did they move anywhere?

A He checked him once again.

Q Did he check him, Carlos, standing right beside the driver's door of the van?

A Yes, I think so, I think so.

Q At this point in time, had the State Policeman gone back to his car at all?

A Yes, he went to check the I.D.'s, the Consular I.D.'s.

Q So after the Trooper received the Consular I.D.'s, he went back to the police car; is that correct?

A Yes, he said to follow him, that we were going to Immigration.

Q Okay. I want to stop you and go a little bit slower, Mr. Rivera.

A Yes.

Q The State Policeman was standing in the passenger side doors of the van and received the Consular I.D.'s from you and the other passengers, correct?

A Yes.

Q And after receiving the I.D.'s and saying something to the effect of no good, did the State Policeman go back to his police car?

A Yes.

Q Was that the first time you remember the State Policeman going back to his car since he pulled the van over?

A Yes.

Q And after going back to his car, he was in his car for a little while?

A Yes.

Q And then the State Policeman came up and asked Carlos to get out of the van again?

A Yes.

Q And did you see Carlos and the policeman speaking to each other outside the van?

A No.

Q Okay. What did you see Carlos and the policeman doing outside the van that second time?

what the Trooper was saying?

A That the policeman was saying that we should show him an I.D.

Q Did you show the policeman an I.D.?

A No, I didn't have one on me.

Q Do you remember if anyone in the van gave the policeman an I.D.?

A No, they gave him some I.D.'s, not everybody, and I didn't see who it was.

Q You didn't see who gave the policeman I.D.'s?

A Rolando, I remember one, he was more a friend of mine than the others.

Q Did the Trooper take the I.D.'s in his hand.

A Yes.

Q Did the Trooper say anything after he had the I.D.'s in his hand?

A That he was going to take them to Immigration.

Q Is it your testimony that when the Trooper received the I.D.'s is when he said he was going to take the van to Immigration?

MS. McCONKEY: Objection. Can you ask that another way, I don't understand?

Q When the Trooper was standing on the passenger side of the van, with the passenger doors open, and he had

Q What did you see that man do, if anything?

A No, no, I didn't see anything.

Q Did the man who was in that black car get out of the car?

A Yes, he chatted with the State Policeman.

Q When the man from the black car was chatting with the State Policeman, was the State Policeman in his car or outside his cruiser?

A They were outside, they were outside.

Q Could you hear anything that the two -- the policeman and the other man were talking about?

A No.

Q When the policeman and the other man were talking outside the car, was anyone speaking in the van?

A No.

Q What happened after the State Policeman and the other man finished talking?

A He went, the car went.

Q Okay. After the man in the black car went away, what happened next?

A Another State Police arrived.

Q When the other State Police arrived, was it in a marked State Police car?

A Yes.

Q Did the person who was riding in that second police car get out?

A Well, no, I didn't pay attention.

Q Do you know whether it was a man or a woman in that second marked State Police car?

A I believe that there was a woman, but I don't know who in which car.

Q What, if anything, did the police officer in the second police car do?

A They put a State Police in front and one behind.

Q Okay. Did the person in the second State Police car ever speak to anyone in the van?

A No.

Q Did that first male State Policeman ever come back and speak to anyone in the van?

A Yes, but when he brought us, he stopped us under the bridge.

Q Okay. Before the van ever left the highway, did anyone in the van say the van was going to Immigration?

A Carlos, Carlos Tamup.

Q What did Carlos Tamup say to the other passengers in the van?

A That the State Police, that they were going to take us to Immigration so as to take our fingerprints.

Q Did he say anything else?
A That we should follow him.
Q Anything else?
A No.
Q Did anyone else in the van speak other than Carlos?
A No.
Q Do you remember if Astrid Cabrera Estrada said anything?
A No.
Q Do you remember if Elsa said anything?
A No.
Q Do you remember whether the man named William or Guilfredo, who was sitting in the front passenger seat, said anything?
A No.
Q When Carlos spoke to you and the other passengers in the van saying the van was going to Immigration, did he speak to you in Spanish or English?
A In Spanish.
Q Can you think of anything else that Carlos said?
A That we were going to Immigration.
Q Okay. Then the van started moving on the highway again?

A Yes.
Q Okay. Where were the State Police cars when the van started moving on 95 south again?
A One in front and one behind.
Q When you were going on 95 south, there was one police car in front of you and one police car behind the van; is that correct?
A Yes.
Q And did the van follow the first police car off Exit 3?
A Yes.
Q Is -- after the van got off Exit 3, is that when you stopped under the bridge?
A Yes.
Q What happened when the van and the police cars stopped under the bridge?
A The State Policeman from the front got out.
Q And what did he do?
A He told Tamup to lock the door.
Q Where was the State Policeman when he talked to Carlos Tamup, the driver, under the bridge?
A On this side (indicating).
Q The State Policeman was on Guilfredo's side, the front passenger of the van, when he spoke to Carlos under

the bridge?

A Yes, and he closed the door.

Q Did the State Policeman open the door when you were under the bridge?

A Yes.

Q Did he open Guilfredo or -- Guilfredo's door or did he open the door behind Guilfredo?

A The ones behind him.

Q Okay. And did the Trooper speak when he opened those doors?

A He said that we were to lock it and that we were not to get out of the van, that we were not to run away from it.

Q So when under the bridge, you're saying that the Trooper opened the passenger side doors and spoke to everyone in the van in English; is that correct?

A Well, Carlos said -- he spoke in English to Carlos.

Q So the officer spoke in English to Carlos while the van was underneath the bridge, correct?

A Yes.

Q Did you understand what the officer was saying to Carlos when he spoke to Carlos in English?

A No.

A No.

Q Did Carlos, after speaking with the Trooper, then say something to the passengers in Spanish?

A Yes, he said that we should not get out of the van, that we shouldn't run from the van, because he was going to shoot.

Q Carlos said that to the people, you and the other passengers in the van, correct?

A Yes.

Q Did anyone else in the van other than Carlos say that?

A No.

Q And you never heard the State Policeman say the word "shoot," correct?

A No.

Q After the van was underneath the bridge, it got back on 95, but it was heading north; is that correct?

A Yes.

Q And what happened after the van started going on 95 north?

A They brought us, they took us over to Immigration.

Q When the van was traveling on 95, did you ever see the State Policeman stick his hand out the window and make any motions with his hands?

A No.

Q When the van arrived at the Immigration in Providence and stopped, what happened next?

A We went into Immigration and they tied us up on our feet.

Q When you say "they tied us up on our feet," Immigration did?

A Yes.

Q Okay. After you went into the Immigration building, you didn't see the State Police again; is that correct?

A No.

Q Did the State Policeman touch anyone in the van other than Carlos?

A No.

Q When the van was on the side of the highway on 95, do you remember anyone speaking on a cell phone?

A No.

Q When the van was traveling into Immigration, do you remember anyone speaking on a cell phone?

A No, no, I didn't see any of that.

Q Okay. At any time after the State Police stopped the van on July 11, 2006, do you ever remember Elsa speaking on a cell phone?