# EXHIBIT L

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA, GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO

vs. C.A. NO. 07-10ML

STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island

**DEPOSITION OF ABELINO M. URIZAR**

Wednesday, April 2, 2008

9:00 a.m.

Rhode Island Department of Attorney General

150 South Main Street

Providence, Rhode Island 02903

- - -

Heather A. Lussier, CSR
Capitol Court Reporting, Inc.
931 Jefferson Boulevard
Warwick, Rhode Island 02886
(401) 739-3600

Q. How long have you lived there?
A. About a year or ten months.
Q. Do you live there with anybody else?
A. Yes. A cousin.
Q. Okay. What is your cousin's name?
A. Rolando Noriega.
Q. Was your cousin in the van with you on July 11, 2006?
A. Yes, he was.
Q. And you're married?
A. Back in my country, yes. Here in the US, I'm not.
Q. Okay. Do you have any children?
A. Yes.
Q. Okay. How many children do you have, sir?
A. Four.
Q. And what ages do they range?
A. Fifteen, fourteen, ten and seven.
Q. And do your children and wife live in Guatemala?
A. Yes. In Guatemala.
Q. Okay. What is your date of birth, sir?
A. January 2, 1973.
Q. What was the last grade of schooling you attended in Guatemala?
A. Sixth grade of primary.
Q. And do you speak any English, sir?

A. No.
Q. Okay. Have you taken any classes in learning to speak or understand English?
A. No. For the time being, no.
Q. Have you ever taken any classes in learning to speak or understand English?
A. No.
Q. Okay. Do you understand any English, sir?
A. Very little.
Q. Are you currently working?
A. Yes. I'm working.
Q. What is the name of the place where you're working, sir?
A. It's in Pawtucket. It's near here.
Q. Do you know the name of the place?
A. I don't know it right now. I've only been there for a week.
Q. What do you do there, sir?
A. I polish jewelry.
Q. And where were you working before this present job?
A. I worked in Westerly.
Q. When was the last time you worked in Westerly?
A. It's been about a year and fifteen days since I stopped working there.

Q. And why did you stop working there, sir?
A. There was no longer any work.
Q. Before living on Dorchester Ave. in Providence, where did you live, sir?
A. That's the only address I've had ever since I came from Guatemala.
Q. When you came over to the United States from Guatemala, did you come over under any sort of visa?
A. No.
Q. Okay. You didn't come over -- in July of 2006, you didn't have a work visa?
A. Sorry. I didn't understand.
Q. In July of 2006, did you have any legal documentation which would allow you to be or work in the United States?
A. No.
Q. Okay. Sir, I'm going to ask -- this is a very bad drawing of a van. And I'll grab another pen. Do you remember where you were sitting in the van on July 11, 2006 when the State Police stopped the van?
A. Yes. I remember.
Q. Okay. Could you make a mark where you were sitting?
(Witness indicates)
Q. Okay. Do you remember where anyone else was sitting that day? First of all, I would ask that the record reflect

that Mr. -- and I apologize for the pronunciation of your name -- Urizar was sitting -- marked an "X" where he indicated where he was sitting in the van on July 11, 2006.

A. Correct.

Q. Do you remember where anyone else was sitting in the van on that day?

A. Yes. I remember where the guy who was the copilot sitting next to the pilot was seated. He's called William.

Q. Okay. Could you put his initial where you believe he was seated?

(Witness indicates)

Q. I would ask that the record reflect Mr. Urizar has marked a "W" where he believes the copilot, William was sitting.

A. Correct.

Q. Do you remember where your cousin was sitting that day?

A. Of him I'm not sure because there were a lot of people.

Q. Okay. Was every seat in the van full?

A. Yes. Yes. We were 14.

Q. Was there a window next to you?

A. Yes. Correct.

Q. Did the window open?

A. No. It was closed.
Q. Do you remember if any of the windows in the van were open after the State Police stopped the van on July 11, 2006?
A. Everything was closed.
Q. Sir, I would ask that you tell me in your own words everything you remember about when the State Police stopped the van on July 11, 2006.
A. What I remember is that we were going down 95. And the policeman was over on the side of the highway, and he turned on his lights and signaled a stop for the driver of the van. And he spoke in English to the driver because he understand a bit of English, but I didn't understand anything that he said.
Q. When the policeman first spoke to the driver, was he standing next to the van?
A. Yes.
Q. Okay. Was he standing next to the driver's window?
A. Yes.
Q. And you didn't understand anything that the policeman was saying?
A. No.
Q. Did you understand anything that the driver, Carlos was saying back to the policeman?
A. No.

Q. Okay. What happened next, sir, that you remember?

A. I remember that the policeman came back a second time and got him out of the van. He took him back behind the van. I didn't see what happened there. He said that nobody was to move out of the van.

Q. Who said that no one was to move out of the van?

A. Carlos did. The policeman said it to Carlos, and Carlos said it to us in Spanish.

Q. When you said the policeman said it to Carlos, that's what Carlos told you, correct?

A. Yes.

Q. Okay. What happened next, sir?

A. The driver got back in. The policeman went to his patrol car. And he came back once again to get him out of the van again and went with him. I didn't see what happened.

Q. When Carlos got back into the van after speaking with the policeman again, did he say anything to the passengers?

A. He said, everybody stay in your seat and put your seat belts on because they're going to take us in.

Q. Did the driver, Carlos say anything else?

A. And then afterwards he said to us that -- he says that nobody is to get out of the van because if anybody tries to get out of the van he's going to shoot.

Q. Carlos said that to the passengers in the van?

A. Yes. He told us that the policeman had told him that.
Q. You didn't hear or understand the policeman say that, correct?
A. I heard him speak, but I didn't understand him.
Q. Okay. What happened after that?
A. He checked the doors to make sure that they were locked. He went and got into his patrol car and told Carlos that he had to follow us, and we followed them.
Q. Did the policeman check the doors while you were on the side of 95?
A. Yes.
Q. Okay. And Carlos followed the policeman in the van?
A. Yes.
Q. What happened next, sir?
A. We followed them, and they brought us to Immigration.
Q. Okay. What happened when you got to Immigration?
A. Some of -- some of us went in. Then they -- they put the men apart from the women. And they put us in different rooms, and then one by one they called us.
Q. Okay. Do you have a hearing or a matter scheduled with Immigration regarding deportation?
A. Right now we down to we've already been to the courts in Boston.
Q. What happened when you went to the courts in Boston,

there.

Q. Okay. Do you know whether he asked the passengers of the van for IDs?

A. Yes. He asked for IDs.

Q. Okay. Did you give him an ID?

A. No. I didn't have one.

Q. How did you understand that the police officer was asking for IDs?

A. There was Carlos himself who told us that we were being asked to take out and hand over IDs.

Q. I'm sorry if I asked you this. I've got a bad memory. Did you have an ID to give to the policeman that day?

A. No.

Q. Can you remember whether anyone in the van gave the policeman an ID?

A. Only Carlos handed over a license.

Q. Did you understand anything that the policeman said that day when he stopped the van?

A. No.

Q. Okay. Can you think of anything else that Carlos told the passengers in the van during the police stop of the van that day?

A. No.

Q. Do you remember anyone else in the van talking during