# EXHIBIT P-1

R.I. State Police's Videotape Copy with enhanced
Audio of van stop conducted on June 11, 2006
(See attached envelope)