# EXHIBIT P-2

Videotape Transcript

**Trooper**: Your license and registration, please. The reason why I'm stopping you is you forgot to use your turn signal from the first to high-speed lane. Carlos, whose vehicle is this?

**Carlos Tamup**: My wife's.

**Trooper**: Your wife's vehicle? Who do you have with you? Who do you have with you?

**Carlos Tamup**: Ah . . . my wife.

**Trooper**: What's that?

**Carlos Tamup**: My wife and (inaudible)

**Trooper**: (Opened passenger side door of van and a ball rolled out) Ehh, make a good player huh? You guys have IDs? IDs?

**Carlos Tamup**: Got ID's?

**Trooper**: Does anybody have an ID?

**Carlos Tamup**: Forgot . . . I go home . . . I go to my work. (Inaudible)

**Trooper**: You've got to put the belts on. You've got to put your belt on. Carlos, explain to them they need their seat belts on. I am sure they speak English. They are just obviously not listening. (Inaudible)

**Carlos Tamup:** (inaudible)

**Trooper**: Does anybody have their IDs with them? How many people in there? We've got 3-6-9-12. You've got (inaudible) 15 people in there.

**Carlos Tamup:** (inaudible) . . . have ID now (inaudible) (trooper closed side door)

**Trooper**: What's your name? (to front passenger)

**Guilfredo Munoz:** Willie . . . William.

**Trooper:** Huh? Carlos, you tell them that they all need IDs, you understand? Tell them, tell them right now.

**Carlos Tamup:** (inaudible Spanish)

**Trooper:** What's your name?

**Guilfredo Munoz:** Willie

**Trooper:** What's your last name?

**Guilfredo Munoz:** Camay

**Trooper:** Huh?

**Guilfredo Munoz:** Camay

**Trooper:** Spell it.

**Guilfredo Munoz:** C . . . R – I . . . Cam

**Trooper:** nacimiento?

**Guilfredo Munoz:** 6-7

**Trooper:** 6-7, what?

**Guilfredo Munoz:** 6-7-77

(Trooper goes back to cruiser)