# EXHIBIT R

| | | |
|---|---|---|
| **ASTRID G. ESTRADA, WENDY M. ESTRADA, GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILAVICENCIO** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 07-10ML** |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARÉ, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island** | : | |

**AFFIDAVIT OF CORT BURKE**

Now comes the affiant and, having been duly sworn, testifies as follows:

1. I have personal knowledge of all matters contained herein. All of the information in my possession was obtained in the course and scope of my duties as Special Agent, United States Immigration and Customs Enforcement (hereafter "ICE").

2. ICE enforces federal immigration laws, such as 8 USC § 1325 (entry without inspection) and 8 USC § 1324 (bringing in and harboring certain aliens), with the cooperation of state and local law enforcement.

3. On the morning of July 11, 2006, I served as duty agent for the Providence Office of ICE. That morning, Rhode Island State Trooper Thomas Chabot notified ICE that he had conducted a traffic stop of a van. During a telephone conversation, Trooper Chabot conveyed that several of the occupants of the van did not possess identification and that all of the occupants were undocumented aliens. Based on the information conveyed by Trooper Chabot, I verbally requested that Trooper Chabot detain the occupants of the van for further investigation by ICE. After we discussed making arrangements for ICE to interview the occupants of the van, Trooper Chabot informed me that he would escort the van to the ICE office in Providence.

4. Later that morning, I was informed that ICE agents met Trooper Chabot and Trooper Heather Donahue outside the ICE office. I was also informed that ICE agents interviewed the driver and passengers at the van and then brought them inside the ICE office. I then interviewed the occupants of the van inside the office.

5. Based on my review of ICE records, which were compiled on July 11, 2006, ICE determined the identities and immigration status of the occupants of the van as follows:

Avelino Manuel Garcia Urizar, DOB: 1/2/73; entered without inspection
Rene Boris Cruz, DOB: 6/9/80; entered without inspection
Jose Ortega Burgos, DOB: 9/29/67; entered without inspection
Elsa Hernandez-Villavicencio, DOB: 12/11/72; entered without inspection
Astrid Cabrera-Estrada, DOB: 5/25/83; entered without inspection
Lorenzo Noriega-Rodriguez, DOB: 5/15/78; entered without inspection
Carlos Tamup, DOB: 7/15/70; entered without inspection
Rolando Eleazar Noriega Nota, DOB: 2/19/82; entered without inspection
Wendy Cabrera-Estrada, DOB: 12/8/95; entered without inspection
Israel Tebalan Tamup, DOB: 10/28/79; entered without inspection
Jose Augusto Coronado Aquino, DOB: 3/13/71; entered without inspection
Guilfredo Estuardo Camey-Munoz, DOB: 7/13/77; entered without inspection
Pioguildo Chacaj-Tamup, DOB: 6/2/75; outstanding order of removal

These individuals were processed by ICE for removal proceedings.

6. Affiant states nothing further.

**Cort Burke**
**Deportation Officer**
**U.S. Immigration and Customs Enforcement**
**Department of Homeland Security**

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me on this 20th day of May 2008.

**Notary Public**
**My Commission Expires:** 5/20/2009