# EXHIBIT S

CR 07

0716412
SUMMONS NO.

*05001071642*

RITT-05, REV. 7/04

THE UNDERSIGNED OFFICER STATES THAT:

ON MONTH DAY YEAR: 07 11 06 | AT (TIME): 630 (A.M.) P.M. | IN (TOWN): Richmond | ROAD: RT. 95 S @ X-3

DRIVERS LICENSE NO.: 2217273 | CDL ☐ | ARMED FORCES ☐ | STATE: RI

MOTORIST'S FIRST NAME: CARLOS | MID INI: E | DATE OF BIRTH MONTH DAY YEAR: 07 15 70 | JUV ☐

LAST NAME: TAMUP | SEX: M ☒ F ☐

MAILING ADDRESS: AS LISTED AT REGISTRY OF MOTOR VEHICLES: 118 CLEVELAND ST | MOTORIST'S INITIALS

CITY: PROVIDENCE | STATE: RI | ZIP CODE: 02909

DID UNLAWFULLY (CAUSE TO BE) OPERATE(D) A MOTOR VEHICLE

VEHICLE REG. NO.: PJ-634 | STATE: RI | CDL VEHICLE: ☐ YES ☒ NO | PLATE TYPE: PASS ☒ SUB ☐ COMM ☐ OTHER ____

SERIAL NUMBER/VIN: -522808 | VEHICLE MAKE: Dodge | YEAR: 01

OWNED BY (LAST) (FIRST) (IN.): NORIEGA, JUANA E | TYPE: VN | COLOR: GRN

ADDRESS (NO.) (STREET) (CITY) (STATE) (ZIP): -SAME-

| ROAD COND. | TRAFFIC | VISIBILITY | ZONED SPEED | ACTUAL SPEED | LASER ☐ CLOCKED ☐ RADAR ☐ | ACCIDENT ☐ HAZ. MAT. ☐ |
|---|---|---|---|---|---|---|
| D | M | C | | | | |

| VIOLATION CODE | CDL | VIOLATION(S) | STATUTE | FINE |
|---|---|---|---|---|
| 028 | | 1 Turn Signal Req. | 31-16-5 | 75- |
| | | 2 | | |
| | | 3 | | |

☒ You may pay the total amount due by mail and not appear in court subject to the conditions on the back of this summons.
☐ You may not pay by mail and MUST appear in court.
☐ Persons under 18 years of age may not pay by mail and MUST appear in court with a parent or guardian.

TOTAL AMOUNT DUE: $ 75-

COURT LOCATION:
☒ Rhode Island Traffic Tribunal
345 Harris Ave., Providence 02909
(401)222-8000
Your court date is: 8/15/06 Time: 8:30 a.m.

District Court (401) 458-5400
☐ Your court date is: Time:

☐ Your court date is: Time:

I certify that a copy of this complaint and summons was served on the person named above as required by law.

OFFICER SIGNATURE: [signature] | DEPT. NO.: 001 | OFFICER ID NO.: 19

By signing below I acknowledge that I have received and read this summons and that the information I have provided is true. I understand that if I am required to appear in court on the date and time given, my failure to do so will be admission of the violation(s) above and penalties will be imposed as provided by law.

MOTORIST'S SIGNATURE: X Carlos Tamup | DATE: 7/11/06 | OFFICER'S INITIALS: TC

COURT COPY

STATE OF RHODE ISLAND
TRAFFIC TRIBUNAL
FILED
08 MAY 19 AM 10:53

**** FOR COURT USE

REMARKS
I=REIN D=DENY R=REVO A=ACC E=EDUC V=VIOL S=SUSP N
*For criminal case information use www.courts.ri