# EXHIBIT T

COURT COPY

%%

# RECEIPT

Rhode Island Justice System

Receipt Number: TC01712013
Date: 09-AUG-2006
Cashier: PPO

Payor: CARLOS E TAMUP
Address: 480 HARTFORD AVE
PROVIDENCE, RI 02909

| Description | Amount |
|---|---|
| Case: 05001071642 | |
| STATE VS TAMUP, CARLOS | |
| State Fine | 75.00 |
| Present Balance: | 75.00 |
| Amount Paid: | 75.00 |
| New Balance Due: | 0.00 |

| | |
|---|---|
| Tender Type: CASH/ | 75.00 |
| Amount Tendered: | 80.00 |
| Amount Paid: | 75.00 |
| Change: | 5.00 |

STATE OF RHODE ISLAND
TRAFFIC TRIBUNAL
FILED

08 MAY 19 AM 10: 53

COURT COPY