**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ASTRID G. ESTRADA, WENDY M. ESTRADA GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO** <br> **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 07-10ML** |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARÉ, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island** | : | |

**DEFENDANTS' STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 12.1 OF THE RULES OF CIVIL PROCEDURE**

1. On July 11, 2006, Plaintiff Carlos Tamup drove a van containing thirteen coworkers south on Interstate 95 in Richmond, Rhode Island.

2. Plaintiff Tamup changed lanes on the highway without using his turn signal, and Rhode Island State Trooper Thomas Chabot stopped the van on the side of the highway.

3. Trooper Chabot approached the driver side of the van, and asked Tamup for his license, registration, and car insurance. Plaintiff Tamup provided the documents.

4. Trooper Chabot went to the passenger side of the van, and opened the door.

5. Trooper Chabot asked the passengers for identification.

6. Trooper Chabot asked the front seat passenger, later identified as Plaintiff Guilfredo E. Munoz, for identification. He did not have any identification and provided the name, "Willie Camay."

7. From the passenger side of the van, Trooper Chabot asked Tamup to translate in Spanish a request identification from the passengers.

8. Trooper Chabot conducted computer checks on Tamup's license and criminal history at his patrol car, and the checks were negative.

9. Trooper Chabot contacted Immigration and Customs Enforcement (hereafter "ICE") and reported that he had stopped of van containing what appeared to be undocumented aliens.

10. Three of the thirteen passengers provided identification to Trooper Chabot.

11. Plaintiff Tamup stated to Trooper Chabot that none of the passengers had immigration documentation.

12. Plaintiff Astrid Cabrera and other passengers informed Trooper Chabot that they did not have immigration documentation.

13. On more than one occasion, Trooper Chabot asked Plaintiff Tamup to exit the van and conducted a pat down frisk of him.

14. Special Agent Cort Burke of ICE spoke with Trooper Chabot over the telephone. Agent Burke requested that Trooper Chabot detain the occupants of the van for further investigation by ICE.

15. Trooper Chabot and Trooper Heather Donahue escorted the van to ICE office in Providence, Rhode Island. Trooper Chabot drove in front of the van and Trooper Donahue drove behind. They made a brief stop at an exit off of Interstate 95.

16. Once at the ICE office in Providence, ICE agents escorted the Plaintiffs into the building and detained them.

17. Plaintiff Tamup received a ticket from Trooper Chabot for the traffic violation at the ICE office, and subsequently paid the fine.

Respectfully Submitted,

DEFENDANTS

By their Attorneys,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ James R. Lee

JAMES R. LEE (4305)
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2314
Fax: (401) 222-2995
jlee@riag.ri.gov

/s/ Brenda D. Baum

BRENDA D. BAUM (5184)
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

/s/ John M. Moreira

JOHN M. MOREIRA (7371)
Special Assistant Attorney General
R.I. Department of Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2411
Fax: (401) 222-3016
jmoreira@riag.ri.gov

## CERTIFICATION

I hereby certify that I have electronically mailed the foregoing document on this 22nd day of May, 2008, to the attorney(s) of record listed below:

**V. Edward Formisano, Esquire**
edf@sfclaw.com

/s/ John M. Moreira