# EXHIBITS D

nervous?

A. Yes. Nervous. Nervous.

Q. When the policeman came back to your van, again, what happened?

A. He got me out again.

Q. Okay. How -- did he say please come out of the van, or what did he say?

A. Yes. He said come on out, get out.

Q. Okay. And did you go back to the same spot behind the van with the trooper?

A. Yes.

Q. And he patted you down again?

A. I don't remember.

Q. Okay. Did you talk to the trooper again behind the van?

A. Yes. And that's when he said to me, since the people that you're taking don't have any papers, it's your responsibility now to take them over to Immigration. And I said to him, why? I gave you my papers. And he said, it's your responsibility to take them over there.

Q. Did he say anything else to you when you were behind the van?

A. Yes.

Q. What did he say, sir?

A. Yes. And he said that I had to take them over to Immigration, that I had to follow him all the way over there and that if anybody tried to escape, it was my responsibility and that if anybody tried to escape, they could lose their life.

Q. Did you answer him?

A. I said, why do I have to follow you? And he said, yes, you have to follow me. And I said, okay, I'll follow you.

Q. Did he ask you if you knew where Immigration was?

A. No. He just said you're going to follow me. That's it.

Q. Was there any more of the conversation at the back of the van that you can remember having with the policeman?

A. No.

Q. Okay. When -- did you go back and get in the van?

A. Yes. Yes. And he put on the lights, and I followed him. And behind me another patrol car with its lights on also followed us. It was driven by a female policeman. And then we drove along on 95. And shortly afterwards, he pulled us over underneath a bridge, and he went and checked the doors and indicated that he didn't like the way they were. And he told me to follow him.

Q. I want to bring you back to the second time when you

and the police officer were talking behind the van. Okay?

A. Yes.

Q. You got back into your driver's seat?

A. Yes.

Q. Did you say anything to the passengers in the van at that time?

A. Yes. I said to him we have to now follow the policeman, and he wants us to go to Immigration to follow him there. And he says that nobody is to try to escape. Nobody is to move and that if anybody tries to escape that they could possibly die, that we have to follow him.

Q. Did anyone else speak in the van after he said that?

A. No. They were wound up like as if they were frightened. And afterwards, after the second time when he stopped us on 95, he stuck his hand out the window and signaled us to go faster. We were already going at 65, but he signaled that he wanted us to go faster.

Q. Was that before he stopped under the -- was that after he stopped under the bridge?

A. Yes. When we got onto 95 already.

Q. Okay. When you were stopped under the bridge, did the male trooper come over and try to see if the doors were locked?

A. I don't remember.

MR. PUSHEE: Do you mind if I ask a few questions?

MS. BAUM: Oh, sure.

MR. PUSHEE: Could I just see that exhibit?

MS. BAUM: Oh, sure.

**CROSS-EXAMINATION BY MR. PUSHEE**

Q. Carlos, when the police officer approached your vehicle for the first time and came to your driver's side window and asked for your license and registration, what did you do?

A. I stretched my hand out like this. I picked up the papers, and I handed them over to him.

Q. And in which direction did you reach your hand out to grab your papers?

A. Over here. Up front there's a space where the papers are kept, and it is over there that I reached.

Q. Let the record reflect that he just pointed to the middle between the two seats. And when you pointed to that area on the diagram, Exhibit A, were you referring to the center console between the driver's seat and the front passenger's seat?

A. It's over here in front. It's not between the two seats. It's over here in front. There's a space where I kept the papers. And I just extended my hand to reach over and

grab them.

Q. And other than grabbing for the papers, your registration for the car, did you make any other movements while the trooper was standing at the driver's side window?

A. No.

Q. And while the trooper was standing at the driver's side window the first time he approached, did you witness anybody else in the van make any other type of movements that were out of the ordinary?

A. No.

Q. At any time while the trooper was either on the driver's side door or he was on the passenger's side of the van with the door open, did you witness anybody else in the van make any movements that were out of the ordinary?

A. No. No. He just took my license and the ticket that he gave me. He didn't give it to me. He just left it with Immigration. It was Immigration that afterwards gave me the ticket.

Q. Okay. But you didn't -- while the trooper was either standing outside your door or the other door, did you witness any other type of movement that was out of the ordinary by the other passengers?

A. No.

MR. PUSHEE: Okay. I don't have anything