# EXHIBITS E

Incident #: 06K_K3-584-OF
Call #: 06-12158

Date/Time Reported. 07/11/2006 0630
Report Date/Time: 07/13/2006 0210
Status: No Crime Involved
Reporting Officer: TROOPER G.THOMAS CHABOT
Approving Officer: Sergeant NICHOLAS TELLA

Signature: ______________________________

| # | INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **TAMUP, CARLOS E** 118 CLEVELAND ST PROVIDENCE RI 02909 | M | B | 35 | NOT AVAIL | |

HEIGHT: 506 WEIGHT: 210
BODY: NOT AVAIL.
DOB: 07/15/1970
LICENSE NUMBER: RI 2217273

HAIR: BROWN EYES: BROWN
COMPLEXION: MEDIUM BROWN
PLACE OF BIRTH: GUATEMALA
ETHNICITY: HISPANIC

[APPEARANCE]

GENERAL APPEARANCE: ORDERLY
GLASSES WORN: NO

TATTOOS: TAT LF ARM(), TAT RF ARM()

| # | INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 2 | **CRUZ-RIVERA, JULIAN F** 94 WHITTIER AVE PROVIDENCE RI 02901 | M | W | 34 | NOT AVAIL | |

HEIGHT: 506 WEIGHT: 130
BODY: NOT AVAIL.
DOB: 07/12/1971
LICENSE NUMBER: NOT AVAIL.

HAIR: BLACK EYES: BROWN
COMPLEXION: MEDIUM
PLACE OF BIRTH: GUATEMALA
ETHNICITY: HISPANIC

[APPEARANCE]

GENERAL APPEARANCE: ORDERLY
GLASSES WORN: NO

TATTOOS:

| # | INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 3 | **ORTEGA BURGOS, JOSE** 8 HAUXHURST ST 3RD F PROVIDENCE RI 02901 | M | W | 38 | NOT AVAIL | |

HEIGHT: 506 WEIGHT: 145
BODY: NOT AVAIL.
DOB: 09/29/1967
LICENSE NUMBER: NOT AVAIL.

HAIR: BLACK EYES: BROWN
COMPLEXION: MEDIUM
PLACE OF BIRTH: GUATEMALA
ETHNICITY: HISPANIC

PLAINTIFF'S EXHIBIT
Chabot 1
10/29/07 DJB
PENGAD 800-631-6989

Incident #: 0( K3-584-OF
Call #: 06-12158

| # | INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 9 | HERNANDEZ, ELSA V<br>125 HENDRICK ST 1ST F<br>PROVIDENCE RI 02901 | F | W | 33 | NOT AVAIL | |

HEIGHT: 500 WEIGHT: 160 HAIR: BLACK EYES: BROWN
BODY: NOT AVAIL. COMPLEXION: MEDIUM
DOB: 12/11/1972 PLACE OF BIRTH: GUATEMALA
LICENSE NUMBER: NOT AVAIL. ETHNICITY: HISPANIC

[APPEARANCE]

GENERAL APPEARANCE: ORDERLY
GLASSES WORN: NO

TATTOOS:

| # | INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 10 | NORIEGA-RODRIGUEZ, LORENZO<br>118 CLEVELAND ST<br>PROVIDENCE RI 02901 | M | W | 28 | NOT AVAIL | |

HEIGHT: 506 WEIGHT: 145 HAIR: BLACK EYES: BROWN
BODY: NOT AVAIL. COMPLEXION: MEDIUM
DOB: 05/15/1978 PLACE OF BIRTH: GUATEMALA
LICENSE NUMBER: NOT AVAIL. ETHNICITY: HISPANIC

[APPEARANCE]

GENERAL APPEARANCE: ORDERLY
GLASSES WORN: NO

TATTOOS:

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB |
|---|---|---|---|---|
| TAMUP | LORENZO | | NOT AVAIL | 03/15/1981 |

| # | INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 11 | CAMEY-MUNOZ, GUILFREDO E<br>12 ORTOLEVA DR<br>PROVIDENCE RI 02901 | M | W | 28 | NOT AVAIL | |

HEIGHT: 509 WEIGHT: 155 HAIR: BLACK EYES: BROWN
BODY: NOT AVAIL. COMPLEXION: MEDIUM
DOB: 07/13/1977 PLACE OF BIRTH: GUATEMALA
LICENSE NUMBER: NOT AVAIL. ETHNICITY: HISPANIC

Incident #: 06-K3-584-OF
Call #: 06-12158

| # INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|

[APPEARANCE]

GENERAL APPEARANCE: ORDERLY
GLASSES WORN: NO

TATTOOS:

| # INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|
| 12 CRUZ, BORIS R<br>8 HAUXHURST ST<br>PROVIDENCE RI 02901 | M | W | 26 | NOT AVAIL | |

HEIGHT: 507 WEIGHT: 165 HAIR: BLACK EYES: BROWN
BODY: NOT AVAIL. COMPLEXION: MEDIUM
DOB: 06/09/1980 PLACE OF BIRTH: GUATEMALA
LICENSE NUMBER: NOT AVAIL. ETHNICITY: HISPANIC

[APPEARANCE]

GENERAL APPEARANCE: ORDERLY
GLASSES WORN: NO

TATTOOS:

| # INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|
| 13 CORONADO AQUINO, JOSE A<br>132 UNIT ST 2ND<br>PROVIDENCE RI 02901 | M | W | 35 | NOT AVAIL | |

HEIGHT: 504 WEIGHT: 140 HAIR: BLACK EYES: BROWN
BODY: NOT AVAIL. COMPLEXION: MEDIUM
DOB: 03/13/1971 PLACE OF BIRTH: GUATEMALA
LICENSE NUMBER: NOT AVAIL. ETHNICITY: HISPANIC

[APPEARANCE]

GENERAL APPEARANCE: ORDERLY
GLASSES WORN: NO

TATTOOS:

| # INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|
| 14 CHACAJ-TAMUP, PIOQUILDO<br>23 SORRENTO ST<br>PROVIDENCE RI 02901 | M | W | 31 | NOT AVAIL | |

HEIGHT: 500 WEIGHT: 140 HAIR: BLACK EYES: BROWN
BODY: NOT AVAIL. COMPLEXION: MEDIUM
DOB: 06/02/1975 PLACE OF BIRTH: GUATEMALA
LICENSE NUMBER: NOT AVAIL. ETHNICITY: HISPANIC

to his office, they would process them accordingly. Trooper then stated that he would speak with [redacted] and contact agent [redacted] to advise.

Trooper [redacted] approached the vehicle and requested [redacted] exit the vehicle. Again, he was patted down for officer safety with negative results for any weapons. Trooper [redacted] explained the situation to [redacted] advising that due to the lack of identification of his passengers, the US Immigration office requested if they would respond to the Providence Office to be processed in order to determine their citizenship. [redacted] stated to Trooper [redacted] that he was not familiar with the location in Providence. Trooper attempted to explain to [redacted] how to get to 200 Dyer Avenue Providence, however due to the language barrier [redacted] was unable to understand. Due to this language barrier Trooper [redacted] offered to escort them to the Dyer Avenue address on his way to an RITT trial. [redacted] spoke with his passengers and agreed.

Trooper then contacted agent [redacted] and advised that the van was responding to their office for processing. Agent [redacted] stated that he would be standing by for their arrival. At approximately 7:40 AM, Troopers [redacted] and [redacted] escorted the van to the Dyer Avenue location. At approximately 8:20 AM, Troopers were greeted by resident agent in charge, [redacted] and agent [redacted]. Agent [redacted] went and spoke with [redacted] and his occupants. All parties were advised of the proceedings and each of them exited the van on their own and entered the US Immigration and Customs Enforcement facility on their own free will without incident.

Agent [redacted] then stated that they would all be processed to determine their citizenship and that a report would be ready by 12:00 PM that same day. Trooper [redacted] then had [redacted] sign an RITT $75.00 pay by mail summons [redacted] for 31-16-5, Turn Signal Required. At approximately 8:35 AM, Troopers cleared the address without incident enroute to Rhode Island Traffic Tribunal.

<u>July 12, Trooper</u> [redacted]: On this day at approximately 11:30 AM, Trooper [redacted] contacted agent [redacted] requesting the status of the subjects and if the reports were ready. Agent [redacted] stated that they were completed and that all 14 passengers, including the licensed operator, [redacted] were illegal foreign nationals (*see attached 14 ICE reports*). [redacted] stated that they were processed on an administrative charge - non criminal, and that all were released to appear in court at the Boston Immigration office at later date to be determined (approximately 6 months). On the court date assigned, the judge will make determination on deportation.

<u>July 17, Trooper</u> [redacted]: On this date by means of interdepartmental mail, Trooper [redacted] received the original copies from Immigration and Customs Enforcement's of the Record of Deportable / Excludable Alien reports (see attached).

Please see the below transcribed narrative portion in respect to the operator of the van, [redacted]

*"Subject was determined to be a citizen and national of Guatemala illegally present in the United States. Subject admitted that he last entered the United States without first being inspected by a United States Immigration Officer. Subject admitted that he never possessed any type of immigration document that allowed him to pass through, work or reside in the United States. Subject has no application or petitions pending on his behalf for any type of immigration benefit. Subject makes no claims to US citizenship or military service."*

"ICE" officials also determined that [redacted] must have obtained his RI operator's license [redacted] prior to the State Law requiring individuals who apply for a license, provide a Social Security number. This license

was obtained by the use of a tax identification number.

NOTHING FURTHER TO BE DONE

Incident #: 06RIK3-584-OF
Call #: 06-12158

| # INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|

[APPEARANCE]

GENERAL APPEARANCE: ORDERLY
GLASSES WORN: NO

TATTOOS:

| # EVENTS(S) |
|---|

LOCATION TYPE: Highway/Road/Alley/Street Zone: Hope Valley Area
RT.95 SOUTH / EXIT 4
ROUTE 95
RICHMOND RI 02898

1 US IMMIGRATION AND CUSTOMS EMFORCEMENT C

U.S. Immigration and Customs Enforcement

U.S. Department of Homeland Security
200 Dyer Street
Providence, Rhode Island
Main: (401) 528-5543
Fax. (401) 528-5562
24HR: 1-800-X-SECTOR

*Office of Investigations*

# Facsimile Transmission

Date: August 29, 2006

To: Inspector Elwood Johnson
R.I. State Police HQ

Fax: (401) 444-1074

From: David Riccio, RAC

Phone: (401) 528-5543 x223

☐ Urgent ☐ Action ☐ Concurrence ☒ FYI

Number of pages including cover: 15

Elwood:

As requested, copies of the arrest reports (I-213's) for the Subjects are encountered on July 11, 2006.

Give us a call if you need anything further.

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Field | Value |
|---|---|
| Family Name (CAPS) | CRUZ, Boris Rene |
| First | |
| Middle | |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | MED |
| Country of Citizenship | GUATEMALA |
| Passport Number and Country of Issue | |
| File Number | Case No: XPF0607000021 A099 622 071 |
| Height | 67 |
| Weight | 165 |
| Occupation | LABOR |
| U.S. Address | 8 HAINSHURST STREET 3RD FLOOR PROVIDENCE, RHODE ISLAND 02907 |
| Scars and Marks | |
| Date, Place, Time, and Manner of Last Entry | Unknown Date, Unknown Time, UNK, EWI/PWAP |
| Passenger Boarded at | |
| F.B.I. Number | |
| Marital status | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | CHICHE, GUATEMALA |
| Method of Location/Apprehension | L 518.2 |
| Date of Birth | 06/09/1980 Age: 26 |
| Date of Action | 07/11/2006 |
| Location Code | XBO/XPF |
| At/Near | Providence, RI |
| Date/Hour | 07/11/2006 1333 |
| City, Province (State) and Country of Birth | CHICHE, OTR, GUATEMALA |
| AR | ☒ |
| Form: (Type and No.) | Lifted ☐ Not Lifted ☐ |
| By | M NELLIGAN |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | PWA Other |
| Status When Found | SEEKING EMPLOYMENT |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | OVER 1 YEAR |
| Immigration Record | NEGATIVE - See Narrative |
| Criminal Record | None known |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
| Number and Nationality of Minor Children | |
| Father's Name, Nationality, and Address, if Known | UNKNOWN, Unknown |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | CRUZ, Brigida Nationality: GUATEMALA |
| Monies Due/Property in U.S. Not in Immediate Possession | |
| Fingerprinted? | Yes ☒ No ☐ |
| INS Systems Checks | IAFIS Negative |
| Charge Code Word(s) | I6A |
| Name and Address of (Last)(Current) U.S. Employer | CIMINA WESTERLY, RHODE ISLAND |
| Type of Employment | |
| Salary | 10.00 Hr. |
| Employed from/to | / / / / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 19303371

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by NELLIGAN

Subject is a native and citizen of Guatemala. Subject claims to have entered the United States at or near Nogales, Arizona on an unknown date, and was not inspected or paroled by an immigration officer. Subject makes no claims to U.S. Citizenship or military service.

Subject was traveling on Route I-95 South when the Rhode Island State Police stopped the vehicle he was traveling for traffic violations. Rhode Island State Police notified ICE of the stop and escorted the vehicle to RAC/PRO. 15-passengers and the driver were processed for removal, all persons were working for CIMINSA Company Westerly, Rhode Island. No criminal/immigration history found.

Subject to be processed and served given legal list and change of address form.

M NELLIGAN
SENIOR SPECIAL AGENT
(Signature and Title of INS Official)

Alien has been advised of communication privileges. [initials] (Date/Initials)

Distribution:
file
stats

Received: (Subject and Documents) (Report of Interview)
Officer: M NELLIGAN
on: July 11, 2006 at 1341 (time)
Disposition: Notice to Appear Released (I-862)
Examining Officer: D. P. RICCIO

Form I-213(Rev.4/1/97)Y

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

Family Name (CAPS) / First / Middle: ORTEGA BURGOS, Jose

Sex: M | Hair: BLK | Eyes: BRO | Cmplxn: MED

Country of Citizenship: GUATEMALA

Passport Number and Country of Issue:

File Number: Case No: XPF0607000020 A099 622 070

Height: 65 | Weight: 145 | Occupation: JEWELRY CLKR.

U.S. Address: 8 HAUXHURST STREET THIRD FLOOR PROVIDENCE, RHODE ISLAND 02909

Scars and Marks: See Narrative

Date, Place, Time, and Manner of Last Entry: Unknown Date, Unknown Time, UNK, WITHOUT INSPECTION

Passenger Boarded at:

F.B.I. Number:

☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence:

Method of Location/Apprehension: L 518.2

Date of Birth: 09/29/1967 Age: 38

Date of Action: 07/11/2006

Location Code: XBO/XPF

At/Near: Providence, RI

Date/Hour: 07/11/2006 1327

City, Province (State) and Country of Birth: CHIQUIMULA, OTHER - FOR COUNTRIES OTHER THAN US, GUATEMALA

AR ☒

Form: (Type and No.) Lifted ☐ Not Lifted ☐

By: JEFFREY R. LANDTHORN

NIV Issuing Post and NIV Number:

Social Security Account Name:

Status at Entry: PWA Mexico

Status When Found:

Date Visa Issued:

Social Security Number:

Length of Time Illegally in U.S.: OVER 1 YEAR

Immigration Record: NEGATIVE - See Narrative

Criminal Record: None known

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) Nationality: GUATEMALA BURGOS, Reyna

Number and Nationality of Minor Children:

Father's Name, Nationality, and Address, if Known Nationality: GUATEMALA ORTEGA, Rodolfo

Mother's Present and Maiden Names, Nationality, and Address, if Known: BURGOS, Francisca Nationality: GUATEMALA

Monies Due/Property in U.S. Not in Immediate Possession:

Fingerprinted? Yes ☒ No ☐

INS Systems Checks: TECS Negative

Charge Code Word(s): I6A

Name and Address of (Last)/(Current) U.S. Employer: R & B ENTERPRISES

Type of Employment:

Salary: 8.00 Hr.

Employed from/to: 05/01/2006 07/11/2006

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 19303306

SCARS, MARKS AND TATTOOS
None Indicated

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by LANDTHORN

The subject was arrested by RAC Providence Agents on 7/11/06 upon his release from Rhode Island State Police. The subject is a native and citizen of Guatemala. The subject entered the U.S. without inspection at an unknown place on an unknown date. The subject has no claims to naturalization or derivative citizenship. A TECS (SQ11) search for the subject yielded no results.

On 7/11/06 the subject was one of 14 passengers in a van that was encountered by the Rhode Island State Police. The passengers were on their way to work at R & B Enterprises in Westerly, RI.

The subject was served with a Notice to Appear and was released on his own recognizance pending an appearance before an immigration judge.

JEFFREY R. LANDTHORN
SPECIAL AGENT
(Signature and Title of INS Official)

Alien has been advised of communication privileges. JRL (Date/Initials)

Distribution:
file
stats

Received: (Subject and Documents) (Report of Interview)
Officer: JEFFREY R. LANDTHORN
on: July 11, 2006 at 1343 (time)
Disposition: Notice to Appear Released (I-862)
Examining Officer: D. P. RICCIO

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

Family Name (CAPS) / First / Middle: Hernandez-Villavicencio, Elsa

Sex: F | Hair: BLK | Eyes: BRO | Cmplxn: MED

Country of Citizenship: GUATEMALA

Passport Number and Country of Issue:

File Number: Case No: XPF0607000018 A099 622 068

Height: 60 | Weight: 160 | Occupation: LABORER

U.S. Address: 125 HENDRICK STREET FIRST FLOOR PROVIDENCE, RHODE ISLAND 02909

Scars and Marks:

Date, Place, Time, and Manner of Last Entry: Unknown Date, Unknown Time, UNK, EWI

Passenger Boarded at:

F.B.I. Number:

☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence:

Method of Location/Apprehension: L 518.2

Date of Birth: 12/11/1972 Age: 33

Date of Action: 07/11/2006

Location Code: XBO/XPF

At/Near: Providence, RI

Date/Hour: 07/11/2006 1300

City, Province (State) and Country of Birth: GAUTEMALA CITY, GUATEMALA, GUATEMALA

AR: ☒

Form: (Type and No.)

Lifted ☐ Not Lifted ☐

By: J K. HOLLERAN

NIV Issuing Post and NIV Number:

Social Security Account Name:

Status at Entry: EWA Other

Status When Found: IN TRAVEL

Date Visa Issued:

Social Security Number:

Length of Time Illegally in U.S.: OVER 1 YEAR

Immigration Record: NEGATIVE - See Narrative

Criminal Record: None known

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):

Number and Nationality of Minor Children:

Father's Name, Nationality, and Address, if Known: Nationality: GUATEMALA HERNANDEZ, Barnardo

Mother's Present and Maiden Names, Nationality, and Address, if Known: VILLAVICENCIO, [illegible] Nationality: GUATEMALA

Monies Due/Property in U.S. Not in Immediate Possession:

Fingerprinted? Yes ☒ No ☐

INS Systems Checks:

Charge Code Word(s): I6A

Name and Address of (Last)/(Current) U.S. Employer: CIMINI ASSOCIATE

Type of Employment: Operators, Fabricators, and Laborers

Salary: 8.50 Hr.

Employed from/to: / / / /

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 19303047

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by HOLLERAN

Subject states that both she and her parents are citizens and nationals of Guatemala, and always have been. Rhode Island State Troopers near Westerly, RI encountered subject after the work van he was in was pulled over for a traffic infraction. RI State Troopers called ICE to determine alienage of the 14 subjects since all spoke Spanish. RI State Troopers escorted the work van to the Providence, RI ICE Office.

When questioned as to her immigration status, subject readily admitted to being in the United States illegally. Subject stated that she entered somewhere in Texas, sometime in 2003. Immigration and criminal history checks returned negative.

Subject is being processed for a NTA/OR.

[illegible] negative.

J K. HOLLERAN
SENIOR SPECIAL AGENT
[signature]
(Signature and Title of INS Official)

Alien has been advised of communication privileges. [initials] (Date/Initials)

Distribution:
file
stats

Received: (Subject and Documents) (Report of Interview)
Officer: J K. HOLLERAN
on: July 11, 2006 at 1303 (time)
Disposition: Notice to Appear Released (I-862)
Examining Officer: D. P. RICCIO

Form I-213(Rev.4/1/97)Y

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

Family Name (CAPS) First Middle
Cabrera-Estrada, Astrid

Sex: F | Hair: BLK | Eyes: BRO | Cmplxn: MED

Country of Citizenship: GUATEMALA
Passport Number and Country of Issue:
File Number: Case No: XPF0607000017 A099 622 067

Height: 61 | Weight: 160 | Occupation: LABORER

U.S. Address: 12 ORTOLEVA DRIVE FIRST FLOOR PROVIDENCE, RHODE ISLAND 02909

Scars and Marks:

Date, Place, Time, and Manner of Last Entry: Unknown Date, Unknown Time, UNK, EWI
Passenger Boarded at:

F.B.I. Number:
☒ Single ☐ Married ☐ Divorced ☐ Widower ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence:

Method of Location/Apprehension: L 518.2

Date of Birth: 05/25/1983 Age: 23
Date of Action: 07/11/2006
Location Code: XBO/XPF
At/Near: Providence, RI
Date/Hour: 07/11/2006 1312

City, Province (State) and Country of Birth: GUATEMALA CITY, GAUTEMALA, GUATEMALA
AR ☒
Form: (Type and No.) Lifted ☐ Not Lifted ☐
By: J K. HOLLERAN

NIV Issuing Post and NIV Number:
Social Security Account Name:
Status at Entry: PWA Other
Status When Found: IN TRAVEL

Date Visa Issued:
Social Security Number:
Length of Time Illegally in U.S.: OVER 1 YEAR

Immigration Record: NEGATIVE - See Narrative
Criminal Record: None known

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):
Number and Nationality of Minor Children:

Father's Name, Nationality, and Address, if Known: Nationality: GUATEMALA CABRERA, Elder
Mother's Present and Maiden Names, Nationality, and Address, if Known: ESTRADA, Olga Nationality: GUATEMALA

Monies Due/Property in U.S. Not in Immediate Possession:
Fingerprinted? Yes ☒ No ☐
INS Systems Checks:
Charge Code Word(s): I6A

Name and Address of (Last)(Current) U.S. Employer: CIMINI ASSOCIATES
Type of Employment: Operators, Fabricators, and Laborers
Salary: 9.25 Hr.
Employed from/to: / / / /

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 19302871

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by HOLLERAN

Subject states that both she and her parents are citizens and nationals of Guatemala, and always have been. Rhode Island State Troopers near Westerly, RI encountered subject after the work van he was in was pulled over for a traffic infraction. RI State Troopers called ICE to determine alienage of the 14 subjects since all spoke Spanish. RI State Troopers escorted the work van to the Providence, RI ICE Office.

When questioned as to her immigration status, subject readily admitted to being in the United States illegally. Subject stated that she entored somewhere in Arizona, sometime in 2003. Immigration and criminal history checks returned negative.

Subject is being processed for a NTA/OR.

IBIS negative.

J K. HOLLERAN
SENIOR SPECIAL AGENT
[signature]
(Signature and Title of INS Official)

Alien has been advised of communication privileges. [initials] (Date/Initials)

Distribution:
file
stats

Received: (Subject and Documents) (Report of Interview)
Officer: J K. HOLLERAN
on: July 11, 2006 at 1219 (time)
Disposition: Notice to Appear Released (I-862)
Examining Officer: D. P. RICCIO

Form I-213(Rev.4/1/97)Y

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| | | | |
|---|---|---|---|
| Family Name (CAPS): NORIEGA-RODRIGUEZ, | First: Lorenzo | Middle: | Sex: M / Hair: BLK / Eyes: BRO / Cmplxn: MED |
| Country of Citizenship: GUATEMALA | Passport Number and Country of Issue | File Number: Case No: XPF0607000016 A099 632 064 | Height: 66 / Weight: 145 / Occupation: LABOR |
| U.S. Address: 118 CLEVELAND STREET PROVIDENCE, RHODE ISLAND 02907 | | | Scars and Marks |
| Date, Place, Time, and Manner of Last Entry: Unknown Date, Unknown Time, UNK, EWI/PWAP | | Passenger Boarded at | F.B.I. Number / ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence: CORDONCILLO CHICHE, GUATEMALA | | | Method of Location/Apprehension: L 518.2 |
| Date of Birth: 05/15/1978 Age: 28 | Date of Action: 07/11/2006 | Location Code: XBO/XPF | At/Near: Providence, RI / Date/Hour: 07/11/2006 1058 |
| City, Province (State) and Country of Birth: CORDONCILLO, OTR, GUATEMALA | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By: M NELLIGAN |
| NIV Issuing Post and NIV Number | Social Security Account Name | | Status at Entry: PWA Other / Status When Found: SEEKING EMPLOYMENT |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S.: OVER 1 YEAR |
| Immigration Record: NEGATIVE | | Criminal Record: None known | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | Number and Nationality of Minor Children: 2-GUATEMALA |
| Father's Name, Nationality, and Address, if Known: NORIEGA, Manuel Nationality: GUATEMALA | | Mother's Present and Maiden Names, Nationality, and Address, if Known: RODRIGUEZ, Marta Nationality: GUATEMALA | |
| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks: IAFIS Negative | Charge Code Word(s): I6A |
| Name and Address of (Last)(Current) U.S. Employer: CIMINA WESTERLY, RHODE ISLAND | Type of Employment | Salary: 11.00 Hr. | Employed from/to: / / / / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by NELLIGAN

Subject is a native and citizen of Guatemala. Subject entered the United States at an unknown port of entry on an unknown date of entry. Subject was not admitted or paroled by an immigration officer. Subject makes no claims to U.S. Citizenship or military service. Subject was returned to Mexico by the Border patrol on 05/10/2004 near Nogales, Arizona as a Mexican.

The Rhode Island State police while traveling south on Route I-95 South stopped subject. Subject was a passenger in a 15-passenger van that was transported to CIMINA Company Westerly, Rhode Island. Van was stopped for a traffic offense. State Police escorted the van and all passengers to RAC/PRO.

Subject to be processed and served given legal list and change of address form.

M NELLIGAN
SENIOR SPECIAL AGENT
(Signature and Title of INS Official)

Alien has been advised of communication privileges. [initials] (Date/Initials)

Distribution:
file
stats

FIN# 6766396

Received: (Subject and Documents)(Report of Interview)
Officer: M NELLIGAN
on: July 11, 2006 at 1104 (time)
Disposition: Notice to Appear Released (I-862)
Examining Officer: D. P. RICCIO

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Field | Entry |
|---|---|
| Family Name (CAPS) / First / Middle | TAMUP, Carlos |
| Sex | M |
| Hair | BRO |
| Eyes | BRO |
| Cmplxn | MBR |
| Country of Citizenship | GUATEMALA |
| Passport Number and Country of Issue | |
| File Number | Case No: XPP0607000015 A099 622 066 |
| Height | 66 |
| Weight | 210 |
| Occupation | DRIVER/LABORER |
| U.S. Address | 118 CLEVELAND STREET PROVIDENCE, RHODE ISLAND 02909 |
| Scars and Marks | See Narrative |
| Date, Place, Time, and Manner of Last Entry | Unknown Date, Unknown Time, UNK, EWI |
| Passenger Boarded at | |
| F.B.I. Number | |
| Marital status | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | |
| Method of Location/Apprehension | L 518.3 |
| Date of Birth | 07/15/1970 Age: 35 |
| Date of Action | 07/11/2006 |
| Location Code | XBO/XPP |
| At/Near | Providence, RI |
| Date/Hour | 07/11/2006 1047 |
| City, Province (State) and Country of Birth | QUICHE,., GUATEMALA |
| AR | ☒ |
| Form: (Type and No.) | Lifted ☐ Not Lifted ☐ |
| By | W ONEILL |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | EWA Other |
| Status When Found | LIGHT INDUSTRY |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | OVER 1 YEAR |
| Immigration Record | NEGATIVE - See Narrative |
| Criminal Record | None known |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Nationality: GUATEMALA<br>MORISSA, Juana<br>118 CLEVELAND STREET<br>PROVIDENCE, RHODE ISLAND 02909 |
| Number and Nationality of Minor Children | (3) USC |
| Father's Name, Nationality, and Address, if Known | Nationality: GUATEMALA<br>TAMUP, Lorenzo |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | ELIAS, Maria |
| Monies Due/Property in U.S. Not in Immediate Possession | |
| Fingerprinted? | Yes ☒ No ☐ |
| INS Systems Checks | See Narrative |
| Charge Code Word(s) | 26A |
| Name and Address of (Last)(Current) U.S. Employer | R & R JEWELERY |
| Type of Employment | |
| Salary | |
| Employed from/to | Hr. / / / / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 19302699

SCARS, MARKS AND TATTOOS
TATTOO FOREARM, LEFT
TATTOO FOREARM, RIGHT

INS SYSTEMS CHECKS
Central Index System Negative
National Crime Information Center Negative
Non Immigrant Information System Negative

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by ONEILL

Subject was encountered on today's date after being encountered by the Rhode Island State Police. Subject was determined to be a citizen and national of Guatemala illegally present in the United States. Subject admitted that he last entered the United States without first being inspected by a Unites States Immigration officer. Subject admitted that he never possessed any type of immigration document that allowed him to pass through, work or reside in the United States. Subject has no application or petitions pending on his behalf for any type of immigration benefit. Subject makes no claim to US citizenship or military service.

Alien has been advised of communication privileges. 7/11/06 (Date/Initials)

W ONEILL
SENIOR SPECIAL AGENT
(Signature and Title of INS Official)

Distribution:
file
stats

Received: (Subject and Documents) (Report of Interview)
Officer: W ONEILL
on: July 11, 2006 (time) 1117
Disposition: Notice to Appear/Released (I-862)
Examining Officer: D. P. RICCIO

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| | | | |
|---|---|---|---|
| Family Name (CAPS): Cabrera-Estrada, | First: Wendy | Middle: | Sex: F / Hair: BLK / Eyes: BRO / Cmplxn: MED |
| Country of Citizenship: GUATEMALA | Passport Number and Country of Issue: | File Number: Case No: XPP0607000013 A099 622 063 | Height: 61 / Weight: 140 / Occupation: LABORER |
| U.S. Address: 27 SEARS AVE SECOND FLOOR PROVIDENCE, RHODE ISLAND 02909 | | | Scars and Marks: |
| Date, Place, Time, and Manner of Last Entry: Unknown Date, Unknown Time, UNK, EWI | | Passenger Boarded at: | F.B.I. Number: / ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence: | | | Method of Location/Apprehension: L 518.2 |
| Date of Birth: 12/08/1985 Age: 20 | Date of Action: 07/11/2006 | Location Code: XBO/XPF | At/Near: Providence, RI / Date/Hour: 07/11/2006 1030 |
| City, Province (State) and Country of Birth: GUATEMALA CITY, GUATEMALA, GUATEMALA | AR ☒ / Form: (Type and No.) | Lifted ☐ Not Lifted ☐ | By: J K. HOLLERAN |
| NIV Issuing Post and NIV Number: | Social Security Account Name: | | Status at Entry: PWA Other / Status When Found: IN TRAVEL |
| Date Visa Issued: | Social Security Number: | | Length of Time Illegally in U.S.: OVER 1 YEAR |
| Immigration Record: POSITIVE - See Narrative | | Criminal Record: None known | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate): | | | Number and Nationality of Minor Children: |
| Father's Name, Nationality, and Address, if Known: CABRERA, Elder Nationality: GUATEMALA | | Mother's Present and Maiden Names, Nationality, and Address, if Known: ESTRADA, Olga Nationality: GUATEMALA | |
| Monies Due/Property in U.S. Not in Immediate Possession: | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks: | Charge Code Word(s): I6A |
| Name and Address of (Last)(Current) U.S. Employer: CIMINI ASSOCIATES | Type of Employment: Operators, Fabricators, and Laborers | Salary: 9.00 Hr. | Employed from/to: 08/25/2005 / / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 16084829

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by HOLLERAN

Subject states that both he and his parents are citizens and nationals of Guatemala, and always have been. Rhode Island State Troopers near Westerly, RI encountered subject after the work van he was in was pulled over for a traffic infraction. RI State Troopers called ICE to determine alienage of the 14 subjects since all spoke Spanish. RI State Troopers escorted the work van to the Providence, RI ICE Office.

When questioned as to her immigration status, subject readily admitted to being in the United States illegally. Subject stated that she entered near Douglas, AZ, approximately 2 years ago. When enrolled into the IDENT system, subject returned with a positive recidivist hit. Douglas, AZ Border Patrol Agents encountered the subject on 11/1/04 using the name of Dipni Farias-Nunez a citizen and national of Mexico. Subject was granted a voluntary departure to Mexico. Immigration and criminal history checks returned negative.

Subject is being processed for a NTA/OR.

IBIS negative.

J K. HOLLERAN
SENIOR SPECIAL AGENT
(Signature and Title of INS Official)

Alien has been advised of communication privileges. [initials] (Date/Initials)

Distribution:
file
stats

Received: (Subject and Documents) (Report of Interview)
Officer: J K. HOLLERAN
on: July 11, 2006 1027 (time)
Disposition: Notice to Appear Released (I-862)
Examining Officer: D. P. RICCIO

U.S. Department of Justice
Immigration and Naturalization Servic

Continuation ge for Form I-213

| Alien's Name | File Number | Date |
| --- | --- | --- |
| CORONADO AQUINO, Jose Augusto | Case No: XPF0607000011<br>A099 622 061 | 07/11/2006 |

pending an appearance before an immigration judge.

| Signature | Title |
| --- | --- |
| JEFFREY R. LANDTHORN | SPECIAL AGENT |



Form I-831 Continuation Page (Rev 6/12/92)

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Field | Value |
|---|---|
| Family Name (CAPS) / First / Middle | Cruz-Rivera, Julian Fernando |
| Country of Citizenship | GUATEMALA |
| Passport Number and Country of Issue | |
| File Number | Case No: XPF0607000009 A099 622 059 |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | MED |
| Height | 66 |
| Weight | 130 |
| Occupation | LABORER |
| U.S. Address | 94 WHITTIER AVE PROVIDENCE, RHODE ISLAND 02909 |
| Scars and Marks | |
| Date, Place, Time, and Manner of Last Entry | Unknown Date, Unknown Time, UNK, EWI |
| Passenger Boarded at | |
| F.B.I. Number | |
| Marital status | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | |
| Method of Location/Apprehension | L 518.2 |
| Date of Birth | 07/12/1971 Age: 34 |
| Date of Action | 07/11/2006 |
| Location Code | XBO/XPF |
| At/Near | Providence, RI |
| Date/Hour | 07/11/2006 0921 |
| City, Province (State) and Country of Birth | NUEVO CONCEPCION, ESQUINTLA, GUATEMALA |
| AR | ☒ |
| Form: (Type and No.) | |
| Lifted / Not Lifted | ☐ / ☐ |
| By | J K. HOLLERAN |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | PWA Other |
| Status When Found | IN TRAVEL |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | OVER 1 YEAR |
| Immigration Record | NEGATIVE - See Narrative |
| Criminal Record | None known |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
| Number and Nationality of Minor Children | |
| Father's Name, Nationality, and Address, if Known | CRUZ, Cristobal Nationality: GUATEMALA |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | RIVERA, Juana Nationality: GUATEMALA |
| Monies Due/Property in U.S. Not in Immediate Possession | |
| Fingerprinted? | Yes ☒ No ☐ |
| INS Systems Checks | |
| Charge Code Word(s) | I6A |
| Name and Address of (Last)(Current) U.S. Employer | CIRCUIT ASSOCIATES |
| Type of Employment | Operators, Fabricators, and Laborers |
| Salary | 8.00 Hr |
| Employed from/to | 07/02/2004 / / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 19302044

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by HOLLERAN

Subject states that both he and his parents are citizens and nationals of Guatemala, and always have been. Rhode Island State Troopers near Westerly, RI encountered subject after the work van he was in was pulled over for a traffic infraction. RI State Troopers called ICE to determine alienage of the 14 subjects since all spoke Spanish. RI State Troopers escorted the work van to the Providence, RI ICE Office.

When questioned as to his immigration status, subject readily admitted to being in the United States illegally. Subject stated that he entered approximately 4 years ago through Atlanta, GA with a visa. Immigration record checks returned negative and subject is being processed under 212. Criminal history checks returned negative.

Subject is being processed for a NTA/OR.

ists negative.

Alien has been advised of communication privileges. Kcf (Date/Initials)

J K. HOLLERAN
SENIOR SPECIAL AGENT
(Signature and Title of INS Official)

Distribution:
file
stats

Received: (Subject and Documents) (Report of Interview)
Officer: J K. HOLLERAN
on: July 11, 2006 (time) 0928
Disposition: Notice to Appear Released (I-862)
Examining Officer: D. F. RICCIO

Form I-213 (Rev. 4/1/97)Y