**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ASTRID G. ESTRADA, et al.**, | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **C.A. No.:07-10ML** |
| | : | |
| **STATE OF RHODE ISLAND**, **et al.**, | : | |
| **Defendants** | : | |

**ASSENTED TO MOTION TO ENLARGE TIME PERIOD**
**TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come the Plaintiffs and hereby move this Honorable Court for an order enlarging the time period to respond to Defendants' Motion for Summary Judgment to June 30, 2008. As grounds for this motion the Plaintiffs aver that due to the complexity of the legal and factual issues raised by Defendants as well as the press of business additional time to respond to the motion is necessary and warranted.

Defendants have no objection to this Motion.

Based on the foregoing, the Plaintiffs respectfully request that this Court enter an Order enlarging the time period to respond to Defendants' Motion for Summary Judgment to June 30, 2008.

Respectfully submitted,
Plaintiffs,
By their Attorneys,

/s/ V. Edward Formisano
V. Edward Formisano (#5512)
**American Civil Liberties Union,**
**Rhode Island Affiliate**
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040 (facsimile)

**CERTIFICATION**

TO: James Lee, Chief, Civil Division
Brenda D. Baum, Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that the within document has been electronically filed with the Court on this 4th day of June, 2008 and is available for viewing and downloading from the ECF system and was sent by electronic mail to the above-referenced.

/s/ V. Edward Formisano