**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ASTRID G. ESTRADA, WENDY M. ESTRADA GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 07-10ML** |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARÉ, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island** | : | |

**DEFENDANTS' ASSENTED TO MOTION TO ENLARGE THE TIME PERIOD TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT**

Now come the Defendants and hereby move this Honorable Court for an order enlarging the time to respond to Plaintiffs' Motion for Summary Judgment. The Defendants are scheduled to file their Memorandum in opposition on June 9, 2008 and are seeking an extension to June 30, 2008. As grounds for this motion, the Defendants aver that due to the complexity of the legal and factual issues raised and the press of business additional time to respond is necessary. Plaintiffs' have sought and received a similar extension of time. See Document 40 and June 5, 2008 Order.

Plaintiffs have no Objection to this Motion.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully Submitted,

DEFENDANTS

By their Attorneys,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (5184)
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 6th of June, 2008, to the attorney(s) of record listed below:

**V. Edward Formisano, Esq.**
edf@sfclaw.com

/s/ Brenda D. Baum

PDF created with pdfFactory trial version www.pdffactory.com