**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ASTRID G. ESTRADA, WENDY M. ESTRADA GUILFREDO E. MUNOZ, JOES A AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO**<br>**Plaintiffs** | : | |
| **v.** | : | **C.A. No. 07-10ML** |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARÉ, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island** | : | |

**DEFENDANT STATE OF RHODE ISLAND'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

1. Produce copies of any and all reports, statements, records, diagrams, photographs, video or tape recordings, and maps, whether taken before, after, or during the incident (the word "incident" as hereinafter used shall refer to any and all matters alleged in Plaintiffs' Complaint and/or Defendants' defenses thereto and any damages flowing there from), or any other documents of any kind relating to the stop and search of the Plaintiffs on or about July 11, 2006, including, but not limited to, any investigation(s) of the incident with regard to the conduct of the Plaintiffs or any Rhode Island State Police Department member who was present at the scene of the incident or in any way involved in the incident, including the following:

(a) statements and/or interviews of witnesses, police officers and/or other persons who had any contact or involvement with the incident occurring on July 11, 2006.
(b) Each and every police report, including internal investigations by the Rhode Island State Police Department ("Department) made on or subsequent to July 11, 2006. "Department" as used in this Request includes any person, body, or entity acting under or pursuant to said authority, direction or control; and
(c) Each and every incident report relating to the incident occurring on July 11, 2006.

Response to 1: Objection as the request is overly broad, unduly burdensome and not likely to lead to discovery of admissible evidence at trial. Objection to the extent that requested materials are protected by the Attorney-Client privilege, Work Product privilege, Law Enforcement Officers Bill of Rights and Law Enforcement Privilege. Objection to producing unredacted day sheet that contains personal information of individuals that are not related to the allegations in Plaintiff's complaint. Without waiving said objections, see Defendant State of Rhode Island's Response to #1.

2. Each and every document relating to the policies, procedures and/or customs of the Department regarding traffic violation stop, investigatory stop, and search, seizure and arrest in existence as of the date of the incident.

Response to 2: Objection. This Request is overly broad, unduly burdensome, vague and not likely to lead to the discovery of admissible evidence at trial. This Request also seeks documents that are protected by the law enforcement privilege. Without waiving said objection, Defendant State produces a copy of General Order-1A, General Order –5A and General Order – 56A8 in Response to #2.

Respectfully Submitted,

State of Rhode Island

By its Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Brenda D. Baum (#5184)
Assistant Attorney General
150 South Main Street.
Providence, Rhode Island 02903
(401) 274-4400 ext. 2294
(401) 222-3016 (Fax)

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Request for Production of Documents was mailed, postage prepaid, on this 14th day of March, 2007, to:

v Edward Formisano, Esq.
Sinapi, Formisano & Compsny
100 Midway Place
Suite 1
Cranston, RI 02920

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRID G. ESTRADA, WENDY M. ESTRADA<br>GUILFREDO E. MUNOZ, JOSE A. AQUINO,<br>CRUZ F. RIVERA, CARLOS E. TAMUP,<br>JOSE BURGOS, ABELINO M. URIZAR,<br>ISRAEL TEBALAN, ROLANDO NORIEGA,<br>BORIS R. CRUZ and ELSA HERNANDEZ<br>VILA VICENCIO<br>Plaintiffs<br><br>v.<br><br>STATE OF RHODE ISLAND, State Police<br>Department, STEVEN M. PARÉ, individually<br>and in his official capacity as Superintendent of<br>the Rhode Island State Police,<br>THOMAS CHABOT, individually and in his<br>official capacity as a state trooper employed by<br>the State of Rhode Island, JANE DOE,<br>individually and in her official capacity as a<br>state trooper employed by the State of<br>Rhode Island | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-10ML |

**DEFENDANT STATE OF RHODE ISLAND'S SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 1**

1. Produce copies of any and all reports, statements, records, diagrams, photographs, video or tape recordings, and maps, whether taken before, after, or during the incident (the word "incident" as hereinafter used shall refer to any and all matters alleged in Plaintiffs' Complaint and/or Defendants' defenses thereto and any damages flowing there from), or any other documents of any kind relating to the stop and search of the Plaintiffs on or about July 11, 2006, including, but not limited to, any investigation(s) of the incident with regard to the conduct of the Plaintiffs or any Rhode Island State Police Department member who was present at the scene of the incident or in any way involved in the incident, including the following:

(a) statements and/or interviews of witnesses, police officers and/or other persons who had any contact or involvement with the incident occurring on July 11, 2006.
(b) Each and every police report, including internal investigations by the Rhode Island State Police Department ("Department) made on or subsequent to July 11, 2006. "Department" as used in this Request includes any person, body, or entity acting under or pursuant to said authority, direction or control; and
(c) Each and every incident report relating to the incident occurring on July 11, 2006.

Response to 1: Defendant State incorporates by reference its objections set forth in its initial response. Without waiving said objections, see also Defendant State of Rhode Island's Supplemental Response to #1.

Respectfully Submitted,

State of Rhode Island

By its Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Brenda D. Baum (#5184)
Assistant Attorney General
150 South Main Street.
Providence, Rhode Island 02903
(401) 274-4400 ext. 2294
(401) 222-3016 (Fax)

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 18th day of April 2007 to:

V Edward Formisano, Esq.
Sinapi, Formisano & Company
100 Midway Place
Suite 1
Cranston, RI 02920

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRID G. ESTRADA, WENDY M. ESTRADA GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO<br>Plaintiffs | : | |
| v. | : | C.A. No. 07-10ML |
| STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARÉ, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island | : | |

**DEFENDANT STATE OF RHODE ISLAND'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

1. Produce copies of any and all reports, statements, records, diagrams, photographs, video or tape recordings, and maps, whether taken before, after, or during the incident (the word "incident" as hereinafter used shall refer to any and all matters alleged in Plaintiffs' Complaint and/or Defendants' defenses thereto and any damages flowing there from), or any other documents of any kind relating to the stop and search of the Plaintiffs on or about July 11, 2006, including, but not limited to, any investigation(s) of the incident with regard to the conduct of the Plaintiffs or any Rhode Island State Police Department member who was present at the scene of the incident or in any way involved in the incident, including the following:

(a) statements and/or interviews of witnesses, police officers and/or other persons who had any contact or involvement with the incident occurring on July 11, 2006.
(b) Each and every police report, including internal investigations by the Rhode Island State Police Department ("Department) made on or subsequent to July 11, 2006. "Department" as used in this Request includes any person, body, or entity acting under or pursuant to said authority, direction or control; and
(c) Each and every incident report relating to the incident occurring on July 11, 2006.

Response to 1: Objection as the request is overly broad, unduly burdensome and not likely to lead to discovery of admissible evidence at trial. Objection to the extent that requested materials are protected by the Attorney-Client privilege, Work Product privilege, Law Enforcement Officers Bill of Rights and Law Enforcement Privilege. Objection to producing unredacted day sheet that contains personal information of individuals that are not related to the allegations in Plaintiff's complaint. Without waiving said objections, see Defendant State of Rhode Island's Response to #1.

Respectfully Submitted,

State of Rhode Island

By its Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Brenda D. Baum (#5184)
Assistant Attorney General
150 South Main Street.
Providence, Rhode Island 02903
(401) 274-4400 ext. 2294
(401) 222-3016 (Fax)

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Request for Production of Documents was mailed, postage prepaid, on this 10th day of March, 2008 to:

V Edward Formisano, Esq.
Sinapi, Formisano & Company
100 Midway Place
Suite 1
Cranston, RI 02920

________________________