**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ASTRID G. ESTRADA, WENDY M. ESTRADA :**
**GUILFREDO E. MUNOZ, JOSE A. AQUINO, :**
**CRUZ F. RIVERA, CARLOS E. TAMUP, :**
**JOSE BURGOS, ABELINO M. URIZAR, :**
**ISRAEL TEBALAN, ROLANDO NORIEGA, :**
**BORIS R. CRUZ and ELSA HERNANDEZ :**
**VILA VICENCIO :**
**Plaintiffs :**
**:**
**v. : C.A. No. 07-10ML**
**:**
**STATE OF RHODE ISLAND, State Police :**
**Department, STEVEN M. PARÉ, individually :**
**and in his official capacity as Superintendent of :**
**the Rhode Island State Police, :**
**THOMAS CHABOT, individually and in his :**
**official capacity as a state trooper employed by :**
**the State of Rhode Island, JANE DOE, :**
**individually and in her official capacity as a :**
**state trooper employed by the State of :**
**Rhode Island :**

**JOINT MOTION TO ENLARGE THE TIME PERIOD TO REPLY TO OBJECTIONS TO MOTIONS FOR SUMMARY JUDGEMENT**

Now come the parties and hereby move this Honorable Court for an order enlarging the time to file replies to Plaintiffs' and Defendants' Objections to respective motions for Summary Judgment. The parties were scheduled to file their Reply Memorandum on July 8, 2008 and are seeking an extension to July 31, 2008. The parties aver that, due to the complexity of the legal and factual issues and the commitments of legal counsel for both parties before the federal and state courts, additional time to respond is necessary.

Based on the foregoing, the parties respectfully request that this Court enter an Order extending the deadlines for the parties' Reply Memorandum to July 31, 2008.

**Wherefore**, the parties pray that this motion is granted.

Respectfully submitted
Plaintiffs
By their Attorney

/s/ V. Edward Formisano

V. Edward Formisano (5512)
100 Midway Place
Suite 1
Cranston, RI 02920
(401) 944-9690
Fax: 943-9040

Respectfully submitted
Defendants
State of Rhode Island, R.I. State Police, Superintendent Pare and Trooper Chabot

By their Attorney

/s/ John M. Moreira

John M. Moreira (7371)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2294
Fax: 222-3016