# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, WENDY M. ESTRADA, GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ, and ELSA HERNANDEZ VILAVICENCIO,

vs. C.A. No. 07-10ML

STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARE, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island,

DEPOSITION OF THOMAS CHABOT, a witness in the above-entitled cause, taken on behalf of the Plaintiffs, before Devin J. Baccari, CSR, a Notary Public in and for the State of Rhode Island, at the Law Office of Sinapi, Formisano & Co., LTD., 100 Midway Place, Suite 1, Cranston, Rhode Island, on October 29, 2007 scheduled at 1:30 p.m.

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920
(401) 946-5500

A P P E A R A N C E S

FOR THE PLAINTIFFS

SINAPI, FORMISANO & CO., LTD.
BY: V. EDWARD FORMISANO, ESQUIRE

FOR THE DEFENDANTS

STATE OF RHODE ISLAND DEPARTMENT OF ATTORNEY GENERAL
BY: JAMES R. LEE, ESQUIRE
BRENDA BAUM, ESQUIRE

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920
(401) 946-5500

# I N D E X


| WITNESS | PAGE |
|---|---|
| THOMAS CHABOT | |
| EXAMINATION BY MR. FORMISANO............ | 4 |


# E X H I B I T S


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| (Plaintiffs') | | |
| 1 | INCIDENT REPORT.......................... | 14 |

telling me the truth of who they are or who they are not (sic).
Q. You ran the check on Mr. Tamup and then you contacted immigration and customs, correct?
A. Correct.
Q. And you informed the individual that you were speaking with at ICE that you believed you had illegal immigrants in a van, correct?
A. It appeared to be that way.
Q. And why did you believe that the passengers were illegal immigrants?
A. Just a hunch.
Q. Okay. Now, you then spoke with someone by the name of Burke, correct?
A. Correct.
Q. And what do you recall about your discussion with Agent Burke, Trooper?
A. I'd have to refer to my report.
Q. Okay. Did you review any documents before you came here today, sir?
A. Other than my incident report, no.
Q. When did you review your incident report?
A. I don't recall.
Q. All right. Well, in preparing for your deposition today, did you review your incident

report?
A. Yes.
Q. But you don't remember when you reviewed it?
A. Last night.
Q. Why don't you read the part that deals with the discussion with the agent. It's right here, sir. Maybe that will help your recollection.
(Witness complied.)
Q. Do you recall your discussion with Agent Burke, Trooper?
A. Yes.
Q. And what did you discuss with the agent?
A. I had a motor vehicle stop with numerous people inside the van and based on their lack of identification I had a hunch that maybe they were illegal immigrants.
Q. Okay. Now, after you spoke with Agent Burke, you returned to the van, correct?
A. I believe I did, yes.
Q. All right. And you conducted another Terry patdown on Mr. Tamup, correct?
A. I believe that's correct.
Q. Okay. And why did you conduct a second Terry patdown on Mr. Tamup, sir?
A. Because I allowed him to go back in the van

Q. All right. And tell me about that incident.
A. I'm not privy to all the information, so I -- I can't comment on it.
Q. Do you know who the troopers were that were involved in that incident?
A. Troopers from around the country.
Q. All right. How about in Rhode Island, are you aware of other instances in Rhode Island?
A. Since my incident?
Q. Yes.
A. Just one that I can think of.
Q. All right. And can you tell me the details of that stop?
A. I don't know the details of the stop.
Q. Is this the incident you just referred to?
A. I said that a van was stopped by a trooper.
Q. All right.
A. He, apparently, had the need to contact ICE at which time he did.
Q. All right.
A. That is all I know about the stop.
Q. All right. Now, after you spoke with Agent Burke and after you conducted the second Terry patdown search, you escorted Mr. Tamup and the passengers to Providence, correct?