**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ASTRID G. ESTRADA, WENDY M. ESTRADA GUILFREDO E. MUNOZ, JOSE A. AQUINO, CRUZ F. RIVERA, CARLOS E. TAMUP, JOSE BURGOS, ABELINO M. URIZAR, ISRAEL TEBALAN, ROLANDO NORIEGA, BORIS R. CRUZ and ELSA HERNANDEZ VILA VICENCIO** | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-10ML** |
| | : | |
| **STATE OF RHODE ISLAND, State Police Department, STEVEN M. PARÉ, individually and in his official capacity as Superintendent of the Rhode Island State Police, THOMAS CHABOT, individually and in his official capacity as a state trooper employed by the State of Rhode Island, JANE DOE, individually and in her official capacity as a state trooper employed by the State of Rhode Island** | : | |

**DEFENDANTS' ASSENTED TO MOTION TO ENLARGE THE TIME TO FILE THEIR REPLY MEMORANDUM IN SUPPORT OF SUMMARY JUDGEMENT**

Now come the Defendants and hereby move this Honorable Court for an order enlarging the time to file their reply memorandum in support of summary judgment. The parties are scheduled to file their memoranda, if any, by July 31, 2008. Defendants seek an extension of two (2) business days or up to and including Monday, August 4, 2008. As grounds for this motion, the Defendants aver that due to family medical issues and the press of business additional time to respond is necessary.

Plaintiffs have no Objection to this Motion.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully Submitted,

DEFENDANTS

By their Attorneys,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (5184)
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 31st of July, 2008, to the attorney(s) of record listed below:

V. Edward Formisano, Esq.
edf@sfclaw.com

/s/ Brenda D. Baum

PDF created with pdfFactory trial version www.pdffactory.com