# Supplement to Exhibit M

A. No.
Q. Was it after the ACLU filed a complaint?
A. Yes.
Q. Okay. Did you review the tape with Inspector Johnson?
A. No.
Q. Okay. Did you view it on your own?
A. No.
Q. Do you recall who you viewed the tape with?
A. Yes.
Q. Who did you view the tape with?
A. With Ms. Baum and Mr. Lee.
Q. Now, why is the whole incident not captured on the tape?
A. Because the tape ran out inside the car.
Q. All right. And according to your notes, the tape ran from July 10th at 11:05 to July 12th at 1:00 a.m., correct?
A. Which tape are you referring to, 95 or 96?
Q. 95.
A. Tape 95?
Q. Correct.
A. Right.
Q. Okay. The incident occurred on July 11th at 6:30 in the morning, correct?