UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ASTRID G. ESTRADA, et al.

v. CA 07-010 ML

STATE OF RHODE ISLAND, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion to Strike the Affidavit of Cort Burke (docket entry #35). The affidavit is submitted by Defendants in support of their Motion for Summary Judgment. Defendants object to the Motion to Strike.

Plaintiffs state that Defendants failed to identify Mr. Burke in initial disclosures pursuant to Fed. R. Civ. P. 26(a), and that Defendants failed to produce the affidavit in response to Plaintiffs' request for documents. For these alleged procedural transgressions, Plaintiffs seek the ultimate sanction of striking the affidavit.

Defendants point out that neither party made initial disclosures in this case. Defendants also point out that they did, in response to Plaintiffs' request for production of documents, provide a copy of Trooper Chabot's report which describes Mr. Burke's involvement in this case. Plaintiffs, then, had all the information concerning Mr. Burke's involvement in their detention. Any failure on the part of Defendants in providing this information is more technical than substantive. Clearly, Plaintiffs were not prejudiced. After all, they knew Mr. Burke's name, that he was an agent of U.S. Immigration and Customs Enforcement, and that he greeted the troopers who accompanied the van containing the Plaintiffs at the I.C.E. office on Dyer Avenue.

For these reasons, Plaintiffs' Motion to Strike the Affidavit of Cort Burke is DENIED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
August 18, 2008